AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FNU LNU, aka "Jose Luis Alvarez" | ) | Case No. 11-6476-BSS |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 12, 2008__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1542 | Willfully and knowingly making any false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rule sprescribed pursuant to such laws |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JUSTIN A. CANCHOLA, SA U.S. DEPT. OF STATE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/08/2011

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

BARRY S. SELTZER
*Printed name and title*

## AFFIDAVIT

I, Justin A. Canchola, having been duly sworn, hereby depose and state:

1. I am a Special Agent of the U.S. Department of State, Bureau of Diplomatic Security (hereinafter "DS") and have been so employed since 2010. Prior to being assigned to DS, I was a Police Officer for the Gainesville Police Department (Florida) from 2007 – 2010. Prior to working with the Gainesville Police Department I was on active duty in the United States Marine Corps. Currently, I conduct investigations into criminal violations of the laws related to U.S. passports, U.S. visas, and other travel documents used to transit international borders. I make this affidavit based upon my personal knowledge and investigation, as well as information from other criminal investigators (hereinafter "agents"). Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known by me in connection with this investigation.

2. On November 12, 2008, an individual (hereinafter referred to as "the subject" or "FNU LNU"[1]) purporting to be "Jose Luis Alvarez" executed a DS-82 renewal passport application by mail for a U.S. passport. On his passport application, the subject listed a specific date of birth[2] and his place of birth as Bronx, New York. The subject listed his permanent address as, 12000 ion, Florida. Additionally, the subject submitted his most recent U.S. passport in connection with the application. On his previous passport application the subject presented a birth certificate in the name of "Jose Luis Alvarez" and listed his address as Plantation, Florida. The subject swore under oath that all information in the passport application and renewal application was true and that the photograph attached to the renewal passport

---

[1] First Name Unknown, Last Name Unknown

[2] The subject used the victim's true date of birth.

1

application was a true likeness of him. The application appeared to be signed by the subject. Records indicate the subject has completed three separate passport applications/renewal applications since 1987 using the identity of "Jose Luis Alvarez."

3. On August 23, 2010, an individual identifying himself as Jose Luis Alvarez, (hereinafter referred to as "the victim") executed an application for an U.S. passport (DS-11) at the Manhattanville Station Post Office, in New York City, NY. As proof of citizenship, the victim submitted a State of New York birth certificate. As proof of identity, victim submitted a State of New York driver's license. Both of these documents were issued in the name of "Jose Luis Alvarez," with the same birth date. On November 1, 2010, the National Passport Center referred the case to Diplomatic Security Service for further investigation due to several fraud indicators, including the three previously issued U.S. passports to an individual claiming the same identity–that is, the victim's application contained the same name, date of birth and social security number as that of the subject.

4. On October 10, 2010, Agents conducted an interview with the victim. My colleagues informed the victim that he was a possible victim of identity theft. The victim immediately stated that he was not surprised that there had been an issue with his passport application. The victim stated he has had problems with the Internal Revenue Service (IRS) and credit card companies for the past two to three years relating to the theft of his identity. Agents showed the victim a photograph of the individual who currently possessed a passport under the name "Jose Luis Alvarez" and who was the applicant for passport applications #0

The victim did not know the identity of the individual in the photograph.

5. On November 2, 2010, Agents spoke with victim's mother, herein identified as A.B.A. the victim's ~~~
A.B.A. positively identified the photograph in passport application as her son, Jose

2

Luis Alvarez. She did not recognize the photographs of the subject on the subject's pic passport applications.

#2 ~~) and~~ B.A. showed the Agents photographs in her living room and photo albums of an individual who resembled the victim. A.B.A. stated that she was from Honduras and had come to the U.S. in the early 1960's. This does not correlate with the subject's claim that his parents were born in Puerto Rico. Records confirm that the victim's mother was born in Honduras and came to the U.S in 1965.

6. On September 8, 2011, my colleagues and I located the subject in Plantation, Florida. We asked him if we could talk to him regarding his passport and possible identity theft. The subject invited us inside his residence and agreed to talk. The subject stated he was aware that an individual was using his personal information in New York City. In response to our inquiry, the subject stated that he had made a police report regarding identity theft but that nothing came of it. We asked the subject questions about a recent interview he gave to the Palm Beach Post which was published. The subject stated that he did participate in a newspaper article that was done by the Palm Beach Post. The article stated that the subject was born in Venezuela. When we asked him if he was born in Venezuela, the subject affirmed that he was. When we followed up with that, the subject stated that he was born in New York but grew up in Venezuela. He stated that his parents were born in New York as well.

7. The subject spoke with a heavy Spanish accent.

8. Based on the above facts and circumstances, I believe that there is probable cause to

3

believe that the individual identified as the subject, herein identified as "FNU LNU aka 'Jose Luis Alvarez,'" has willfully and knowingly made false statements in an application for a U.S. passport with the intent to induce and secure the issuance of the passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in violation of Title 18 United States Code, Section 1542.

AFFIANT FURTHER SAYETH NOT.

SPECIAL AGENT JUSTIN A. CANCHOLA
U.S. DEPARTMENT OF STATE

Sworn to and subscribed before me
this 8th day of September, 2011

BARRY S. SELTZER
UNITES STATES MAGISTRATE JUDGE

4