*Computer decoded.*

**UNITED STATES DISTRICT COURT**
Southern District of Florida

UNITED STATES OF AMERICA )  Case Number: CR 11-6476-BSS
           Plaintiff )
                     )  REPORT COMMENCING CRIMINAL
    -vs-           )  ACTION
"FNU LNU" "AKA Jose Alvarz" )  97317-004
           Defendant      USMS NUMBER

*********************************************************

TO: Clerk's Office  MIAMI  FT. LAUDERDALE  W.PALM BEACH
    U.S. District Court    FT. PIERCE
                      (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 9-8-11  0930  am/**pm** (am circled)

(2) Language Spoken: English **Spanish** (Spanish circled)

(3) Offense(s) Charged: 18 USC 1542 Passport fraud

(4) U.S. Citizen [ ] Yes  [ ] No  [X] Unknown

(5) Date of Birth: Claims 2-15-1968

(6) Type of Charging Document: (check one)
[ ] Indictment  [X] Complaint to be filed/already filed
Case# 11-6476

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: _____

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 9-9-2011     (9) Arresting Officer: Justin Cachola
(10) Agency: DS
                               (11) Phone: 305-202-4168
(12) Comments: _____