UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-6476-BSS

UNITED STATES OF AMERICA,

v.

**NOTICE OF PERMANENT**
**APPEARANCE AS COUNSEL**
**OF RECORD**

FNU LNU aka Jose Luis Alvarez

COMES NOW Susan Dmitrovsky /Benedict P. Kuehne and files this
appearance as counsel for the above named defendant(s). Counsel
agrees to represent the defendant(s) for all proceedings arising
out of the transaction with which the defendant(s) is/are
presently charged in the United States District Court in and for
the Southern District of Florida.

Counsel hereby states that this appearance is
unconditional and in conformity with the requirements of Local
General Rule 11.1 and the Special Rules Governing the Admission
and Practice of Attorneys.

Counsel acknowledges responsibility to advise the
defendant(s) of the right of appeal, to file a timely notice of
appeal if requested to do so by the defendant(s), and to pursue
that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A**
**BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 9/9/11

Attorney Susan Dmitrovsky

Florida Bar Number 0013296

Address 100 SE 2d St. Suite 3550

City Miami State FL Zip Code 33131

Telephone (305) 789 5989

The undersigned defendant(s) hereby consent(s) to the
representation of the above counsel.