# UNITED STATES COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| **DEFT:** FNU LNU aka JOSE LUIS ALVAREZ (J)# | **CASE NO:** 11-6476-SELTZER |
| **AUSA:** BERTHA MITRANI | **ATTY:** Susan Dmitrovsky |
| **AGENT:** | **VIOL:** 18:USC 1542 |
| **PROCEEDING:** INITIAL APPEARANCE | **RECOMMENDED BOND:** |
| **BOND/PTD HEARING HELD** - yes / no | **COUNSEL APPOINTED:** |
| **BOND SET @:** | **To be cosigned by:** |

SPANISH INTERPRETER REQUIRED

- All standard conditions
- Do not encumber property.
- Surrender and / or do not obtain passports / travel documents.
- Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- Random urine testing by Pretrial Services. Treatment as deemed necessary.
- Maintain or seek full - time employment.
- No contact with victims / witnesses.
- No firearms.
- Curfew/Electronic Monitoring: ____
- Travel extended to: ____
- Other: ____

✓ - ADVISED OF CHARGES. ATTORNEY SUSAN DMITROVSKY FILED PERMANENT APPEARANCE.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| (PTD)/BOND HEARING: | 9-14-11 | 10:00 | RSR | |
| PRELIM/ARRAIGN OR REMOVAL: | FRIDAY SEPTEMBER 23, 2011 AT 1:00 PM SNOW | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9/9/11   TIME: 11:00 AM   FTL/TAPE/# 11-BSS  42   Begin: D.A.R. 11:56:16

{10 MINS}