UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-6476-SELTZER

UNITED STATES OF AMERICA

    Plaintiff,

v.

FNU LNU aka JOSE L. ALVAREZ
    Defendant.

**ORDER ON INITIAL APPEARANCE**
Language  English/French/Spanish/Portuguese/Mandarin
Tape No.  11-BSS-
AUSA    Bertha Mitrani
Agent

The above-named defendant having been arrested on 09/08/11 and having appeared before the court for initial appearance on 09/09/11 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _SUSAN DMITROUSKY_ appeared as ~~permanent~~/temporary counsel of record.
   Address: _____
   Zip Code: _____  Telephone: _305-789-5989_

2. _____ appointed as permanent counsel of record.
   Address: _____  Zip Code: _____
   Telephone: _____

3. **The defendant shall attempt to retain counsel and shall appear before the court at** _____ **on** _____ **before Judge** _____.

4. **Arraignment/Preliminary/Removal/Identity** hearing is set for _Friday September 23, 2011 at 1:00 PM_ Before Magistrate Judge Lurana Snow

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____ **A detention hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for _9/14/11_ at _10:00_ before Judge _ROSENBAUM_

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____ This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel documents to the Pretrial Services Office and do not obtain passport.
___b. Report to Pretrial Services as follows: _____ as directed; _____ times a week/month by phone, _____ times a week/month _____ in person;  other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___ j. Comply with the following additional special conditions of this bond:_____

_____

        bond was set: At Arrest _____
                       On Warrant _____
                       After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Fort Lauderdale, Florida this 9th day of September, 2011.

                                                   BARRY S. SELTZER
                                           UNITED STATES MAGISTRATE JUDGE

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation