# COURT MINUTES
## U.S. MAGISTRATE JUDGE ROBIN S. ROSENBAUM - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | Fnu Lnu (j) (present) | CASE NO: | 11-mj-6476-BSS |
| AUSA: | Bertha Mitrani (present) | ATTY: | Susan Dmitrovsky (present) |
| USPO: | | VIOL: | Passport fraud |
| PROCEEDING: | Detention Hearing | RECOMMENDED BOND: | no bond |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | | |

___a.  Surrender all passports and travel documents to PTS;
___b.  Report to PTS as directed;
___c.  Submit to substance abuse testing/treatment
___d.  Refrain from excessive alcohol/illegal drugs
___e.  Participate in mental health program;
___f.  Sex offense specific evaluation/treatment;
___g.  Maintain/seek full-time employment;
___h.  Maintain/begin educational program;
___i.  No contact with victims/witnesses;
___j.  No possession of firearms/weapons;
___k.  Co-signers may not sell/encumber property;
___l.  May not visit commercial transportation areas;
___m. No internet access;
___n.  Electronic Monitoring/Curfew_____
___o.  Halfway House placement
___p.  May travel within S. Dist. Of Florida & _____
___q.  Bond must be co-signed by: _____
___r.  Other:_____

Although a Spanish Interpreter was present, the Defendant informed the Court that he does not need an interpreter. The Court informed the Defendant is his right to have an interpreter present at no cost to him. He refused the assistance of the interpreter. The Interpreter was excused.

Defendant waived his right to a timely detention hearing and asked that it be reset for 9/21/11 at 11am.

**NEXT COURT APPEARANCE:**

INQUIRY RE COUNSEL:

PTD/BOND HEARING:   9/21/11 at 11am before Magistrate Judge Lurana Snow

PRELIM/ARRAIGN/REMOVAL:   9/23/11 at 1pm before Magistrate Judge Lurana Snow

STATUS HEARING:

| DATE | TIME | Tape | DAR: | Time in Ct. |
|---|---|---|---|---|
| 9/14/11 | 11:00 a.m. | RSR-11-49 | 11:10:17 | 5 minutes |