

Sep 15, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 11-60228-CR-HURLEY/VITUNAC

CASE NO.: _____

18 U.S.C. § 1542
18 U.S.C. § 1028A

UNITED STATES OF AMERICA          :
                                  :
v.                                :
                                  :
"John Doe" aka "Jose Luis Alvarez"  :
              Defendant.          :
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 12, 2008, in Broward County, in the Southern District of Florida, the defendant,

**"John Doe," aka "Jose Luis Alvarez,"**

did willfully and knowingly, make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in the application for said passport that his Social Security number was xxx-xx-6757, when in truth and in fact, and as the defendant then and there well knew, Social Security number xxx-xx-6757 was not assigned to him, in violation of Title 18, United States Code, Section 1542.

## COUNT 2

On or about November 12, 2008, in Broward County, in the Southern District of Florida, the defendant,

**"John Doe," aka "Jose Luis Alvarez,"**

during and relation to a felony violation of Title 18, United States Code, Section 1542, that is, wilfully and knowingly making a false statement in an application for a passport, as charged in Count 1, did knowingly possess and use, without lawful authority, a means of identification of another person, that is, Social Security number xxx-xx-6757, in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL

_____

*Thomas J. Mulhill for*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| "John Doe" aka "Jose Luis Alvarez", | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

```
___ Miami      ___ Key West
_X_ FTL        ___ WPB        ___ FTP
```

New Defendant(s)          Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect _____

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_            Petty    ___
   II   6 to 10 days     ___            Minor    ___
   III  11 to 20 days    ___            Misdem.  ___
   IV   21 to 60 days    ___            Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  No  ___
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  Yes  _X_
   If yes:
   Magistrate Case No.              11-06476-BSS
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   09/08/11
   Defendant(s) in state custody as of     _____
   Rule 20 from the                        District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ No   _No_

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007?     ___ Yes   _No_

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

*Penalty Sheet(s) attached                                                  REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name: " John Doe" aka  Jose Louis Alvarez           NO.: _____

**Count #1**

False Statement in application and use of Passport

in violation  of 18 U.S.C. § 1542

*Max Penalty: Ten (10) years of imprisonment, three (3) year of supervised release; $250,000 fine

**Count #2**

Aggravated Identity Theft

in violation  of 18 U.S.C. § 1028A

*Max Penalty: Two (2) years of imprisonment, to be served consecutive to any other term of imprisonment, (1) year of supervised release.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96