# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: "JOHN DOE" aka JOSE LUIS ALVAREZ (J)#    CASE NO: 11-60228-CR-Hurrley

AUSA: Bertha Mitrani *present*    ATTY: Susan Dmitrovsky (perm.)

AGENT:    VIOL:

PROCEEDING: ARRAIGNMENT/ PTD HEARING    RECOMMENDED BOND:

BOND HEARING HELD - yes / **no** (circled)    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____.
- ☐ Travel extended to: _____.
- ☐ Halfway House _____.

Notes: Δ - wants more time for PTD hrg. Matter reset. Δ waives time period for PTD and arraignment

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| **PTD**/BOND HEARING: | 10-4-11 | 10:00 | RSR | ✓ |
| PRELIM/**ARRAIGN** OR REMOVAL: | 10-4-11 | 10:00 | RSR | ✓ |
| STATUS CONFERENCE: | ~~10-21-11~~ | ~~10:00am~~ | ~~WPB- DUTY MAGISTRATE~~ | |

DATE: 9-21-11    TIME: 11:00am    FTL    Begin:    End:

DAR 11:14:13

5 min