## COURT MINUTES
## U.S. MAGISTRATE JUDGE ROBIN S. ROSENBAUM - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | John Doe a/k/a Jose Luis Alvarez a/k/a FNU LNU (present) | CASE NO: | 11-cr-60228-DTKH |
| AUSA: | Bertha Mitrani (present) | ATTY: | Benedict P. Kuehne for Susan Dmitrovsky |
| USPO: | | VIOL: | Identity Theft |
| PROCEEDING: | Arraignment & Detention Hearing | RECOMMENDED BOND: | no bond |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | | |

___a.  Surrender all passports and travel documents to PTS;
___b.  Report to PTS as directed;
___c.  Submit to substance abuse testing/treatment
___d.  Refrain from excessive alcohol/illegal drugs
___e.  Participate in mental health program;
___f.  Sex offense specific evaluation/treatment;
___g.  Maintain/seek full-time employment;
___h.  Maintain/begin educational program;
___i.  No contact with victims/witnesses;
___j.  No possession of firearms/weapons;
___k.  Co-signers may not sell/encumber property;
___l.  May not visit commercial transportation areas;
___m.  No internet access;
___n.  Electronic Monitoring/Curfew_____
___o.  Halfway House placement
___p.  May travel within S. Dist. Of Florida & _____
___q.  Bond must be co-signed by: _____
___r.  Other:_____

Defense and Government agreed to reset arraignment and the Detention hearing for 10/21/11 at 11am before Magistrate Judge Barry Seltzer.

### NEXT COURT APPEARANCE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:   10/21/11 at 10am before Magistrate Judge Barry Seltzer
PRELIM/ARRAIGN:   10/21/11 at 10am before Magistrate Judge Barry Seltzer
STATUS HEARING:

| DATE | TIME | Tape | DAR: | Time in Ct. |
|---|---|---|---|---|
| 10/4/11 | 11:00 a.m. | RSR-11-51 | 11:00:40 | 5 minutes |