UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-60228-Cr-Hurley/Vitunac

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

v.

**JOHN DOE aka JOSE LUIS ALVAREZ,**
        **Defendant.**
_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL FOR DEFENDANT FOR PROCEEDINGS IN DISTRICT COURT

Benedict P. Kuehne and Susan Dmitrovsky of the Law Office of Benedict P. Kuehne, P.A., enter this permanent appearance as counsel for the defendant for purposes of proceedings in the district court only. This appearance does not include representation in any appellate proceedings.

        Respectfully submitted,

S/ *Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**SUSAN DMITROVSKY**
Florida Bar No. 0073296
**LAW OFFICE OF BENEDICT P. KUEHNE, P.A.**
Miami Tower, Suite 3550
100 S.E. 2nd St.
Miami, FL 33131-2154
Tel: 305.789.5989
Fax: 305.789.5987
ben.kuehne@kuehnelaw.com

*United States v. John Doe aka Jose Luis Alvarez*
Case No. 11-60228-Cr-Hurley/Vitunac

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on October 6, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By: S/ Benedict P. Kuehne
**BENEDICT P. KUEHNE**