UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60228-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

"John Doe" a.k.a. JOSE LUIS ALVAREZ,
    Defendant.
_____/

## ORDER SETTING TRIAL

**THIS CAUSE** comes before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** as follows:

1. The trial proceedings in the above caption case are set on the court's trial calendar commencing **November 7, 2011.**

2. A calendar call will be conducted on **Thursday, November 3, 2011, at 8:30 a.m.,** in Courtroom 5, at the U. S. Courthouse, 701 Clematis Street, West Palm Beach, Florida. Counsel should contact the courtroom deputy, (561/803-3450), at least **48 hours** prior to the calendar call, or monitor the court's unofficial web site at http://www.judgehurley.com/ for any unexpected changes.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 17th day of October, 2011.

**copy furnished:**
AUSA Bertha R. Mitrani
Benedict P. Kuehne, Esq.
Susan Dmitrovsky, Esq.

Daniel T. K. Hurley
United States District Judge