UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.11-60228-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

vs

ARRAIGNMENT INFORMATION SHEET

FNU LNU aka JOSE L. ALVAREZ(J)#97317-004          LANGUAGE:ENGLISH
DEYVI PENA ARTEAGA

The above named Defendant appeared before Magistrate Judge BARRY S. SELTZER now on OCTOBER 21ST 2011, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:            Address: IN CUSTODY/SEE BOND

DEFENSE COUNSEL:      Name:    SUSAN DMITROVSKY

                      Address: 100 SE 2ND STREET SUITE 3550

                               MIAMI, FLORIDA 33131-2154

                      Telephone: 305-789-5989

BOND SET/CONTINUED:   $ 1,000,000 PSB AND $50,000 10% CASH

Bond hearing held:  yes_____   no____  Bond hearing set for_____

Dated this 21ST DAY of OCTOBER, 2011


                                        STEVEN LARIMORE
                                        COURT ADMINISTRATOR/CLERK OF COURT


                                        By: AARON TIJERINO
                                            DEPUTY CLERK

cc: AUSA
DEFENSE COUNSEL
UNITED STATES PROBATION