# UNITED STATES COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA

DEFT: FNU LNU aka JOSE L. ALVAREZ (J)#97317-004  
DEYVI PENA ARTEAGA (REAL NAME)  
CASE NO: 11-60228-CR-HURLEY/VITUNAC

AUSA: BERTHA MITRANI  
ATTY: SUSAN DMITROVSKY

AGENT:  
VIOL: 18:USC 1542

PROCEEDING: PRETRIAL DETENTION AND ARRAIGNMENT  
RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no  
COUNSEL APPOINTED:

BOND SET @: 1,000,000 PSB AND $500,000 10%  
To be cosigned by: FRIEND JAMES RANDI

- ☐ All standard conditions
- ☐ X Do not encumber property.
- ☐ X Surrender and / or do not obtain passports / travel documents.
- ☐ X Rpt to PTS as directed / or FTL x's a week/month by phone; ____ x's a week/month in person.
- ☐ X Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ X No contact with victims / witnesses.
- ☐ X No firearms.
- ☐ X Curfew/Electronic Monitoring: ____.
- ☐ X Travel extended to: BROW/DADE/PALM BEACH.
- ☐ X Other: ____.

DEFT PRESENT IN COURT WITH COUNSEL

DEFENDANT WAS ARRAIGNED

HIS REAL NAME IS DEYVI ORANGEL PENA ARTEAGA

PARTIES STIPULATE TO $1,000,000 PSB AND $500,000 10% CASH, INCLUDING HOUSE ARREST AND ELECTRONIC MONITORING

SWORN/TEST OF DEFENDANT DEYVI PENA ARTEAGA

SWORN/TEST OF DEFT'S FRIEND COSIGNOR MR JAMES RANDI

COURT ACCEPTS STIPULATED BONDS.

COURT ASK MISS DMITROVSKY TO SUBMIT TO THE COURT

WITHIN TWENTY ONE (21) DAYS DOCUMENTS THAT

CONTAIN TRUE IDENTITY OF THE DEFENDANT

**NEXT COURT APPEARANCE:** DATE: TIME: JUDGE: PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN OR REMOVAL:

STATUS CONFERENCE:  
**MONDAY NOVEMBER 21, 2011 AT 10:00 AM   DUTY   WPB**

DATE: 10/21/11     TIME: 11:00 AM     FTL/TAPE/# 11-BSS     Begin: D.A.R.  
40 MINS     11:05:48  
13:31:50