**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 11-60228-Cr-Hurley/Vitunac**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOHN DOE aka JOSE LUIS ALVAREZ,**

**Defendant.**
**_____________________________/**

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE AND TO EXTEND THE TIME FOR PRETRIAL MOTIONS**

Defendant John Doe aka Jose Luis Alvarez asks this court for a 60-day continuance to enable the parties to move forward with negotiations toward an agreed resolution of this atypical case with complex immigration issues, while attending to other professional and personal responsibilities. A trial continuance until late December or early January 2012, with an accompanying extension of time to submit pretrial motions would permit the parties to complete the continued dialogue toward a fair and mutually agreeable resolution of the case. In the event negotiations are unsuccessful,

counsel will need a brief extension of time to investigate and adequately prepare for trial. Due to the issues in this high profile case – involving allegations that John Doe aka Jose Luis Alvarez, an internationally known, celebrated artist, alleged to have committed identity theft and passport fraud more than 20 years ago – the defense has engaged experts in immigration and identity law and is in the process of speaking to witnesses for the purpose of obtaining clarification and advice with respect to United States laws and rules governing the legal status of the defendant. The government does not oppose this continuance request. The following grounds support this motion for continuance and for an extension of time for pretrial motions.

1. On October 8, 2011, a Criminal Complaint was filed against FNU LNU aka Jose Luis Alvarez, accusing the defendant of violating 18 U.S.C. 1542 by willfully and knowingly making false statements in an application for a passport with the intent to induce and secure issuance of a passport under the authority of the United States, for his own use (Criminal Complaint Case No. 11-6476-BSS. The government requested pretrial detention at initial appearance the following day.

2. Due to counsel's inability to adequately prepare for a bond hearing involving Fifth Amendment issues, and inability to secure the appearance of material out of town witnesses, counsel requested an unopposed continuance of the hearing.

3. A second unopposed continuance of the bond hearing was granted for many of the same reasons.

4. On September 15, 2011, the government filed a two-count Indictment charging the defendant in Case No. 11-60228-CR-Hurley/Vitunac, with one count of passport fraud (18 U.S.C. §1542) and one count of aggravated identity theft (18 U.S.C. §1028A). The alleged conduct took place on November 12, 2008 in Broward County. Count 1 of the Indictment charges that the defendant willfully and knowingly made a false statement in a passport application with the intent to induce and secure issuance of a U.S. passport for his own use, in that the defendant stated in the passport application, and knew, that the social security number provided had not been assigned to him. Count 2 charges that the defendant knowingly possessed and used without lawful authority another person's social security number.

5. A case conference was held between counsel and the government on Thursday, October 20. The conference was productive, and is likely to support an agreed resolution of the charges.[1]

6. The defendant was scheduled to be arraigned and a bond hearing held on Friday, October 21, 2011 before U.S. Magistrate Judge Barry Seltzer. Counsel had previously requested another unopposed continuance of the bond hearing due to ongoing negotiations. Due to discussions late into the evening of October 20, a stipulation for bond was reached and presented to Magistrate Judge Seltzer at the hearing. The bond was granted and the defendant arraigned.

7. Counsel and Assistant U.S. Attorney Bertha Mitrani began initial plea negotiations at the end of September and continuing through Ms. Dmitrovsky's illness and travel with limited accessibility. The parties continue to work toward a mutually satisfactory resolution of the case.

8. Trial is currently set for the week of November 7, 2011 with a

---

[1] Undersigned counsel Susan Dmitrovsky was ill with the flu for two weeks prior to having an emergency requiring her to be in New England from September 30 - October 16, 2011.

calendar call November 3. The case has never been continued.

9. Counsel's professional and personal responsibilities require additional time to complete the investigation and analysis as well as to prepare any appropriate pretrial motions.

10. Further negotiations are needed to finalize case resolution discussions. In the unlikely event negotiations are unsuccessful, a number of important trial preparation tasks remain for defense counsel to prepare for trial. First, undersigned counsel and the defendant will need to review and analyze the discovery materials, together with other documents. After receipt of the government's timely discovery submission, defense counsel must also conduct an investigation of those persons identified in the discovery.

11. In addition, because this case has serious immigration issues, undersigned counsel is in the process of conferring with experts in developing an understanding of applicable immigration law. as well as identifying any expert witnesses necessary for the case. That process has been time consuming and is not yet complete. Further, counsel is currently directing an investigation into the backgrounds of several individuals who may be involved

in this case in order to develop a full factual understanding of the events relevant to the criminal charges.

12. This case has already received national and international attention, with serious implications to forever negatively impact the life and career of the defendant, and has significant impact on his widely respected, long-time partner, James Randi. The defendant and his counsel request a continuance to make a good faith effort to resolve this case or fully investigate it and adequately prepare for trial. They also request an extension of time within which to file relevant pretrial motions.

13. Accordingly, the defendant should be permitted a reasonable time to investigate and challenge the government's assertions. To that end, the defendant seeks a continuance in order to conduct this needed investigation and preparation. A continuance will not only enable the defendant to fully prepare for trial and proceed efficiently through the trial process but will provide a real possibility of a fair resolution of the case.

14. Further, counsel Dmitrovsky and her husband have plans to spend the Thanksgiving Weekend out of town with her elderly parents and in-laws,

leaving November 23 and returning the evening of November 27.

15. The defendant expressly waives his right to a speedy trial for the entire time of this continuance, through and including the commencement of trial. The defendant will submit a written waiver of speedy trial if required by the court.

16. Undersigned counsel has conferred with Assistant United States Bertha Mitrani, counsel for the United States, who does not oppose this motion.

17. For all the reasons set out in this motion, the defendant requests a 60-day continuance and seeks an extension of time for filing pretrial motions.

Respectfully submitted,

S/ *Susan Dmitrovsky*
**SUSAN DMITROVSKY**
Florida Bar No. 0073296
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**LAW OFFICE OF**
**BENEDICT P. KUEHNE, P.A.**
Miami Tower, Suite 3550

100 S.E. 2d Street
Miami, Florida 33131-2154
Telephone: 305/789-5989
Fax: 305/789-5987
susand@kuehnelaw.com
ben.kuehne@kuehnelaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on October 31, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record identified on the attached service list transmission of Notices of Electronic another authorized manner for those in the manner specified, either via Filing generated by CM/ECF or in counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By: *S/ Susan Dmitrovsky*
**SUSAN DMITROVSKY**

**SERVICE LIST**

Bertha Mitrani
Assistant United States Attorney
299 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301
Tel:954-356-7255
Fax:954.356.7336
*Counsel for United States*

S:\Firm\Alvarez, Jose #1899\Pleadings\Unopposed Motion to Continue Trial 10-31-11.wpd

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 11-60228-Cr-Hurley/Vitunac**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOHN DOE aka JOSE LUIS ALVAREZ,**

**Defendant.**
**___________________________/**

**ORDER GRANTING MOTION FOR CONTINUANCE AND RESETTING TRIAL DATE**

THIS MATTER was considered upon *Defendant's Unopposed Motion for Continuance and to Extend the Time for Pretrial Motions* filed October 31, 2011. For the reasons stated in the motion and representations made to this court by counsel, and finding that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial, it is

**ORDERED AND ADJUDGED** that *Defendant's Unopposed Motion for Continuance and to Extend the Time for Pretrial Motions* is hereby **GRANTED**. The above case is now continued to the two week trial period commencing ______ ________ before the Honorable Daniel T.K. Hurley, U.S. District Judge, at the United States Federal Courthouse, 701 Clematis Street, Courtroom 1, West Palm Beach, Florida. Counsel shall report to "Call of the Trial Calendar" on __________

__________ at _____ before the Honorable Daniel T.K. Hurley, U.S. District Judge, at the United States Federal Courthouse, 701 Clematis Street, Courtroom ___, West Palm Beach, Florida. and to all subsequent calls of the calendar every other __________, unless a continuance of trial is granted. The court further finds that the period of delay resulting from this continuance, to wit: ________________ (the date this order was signed), to and including the date trial is commenced, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

**DONE AND ORDERED** in chambers at West Palm Beach, Florida this ____ day of __________, 2011.

___________________________
**DANIEL T.K. HURLEY**
**UNITED STATES DISTRICT JUDGE**

Copies Furnished to:
Magistrate Judge Ann Vitunac
All counsel and pro se parties of record