UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60228-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DEY VI ORANGEL PENA ARTEAGA,
    Defendant.
_____/

## ORDER RESETTING TRIAL

**THIS CAUSE** was before the court at calendar call on November 3, 2011. Counsel representing the parties were present and the proceedings were court reported. For the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** as follows:

1. The trial proceedings in the above caption case are reset to the trial calendar commencing **January 3, 2012.**

2. A calendar call will be conducted on **Thursday, December 15, 2011, at 8:30 a.m.**, at the U.S. Courthouse, Courtroom 5, 701 Clematis Street, West Palm Beach, Florida. Counsel should contact the courtroom deputy, (561/803-3450), at least **48 hours** prior to the calendar call, or monitor the court's unofficial web site at http://www.judgehurley.com/ for any unexpected changes.

3. Pursuant to *Zedner vs. United States*, ____ U.S. ____, 126 S. Ct. 1976 (2006), the court has made express findings of fact on the record, which are incorporated by reference in this order. Accordingly, the court concludes that pursuant to 18 U.S.C. § 3161 (h)(8), the failure to grant a continuance in this case would result in a miscarriage of justice. Moreover, the case is unusually

complex, which makes it unreasonable to expect adequate preparation for trial itself within the time limits established by the statute (i.e. 90 days). Thus, as a matter of law, the resulting period of delay shall be excluded from the calculations of time otherwise mandated under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 4th day of November, 2011.

**copy furnished:**
AUSA Bertha R. Mitrani
Benedict P. Kuehne, Esq.

Daniel T. K. Hurley
United States District Judge