# CRIMINAL COURT MINUTES

**U.S. MAGISTRATE JUDGE** LINNEA R. JOHNSON   **DATE:** 11/21/2011   **TIME:** 10:00 AM

| | | | |
|---|---|---|---|
| DEFT: | JOHN DOE aka JOSE LUIS ALVAREZ (B) (DEFT. NOT REQUIRED) | CASE NO: | 11-60228-Cr-Hurley/Vitunac |
| AUSA: | BERTHA MITRANI  STEVE CARLTON | ATTY: | SUSAN DMITROVSKY (RETAINED) NOT PRESENT |
| AGENT: | DEPT. OF STATE | VIOL: | 18:1542 |
| PROCEEDING: | STATUS/DISCOVERY CONF. | RECOMMENDED BOND: | $1,000,000 PSB & $500,000 10% (BSS) |

BOND/PTD HEARING HELD - yes / no         LANGUAGE: ENGLISH
BOND SET @:                              PRISONER#

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____.
- ☐ Home Confinement/Electronic Monitoring/Curfew ___, paid by ___.
- ☐ Other ___

Disposition: Status/Discovery held. Govt. states Discovery will be out Friday, possible plea, no pending motions, 3 days to try case

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE | | | | |

TAPE No. LRJ 11-      Begin:      TIME IN COURT: 1 Min

D.A.R. 10:03:49

FILED BY __ D.C.
NOV 21 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.