FILED by ___ D.C.

NOV 21 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

TO: THE HONORABLE DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA vs. JOHN DOE aka JOSE LUIS ALVAREZ

CASE NO. 11-60228-Cr-Hurley/Vitunac

THIS CAUSE came on for Pre-Trial Status Conference on November 21, 2011

The parties report as follows

✓ There are no pending motions for pre-trial determination

____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

_____

____ There are no discovery problems.   *discovery is going out today*

✓ The case is likely to settle by plea.

____ The case is ready for trial and not likely to settle by plea.

____ The parties estimate trial will take __3__ days to complete.

____ Other comments:

Respectfully submitted on November 21, 2011

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant