UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60228-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DEY VI ORANGEL PENA ARTEAGA,
    a.k.a. Jose Luis Alvarez,
    Defendant.
_____/

## NOTICE SETTING CHANGE OF PLEA HEARING

**TAKE NOTICE** that a Change Of Plea Hearing in the above captioned case has been set for **Wednesday, March 14, 2012, at 1:45 p.m.** before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom 5, 701 Clematis Street, West Palm Beach, Florida.

    **DATED THIS** 24th day of February, 2012.

                                                   James E. Caldwell, Sr.
                                                 Courtroom Deputy

**copy furnished**:
AUSA Bertha R. Mitrani
Benedict P. Kuehne, Esq.
U.S. Probation Office, WPB, FL
U.S. Marshal Service