# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE DANIEL T. K. HURLEY

====================================

Case No. **11-60228-CR.**  Date: **March 14, 2012**
(Start Time: **1:45 p.m.**)  (End Time: **3:00 p.m.**)

Courtroom Deputy: James E. Caldwell   Court Reporter: **Pauline Stipes**

Language Spoken: **English**   Defendant's Status: (~~Pretrial Detained~~ / Bond)

UNITED STATES OF AMERICA v. **Dey ri Orangel Peña Arteaga a.k.a. Jose Luis Alvarez**

AUSA: **Bertha R. Mitrani**   DEFENSE COUNSEL: **Susan Dmitrovsky for Benedict P. Kuehne**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to Count 1 of the indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date to be set by seperate notice.**