UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60228-CR-HURLEY

UNITED STATES OF AMERICA

v.

"JOHN DOE" aka "JOSE LUIS ALVAREZ,"
aka "DEYVI ORANGEL PENA ARTEAGA"
    Defendant.
_____/

**FACTUAL PROFFER**

Had this matter proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

On November 12, 2008, the defendant, DEYVI ORANGEL PENA ARTEAGA, pretending to be "Jose Luis Alvarez" executed a DS-82 renewal passport application by mail for a U.S. passport. On his original passport application, and renewal applications, PENA identified himself as "Jose Luis Alvarez," listed a specific date of birth[1] and stated that his place of birth was the Bronx, New York. Furthermore, the defendant stated in the application for said passport that his Social Security number was xxx-xx-6757. PENA submitted his most recent U.S. passport in connection with the application which also listed social security number 6757 as belonging to him. PENA swore under oath that all information in the passport application and renewal application was true and that the photograph attached to the renewal passport application was a true likeness of him. The application was signed by the defendant. PENA completed three separate passport applications/renewal applications since 1987 using the identity of "Jose Luis Alvarez."

---

[1] PENA used the victim's true date of birth.

The United State would prove that PENA was not "Jose Luis Alvarez," and that he knew that Social Security number xxx-xx-6757 was not assigned to him. PENA is a citizen of Venezuela who assumed Alvarez's identity in order to remain in the United States.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 14 MARCH 2012   By: _____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

Date: 3/14/12   By: _____
SUSAN DMITROVSKY
ATTORNEY FOR DEFENDANT

Date: 3/14/12   By: _____
DEYVI ORANGEL PENA ARTEAGA
DEFENDANT