UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-CR-60228-HURLEY

UNITED STATES OF AMERICA

v.

DEYVI ORANGEL PEÑA ARTEAGA
AKA JOSE LUIS ALVAREZ
_____/

## NOTICE BY DEFENDANT PEÑA OF PAYMENT OF SPECIAL ASSESSMENT

Defendant Deyvi Orangel Peña Arteaga notifies the court he paid the special assessment of $100.00. The Clerk's receipt is attached as Exhibit A.

        Respectfully submitted,

        S/ *Susan Dmitrovsky*
        **BENEDICT P. KUEHNE**
        Florida Bar No. 233293
        **SUSAN DMITROVSKY**
        Florida Bar No. 0073296
        **LAW OFFICE OF BENEDICT P. KUEHNE, P.A.**
        Miami Tower, Suite 3550
        100 S.E. 2nd St.
        Miami, FL 33131-2154
        Tel: 305.789.5989
        Fax: 305.789.5987
        susand@kuehnelaw.com
        *Counsel for Mr. Peña*

-2-

*United States v. Deyvi Peña aka Jose Luis Alvarez*
Case No. 11-cr-60228-Hurley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on March 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *S/ Susan Dmitrovsky*
**SUSAN DMITROVSKY**

S:\Firm\Alvarez, Jose #1899\Pleadings\Notice.Payment of Special Assessment 3-20-12.wpd