# EXHIBIT A

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100035717
Cashier ID: vthomas
Transaction Date: 03/21/2012
Payer Name: BENEDICT P. KUEHNE PA

CRIMINAL DEBT
 For: JOHN DOE AKA JOSE LUIS ALVAREZ
 Case/Party: D-FLS-0-11-CR-060228-001
 Amount:         $100.00

CHECK
 Check/Money Order Num: 2461
 Amt Tendered:  $100.00

Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

ASSESSMENT


Returned check fee $53



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```