UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-60228-Cr-Hurley/Vitunac

**UNITED STATES OF AMERICA,**
        **Plaintiff,**
v.

**DEYVI ORANGEL PEÑA ORTEGA**
**aka JOSE LUIS ALVAREZ,**
        **Defendant.**
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF SENTENCING DUE TO UNAVAILABILITY OF ESSENTIAL WITNESS**

    Defendant Deyvi Peña requests a brief continuance of the sentencing in order to enable Mr. Pena's long-time life partner and essential witness to be present for his sentencing. Due to the possibility of incarceration and the potential of removal from the United States, James Randi will be a crucial sentencing witness. The government does not oppose this request.

    1.    Sentencing is scheduled for Thursday, May 17, 2012 at 1:45 p.m.

    2.    Counsel has just learned from Rick Adams, board member and co-founder of the James Randi Educational Foundation ("JREF"), who also holds Mr. Randi's Power of Attorney, that Mr. Randi is the scheduled Keynote Speaker at the European World Skeptics Conference and will be

*U.S. v. Deyvi Orangel Peńa Arteaga aka Jose Luis Alvarez*
Case No. 11-60228-Cr-Hurley/Vitunac

broadcasting lectures to 32 cities from Spain, Italy, and Germany during May 6-22, 2012.

    3.    Mr. Adams has the responsibility for arranging most of Mr. Randi's worldwide speaking engagements since this case has been pending, the result of the defendant now being unable to take principal responsibility for those obligations of Mr. Randi. Arrangements require that Mr. Randi have personal assistance during each phase of each trip, due in significant part to Mr. Randi's age and health. For instance, Mr. Adams recently attended Mr. Randi's acceptance of a Lifetime Achievement Award from the Society of American Magicians in Los Angeles.

    4.    Mr. Randi is scheduled to be in Europe from Sunday, May 6 through Monday, May 21. Mr. Randi's intention was to attempt to attend the defendant's May 17 sentencing, but the difficulties of transatlantic travel from Germany to the United States to attend the sentencing, and then return to his presentation obligations in Europe are troublesome. Travel back to the United States for a short return would put a tremendous strain on the physical and emotional health of this internationally renown and greatly admired "Amazing Randi".

2

*U.S. v. Deyvi Orangel Peńa Arteaga aka Jose Luis Alvarez*
Case No. 11-60228-Cr-Hurley/Vitunac

5.	Counsel is aware this court will not be available for the summer. Although counsel is scheduled for a prepaid family vacation from May 25 through June 9, she would be willing to remain in Florida if sentencing can be continued to between May 22 and May 31.

6.	Undersigned counsel has conferred with Assistant United States Assistant Bertha Mitrani, counsel for the United States, who does not oppose this motion.

7.	For all the reasons set out in this motion, the defendant requests a brief continuance of his sentencing.

                Respectfully submitted,

                S/ *Susan Dmitrovsky*
                **SUSAN DMITROVSKY**
                Florida Bar No. 0073296
                **LAW OFFICE OF**
                **BENEDICT P. KUEHNE, P.A.**
                Miami Tower, Suite 3550
                100 S.E. 2d Street
                Miami, Florida 33131-2154
                Telephone: 305.789.5989
                Fax:305/789-5987
                susand@kuehnelaw.com
                *Counsel for Deyvi Peńa*

*U.S. v. Deyvi Orangel Peńa Arteaga aka Jose Luis Alvarez*
Case No. 11-60228-Cr-Hurley/Vitunac

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 11, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record identified on the attached service list transmission of Notices of Electronic another authorized manner for those in the manner specified, either via Filing generated by CM/ECF or in counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By:   S/ *Susan Dmitrovsky*
**SUSAN DMITROVSKY**

## SERVICE LIST

Bertha Mitrani
Assistant United States Attorney
299 East Broward Boulevard Suite 700
Fort Lauderdale, FL 33301
Tel: 954-356-7255
Fax: 954.356.7336
*Counsel for United States*