UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-60228-Cr-Hurley/Vitunac

**UNITED STATES OF AMERICA,**
         **Plaintiff,**

v.

**DEYVI ORANGEL PEÑA ORTEGA
aka JOSE LUIS ALVAREZ,**
         **Defendant.**
_____/

**ORDER GRANTING MOTION FOR CONTINUANCE AND RESETTING
SENTENCING DATE**

THIS MATTER was considered upon *Defendant's Unopposed Motion for Brief Continuance of Sentencing Due to Unavailability of Essential Witness* filed on April 11, 2012, and for the reasons stated in the motion and representations made to this court by counsel, and finding that the ends of justice served by the granting of a sentencing continuance outweigh the best interest of the public, it is

**ORDERED AND ADJUDGED** that *Defendant's Unopposed Motion for Brief Continuance of Sentencing Due to Unavailability of Essential Witness* is hereby **GRANTED**. The sentencing in this case is now scheduled for May ____, 2012, commencing at _____ before the Honorable Daniel T. K. Hurley, U.S. District Judge, at the United States Federal Courthouse, 701 Clematis Street, Courtroom 1, West Palm Beach, Florida.

**DONE AND ORDERED** in chambers at West Palm Beach, Florida this ____ __ day of April 2012.

                                    **DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE**