**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 11-60228-Cr-Hurley/Vitunac**

**UNITED STATES OF AMERICA,**
            **Plaintiff,**

**v.**

**DEYVI ORANGEL PEÑA ARTEAGA**
**aka JOSE LUIS ALVAREZ,**
            **Defendant.**
_____/

**SENTENCING MEMORANDUM OF DEYVI PEÑA**
**AND REQUEST FOR VARIANCE,**
**WITH INCORPORATED MEMORANDUM OF LAW**

Defendant Deyvi Peña submits this comprehensive memorandum as an

aid to the court at his May 29, 2012 sentencing. The defendant respectfully

asks this court to impose a measured sentence framed by the advisory

sentencing guidelines, in consideration of his complete and prompt

acceptance of responsibility, his absence of criminal history, the extensive

punishment he has suffered as a result of his admitted wrongdoing, the

immigration and potential deportation consequences he faces, and the

extraordinary negative publicity he endures not only by the effect this has had

on his livelihood as an artist but also the effect on his and his partner's

international reputations exposing those who defraud innocent people out of

millions of dollars by claiming to have special psychic powers. To those who

claim Deyvi Peña is simply another con artist using the identity of Jose Luis Alvarez, Mr. Peña explains it was a desperate act of survival - never intended to cause harm to anyone. The advisory sentencing guidelines call for a term of 6-12 months of imprisonment or imprisonment combined with community confinement or home detention, or probation that includes a condition or combination of conditions that substitute intermittent confinement, community confinement, or home detention for imprisonment. PSI¶¶ 53-54, 58. We seek an alternative to incarceration that will punish Mr. Peña for his offending conduct, act as a significant deterrent to those who violate the provisions of passport laws, but also exact measured punishment consistent with the offense conduct of taking another's name years ago rather than return to a country that persecuted him for his lifestyle. In the event of a sentence of incarceration, we also ask this court to allow a voluntary surrender and to recommend a place of confinement in a Federal Prison Camp near his home and family in Broward County, or at least within the State of Florida.

### A.    INTRODUCTION

1.    On September 8, 2011, a Criminal Complaint was filed against FNU LNU aka Jose Luis Alvarez charging him with one count of passport fraud (DE1). John Doe aka Jose Luis Alvarez was charged by Indictment with

one count of passport fraud in violation of 18 U.S. § 1542 and one count of identity theft in violation of 18 U.S. §1028A (DE7).

2.    At a debriefing on October 20, 2011, the defendant admitted his true identity, Deyvi Orangel Peña Arteaga. He provided the government with information confirming who he was and immediately obtained legal documents from Venezuela that supported the information he provided.

3.    The court accepted Mr. Peña 's change of plea based on the Plea Agreement (DE32) and Factual Proffer Statement (DE33) entered into by the parties on March 14, 2011. Although Mr. Peña agrees in full with the advisory guidelines calculations contained in the Presentence Investigation Report, this court should consider the application of a variance to the Guidelines because of Mr. Peña's role as the sole caretaker and health surrogate of his long-time partner, James Randi. This adjustment is within the court's allowable discretion in an effort to tailor the ultimate sentence in light of other statutory concerns and such sentence may be less severe than the Sentencing Guidelines' advisory sentence. U.S.S.G. §5H1.6.

**B.    DEYVI PEÑA HAS LED AN EXEMPLARY LIFE AS SHOWN IN THE LETTERS OF SUPPORT.**

4.    Deyvi Peña is an artist - a painter, photographer performance artist, and video maker - whose quest for exploring the strong human desire

for knowledge and transformation is second only to his love of family, friends, his community and the United States. Along the way in his effort to celebrate art, science, and the humanities, Mr. Peña strayed from the path of righteousness by harboring a deep, dark secret for more than twenty years, a secret that, if revealed, would have cost him all that he has become. He knows his action was wrong – very wrong – and that his conduct undermined the very values he sought to celebrate through his life and artistic vision. Had there been an alternative, Mr. Peña would surely have taken it. To Mr. Peña, there was no other choice. By his own case and the trauma resulting therefrom, Mr. Peña can only hope to remain in the United States, bit never as a U.S. citizen, and turn his life and artistic creations toward reminding people of how precious life really is and  the wonderful country so many take for granted.

5.      In identifying the appropriate sentence for imposition in this case, the court should take into consideration not only the seriousness of Mr. Peña's conduct, but also the more than 30 letters of support from family, friends, artistic admirers, and others from all walks of life who have attempted to give this court a glimpse into the person that is Deyvi Peña.

4

**A Man Is Known By The Company He Keeps.**

6.      Deyvi Peña's wide circle of friends, coming from all walks of life and nationalities, all see him for the moral, compassionate, and caring person he is, not the excerpted picture portrayed by the offense conduct that focuses on survival by using the name of a U.S. citizen who he was told had died. Deyvi Peña remains close to his family and friends, and dedicated to his ability to reach people throughout the world with his beautiful artistic creations. The outpouring of heart-felt letters incorporated into this memorandum show the decency of this man who has admitted his transgression. Letters of outstanding character and reputation as a partner, son, employer, friend, artist, and volunteer all support the exercise of compassion during sentencing. Representative samples of the true nature of his character and values and selfless generosity are highlighted in the memorandum.

7.      The letters written on behalf of Deyvi Peña show the kind of person he is to friends, family, colleagues, and others in his community. Through the words of those who know Mr. Peña, this court has the opportunity to gain real insight into this man as an artist, colleague, volunteer, friend, and more importantly, devoted and loving partner. His is a life of

5

selflessness and giving to others.

### Deyvi Peña's Art Instructors.

8.      Even in his early years as an art student in the United States, it was obvious to those who taught him that Deyvi Peña was an artist of extraordinary character. An evaluation for the New York School of Visual Arts states: "Terrific work. Well thought out and conceptually and extremely well realized. Congratulations."  (May 16, 1994). A 1992 letter from David Pactor in the Broward Community College's Art Department to the Visual Arts School admissions states that "Jose Luis Alvarez, without exaggeration, has been one of the most accomplished students we have had at Broward Community College." "I regret not having Jose as a student again, but I am certain he will be a positive influence in any environment. He assumes responsibility for his own education - a rare quality!" (Jan. 30, 1992 **David Pactor** Art Department) Another recommendation from Broward Community College describes Jose as a " ... conscientious and industrious artist who deserves any scholarship or grant available (Jan. 29, 1992 **Laurence Tobe** - Art Instructor). Another instructor at the School of Visual Arts wrote in a 1995 letter to the Whitney Independent Study Program: "Jose Alvarez has the highest recommendation I can offer a student about to pursue graduate studio work." :In my dozen or

more years of training artists in art history, Jose is one of if not the most exciting students I have had ... ". (March 31, 1995 **Monroe Denton** Art History/ School of Visual Arts).

**Alice Aycock** - As an instructed at the School of Visual Arts, she wrote to the Whitney Museum recommending Jose Alvarez be admitted to their program. She described his many attributes as being " ... wonderfully creative, inquisitive, serious and motivated. His work demonstrates his sense of humor and his knowledge of issues ... relevant to contemporary art. He is also conversant with the art of this century. ... His work is ambitious and thought provoking."  (March 30, 1995 Alice Aycock School of Visual Arts).

### Deyvi Peña's Friends and Colleagues

9.      **Gallery owner, Sarah Gavlak**, describes the extraordinary artistic rise to international acclaim of this most unusual artist:

> I am writing on behalf of my dear friend and one of the more successful of the Gavlak Gallery artist Jose Alvarez.  I have known Jose since 2006 and from the moment we met, I was completely taken with [his] ... brilliant and exuberant personality and ... artwork.
>
> When I moved from New York City to open my first gallery in West Palm Beach in 2004, several esteemed colleagues ... told me that I had to meet this amazing artist who lived in Ft. Lauderdale.  We finally made a date to meet and from the moment I stepped into his studio I was completely blown away

7

by the visionary world that only someone talented and special as Jose could create. ... I immediately offered to show Jose's work in a group exhibition in the gallery.

This first project together resulted in sales to several prominent collectors including Milton and Sheila Fine, one of the top collectors in the United States. Mr. Fine is the Chairman of the Board of the Carnegie Museum of Art, as well as member of the Board of Trustees of the Carnegie Institute, the University of Pittsburgh and the New Museum of Contemporary Art in New York. Milton was also one of the founders as well as a member of the Board of Directors of the Andy Warhol Museum in Pittsburgh. Jose's works hang in both the Fine's homes in Pittsburgh and Palm Beach. ... Jose's works have been placed [in] the Kemper Museum of Art ... The Norton Museum of Art, Museum of Contemporary Art Miami ... and ... many excellent private collections of trustees of esteemed institutions such as the Metropolitan Museum of Art in New York, The Guggenheim Museum, The Whitney Museum. In the eyes of these revered business and art leaders of America, Jose Alvarez is a unique part of the important history of American Art.

In the time Jose and I have worked together, he has had several major museum and institutional exhibitions. The pioneering exhibition space, The Kitchen in New York presented a major survey of recent works and video pieces and several of the pieces in the exhibition were acquired by their Board of Trustees including Melissa and Robert Soros and Christina Enrique-Bocobo. Jose has also been very charitable, as other letters can attest, to the Kitchen and Visual AIDS, with repeated donations of art works for their benefit auctions as well as cash donations in support of this and other organizations. A recent

8

exhibition "Altered States" (April – August 2011) at the
Norton Museum of Art featured and a large wallpaper
mural in the lobby that Jose made for specifically the
exhibition. This work has been so loved by museum
visitors that due to overwhelming public demand will
remain installed in the lobby to greet visitors through
the next year.

10.    Personal letters attesting to Deyvi's amazing talent and dedication

to his art work include:

**Matthew Lyons** - Curator of the non-profit visual and performance
venue, The Kitchen, attests to Jose's generosity to the organization, furthering
its mission to support emerging artists by donating artwork to The Kitchen's
annual benefit art auction.

**Debra Singer** - An Adjunct Curator at The Kitchen, met Jose in 2002
when he was chosen to show at the prestigious 2002 Whitney Biennial and
worked with him again in 2007 for a solo exhibition of his work at The Kitchen.
As a significant artist, Ms. Singer hopes those fine gifts and qualities will be
considered for Jose's current case and immigration status.

**Chana Budgazad Sheldon** - Executive Director of Locust Projects,
Miami, Ms. Sheldon writes that "[e]ach year the organization holds a fall
Fundraiser called Smash and Grab. In October 2004, Jose ... donated artwork
to this event. His piece alone raised hundreds of dollars for the organization."
She acknowledges the event is one of Locust Project's largest sources of
income and the once-fledgling organization's success was only accomplished
by artists like Jose who support it by donating their artwork.

**Amy Sadao** - Executive Director of Visual Aids, a nonprofit arts
organization since 1988 dedicated to the support of HIV-positive artists and
to utilize visual art to provoke dialogue about HIV/AIDS writes that "Jose
Alvarez is exceptionally supportive. He has consistently donated his artwork
... and has also made monetary donations to guarantee that Visual Aids ...
[reach] ... the widest possible audience. Further, Mr. Alvarez is an advocate

9

for our work in Florida, New York, and beyond." and "[Jose] is an important member of the Lesbian, Gay, Bisexual and Transgender community ... " and " ... a generous and valuable supporter of work to end AIDS and to support those who are living with HIV."

**Gean Moreno** - Director of [NAME] publications, a non-profit, Miami-based publishing house dedicated to art publications and independent curator and writer, and who has worked on art exhibitions with national institutions. Mr. Moreno has contributed to international magazines and museum catalogues. He first met Jose after Jose's participation in the Whitney Biennial Exhibition in 2000. He invited Jose to exhibit his work and wrote of it in the London magazine Contemporary last year. Jose has also produced "multiples" art work for the organization's fund raisers because ... [Mr. Moreno considers Jose to be] a very important artist of his generation."

**Beatriz De La Mora** - writes of Jose's contributions to the "My Hero Gala" auction for the non-profit organization, Aid for Aids. She thanked Jose for his donation in 2008 for their auction and asked for his continued donations in 2009.

**Sidney Brien** - A public educator and program manager making awards through scholar and peer review to international artists and performers, writes that "[Jose] represents in our visual arts culture a rare and large vision, an unusual depth of thought in his works, on the stage and in his thoughtful actions in our communities of moral discourse and critical thinking." [sic] Mr. Brien describes two occasions in 2000 when Jose was named one of only three artists " ... as emblematic of artistic brilliance and relevance as we move into the new Millennium."

**Nelson Hallonquist** - As one of the directors of the Gavlak Gallery, Mr. Hallonquist acknowledges Jose as one of the most well-known and accomplished artists the gallery represents. Mr. Hallonquist organized Jose's seminal solo exhibition at The Kitchen in 2007, the first of many for Jose. His letter is especially compelling.

**Dana Funaro** - Co-director of Gavlak Gallery, describes in beautiful detail with photographs, the extraordinary talent Jose brings to artistic and aesthetic culture in the United States.

**Fernando Balbuena -** Born in South America, he knows of the persecution suffered by gay men in Venezuela. "A series of endless traumatic experiences made me take the desperate decision to leave behind Venezuela, a country where little or very little is known of basic human rights, civil rights and respect for individuality."

**Lawrence Rinder -** Director of the Berkeley Art Museum and Pacific Film Archive and former curator of the Whitney Museum of American Art, Mr. Rinder found Jose's work so motivated by a deep commitment to better society, he chose it for the 2002 Whitney Biennial Exhibition.

**Cheryl Brutvan -** Curator of Contemporary Art at the Norton Museum of Art in Palm Beach, and former Head of the Department of Contemporary Art at the Museum of Fine Arts in Boston, Ms. Brutvan explains Jose's major contribution to the South Florida community. Included in an exhibition titled Altered States at the Norton was Jose's wall graphic specifically designed for the Norton's lobby where it remains as a permanent part of the museum's collection.

**Sarah Gavlak -** When Ms. Gavlak opened Gavlak Gallery in Palm Beach in 2006, colleagues from the Whitney Museum of American Art, from Christie's Auction House in New York and others raved about Jose. She immediately began representing him, resulting in his art being acquired by a dazzling array of prestigious art museums and art collectors. More important, Ms. Gavlak details Jose's extraordinary contributions to charitable causes including The Kitchen, Visual Aids, and other charities.

### Deyvi Peña's and James Randi's Impeccable Reputations

11.   Included in this memorandum are only some of the letters describing the kind of person Deyvi Peña, known as Jose Luis Alvarez to many, really is, and the kind of couple he and James Randi are known as throughout the world. In addition, there are numerous letters describing Jose's

11

dedication to public service and the good of mankind.

**Richard Dawkins** -This world renowned biologist, philosopher, and scientific skeptic took a moment from his schedule to speak of Jose Alvarez's character. As the enormously sought-after and  talented speaker, and the author of such successful books as The God Delusion and The Greatest Show on Earth, Professor Dawkins' letter speaks volumes of the reputation of Jose Alvarez.

**D.J. Grothe** - Mr. Goethe is the president of the James Randi Educational Foundation, the national charity dedicated to combating unreason and harmful pseudoscience worldwide. He writes of Jose's " ... longtime association with the Foundation, and his tireless efforts to promote the cause of reason and humanism around the world." ... "who worked for many years at full-time hours - always without financial compensation - in service to the organization's important mission. ... "

**Tim Mendham** -  Formerly treasurer of Australian Skeptics and Editor of its journal acknowledges how Jose prevented thousands of mistaken believers making fraudsters wealthy and " ... remains grateful to Mr. Alvarez for this action which was of great benefit to rational discourse in [Australia]."

**Greg Stikeleather** - An advisory board member of the James Randi Educational Foundation, and successful venture capitalist says he has found " ... [Jose's] day-to-day and year-to-year character to be fair, compassionate, and ethical. He contributes to the culture through his art and work and donations."

**Massimo Polidoro** - Mr. Polidoro is the Executive Director of the Italian Committee for the Investigation of Claims of the Paranormal (CICAP), founded in Italy in 1989 by Nobel Prize winners, and top scientists and academics. He can attest to Jose's honesty and dependability when called upon.

**Dr. Raymond Beiersdorfer** - Writes of Jose's artistic performances for the Randi Foundation, the chapter in Carl Sagan's book about his work, and a television news story about Jose with John Stossel's ABC News Special titled The Power of Belief.

**Christopher Cochran** - Florida attorney Cochran writes "The years [Jose] has spent with his own performance art and his support and work with other organizations dedicated to reasoning and critical thinking have demonstrated a great contribution to the community at large on how to approach extraordinary claims with tact and skill."

## C.   DEYVI PEÑA'S EXTRAORDINARY ACTS OF PUBLIC SERVICE IN THE NAME OF JOSE LUIS ALVAREZ.

12.    Randi's and "Carlos"' work encompassed more than a decade of international travel and took them to Australia, England, France, Germany, Italy, China and other countries to spread the mission of the James Randi Educational Foundation, "dedicated to providing accurate information on the so-called paranormal, supernatural, occult, and pseudo-scientific claims, awarding prizes to deserving students  who develop projects and essays based upon these claims, and both finding and conducting original experiments to examine those claims in a scientific manner." Mission Statement from JREF. Renowned astrophysicist and writer Carl Sagan devoted an entire Chapter to Jose Luis Alvarez as the successful performance artist "Carlos" in his book The Demon-Haunted World, Science as a Candle in the Dark (Chapter 13). In it, the author discusses terrible harm caused by frauds preying on vulnerable people world wide. Sagan goes to great length to praise the important work of James Randi and "Carlos" in debunking the fraudsters and curtailing the senseless destruction of human

lives (Pgs. 225-229; 236-241). The selfless, good works of Deyvi Peña as Jose Luis Alvarez have not gone unpunished. Respected South Florida attorney, Brenton Ver Ploeg, has spent enormous time and energy over the years successfully defending James Randi in law suits by the people he unmasked. As the performance artist "Carlos", Mr. Alvarez's work also involved exposing frauds.

### D.   DEYVI PEÑA'S MANY ACTS OF EXTRAORDINARY PUBLIC SERVICE AND CHARITY FOR OTHERS.

13.   In addition to donating hundreds of much-needed items to the Jack and Jill Children's Center in 2009, many letters address Deyvi Peña's selfless acts for others.

**Brandon K. Thorp** - An award-winning journalist and long-time friend of James Randi and Jose Alvarez, Mr. Thorp was also the recipient of one of Jose's numerous untold charitable acts when Jose extended his financial support following the death of a family member.

**Teresa Grow** - Writes of Jose's financial and emotional support these many years, allowing her to keep her design company open and keep her employees.

**Alcira Araque de Antor** - One of Jose's great friends relates how Jose refused to let Mrs. De Antor's son die alone in a New York hospital after all

other measures had failed.

**Monica Undreiner Moron**- Another who has known Jose since his life in Venezuela, Ms. Undreiner tells of the tragic and sudden death of her brother and how Jose and Randi who not only provided emotional support but came to the Undreiner family's financial aid during a terrible time in their lives.

**Dilia Josefina Arteaga Romero** - Jose Alvarez's 71-year old mother suffers from Steven Johnson disease - a rare disease that eats the flesh and organs and is eventually fatal. During her years of fighting the disease in Venezuela, Jose supported his family financially, including bringing Mrs. Arteaga to the United States to the Ocular Surface Center, the  Medical Arts Surgical Center at Baptist Hospital in Miami, and Primary Care Physicians of Hollywood for medical treatment of her disease. He and James Randi also oversaw her treatment for other cancer she developed. Jose and Randi spent approximately $100,000 for Mrs. Arteaga's medical treatment both here and in Venezuela.

### E.    FAMILY TIES.

14.    Deyvi Peña was forced to leave behind any traditional "family ties" when he left Venezuela. However he and James Randi have had a loving relationship for a quarter of a century. They are a married couple in their eyes

and in those of their family, friends, and colleagues. It is only the United States Government that does not recognize this union as legal. In addition to being the sole beneficiaries of each others estate as well as each others health care surrogate, they have shared incomes equally as a married couple for years. Everything belongs equally to both. As is evident from their international travels, home in Plantation, and conduct for more than twenty years, James Randi and Jose Luis Alvarez have been a couple for decades.

15.   Other letters in the binder contain personal observations of Randi's and Jose's unique relationship and personal photographs of their life together.

**Richard L. Adams, Jr.** - A hugely successful internet visionary, Rick Adams describes his friendship with both Randi and Jose as well as their symbiotic relationship. As one of three original directors of The James Randi Educational Foundation, an charitable organization dedicated to ending fraud by soothsayers, psychics and those claiming fraudulent powers, Rick has been intricately involved in Randi's and Jose's lives since Randi developed serious health problems in 2006. He describes Jose's steadfast dedication to his partner during those trying times. He also describes the financial and legal problems affecting the couple in recent years. Mr. Adams best explains Jose's and Randi's relationship: "They have supported each other without hesitation as long as I have known them. There have been plenty of 'worst of times' and neither has wavered. Jose provides significant emotional and physical support to Randi, who is now 83 and showing his age. They have moved back into ... the home that they have shared for over twenty years. If Jose is separated from Randi, it will have a devastating emotional, financial and physical affect on Randi. They have a bright and loving future if they are allowed to be together."

16

**James Randi** - Randi writes beautifully of his relationship with Jose, Jose's artistic works and charitable acts, and why Deyvi Peña was forced to make a difficult and desperate choice of survival in the country he loves.

**Penn Jillette** - Penn Jillette, of the internationally renowned performance artists Penn and Teller,  writes of Jose's contributions not only to the art world but to the skeptic community worldwide. Having known James Randi far longer, Mr. Jillette trusts Jose implicitly not only with his family and homes but " ... to take care of [his] hero and mentor, James Randi."

**Teller** - The other half of the famous team, reiterates Jose's contributions to the art world and scientific community. He confirms that "Jose was at Randi's side, providing indispensable support, through Randi's recent battle with, and victory over, colon cancer."

**Grace and Daniel Denman** - The Denmans have known Randi for more than two decades and Jose through the friendship. They write of the symbiotic relationship of Jose and Randi. " ... Jose has always been a loving caregiver, especially during Randi' recent successful recoveries from both heart disease and cancer. We cannot imagine Randi without Jose."

16.    The sentencing guidelines are advisory. *United States v. Montgomery*, 165 Fed. App'x. 840, 842 (11th Cir. 2006) (§3553(a) factors included first and only offense, lack of criminal history indicating unlikelihood future crimes, lengthy incarceration for public protection unnecessary).

> In sentencing, district courts must still consult the guidelines and correctly calculate the guidelines range, *United States v. Crawford*, 407 F.3d 1174, 1178 (11th Cir. 2005) (citing *Booker*). After doing this, the district court must consider the sentencing factors in §3553(a) to determine a reasonable sentence, which may be more severe or more lenient than that provided for in the guideline range. *United States v. Talley*, 431 F.3d 784, 788 (11th Cir. 2005); *Crawford*,

17

407 F.3d at 1179.

*United States v. Montgomery*, 165 Fed. App'x. at 842.

17.   A district court is guided by 18 U.S.C. § 3553(a) factors:

> Relevant factors include: (1) the nature and circumstances of the offense and the history and characteristics of the defendant (2) the need for the sentence to reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, afford adequate deterrence to criminal conduct, protect the public from other crimes by the defendant, and the need to provide defendant with needed medical care; (3) the available sentences; and (4) the guidelines range. 18 U.S.C. § 3553(a)(1)-(4).

Id. at 842.

18.   *See also United States v. Davis*, 458 F.3d 491, 498 (6th Cir. 2006) (noting that "[i]n an appropriate case, a trial court ... has a freer hand to account for" a factor disapproved of by the Sentencing Commission's policy statements.) *E.g., United States v. Holden*, 2007 WL 1712754 (E.D. Mich. June 13, 2007) (§ 3553(a) factors warrant probationary sentence below 12-18 month guideline range); *United States v. Wadena*, 470 F. 3d 735 (8th Cir. 2006) (relevant § 3553(a) factors supported downward variance); United *States v. Beamon*, 373 F. Supp. 2d 878 (E.D. Wis. 2005) (downward departure based on defendant's community service and family

18

circumstances);  *United States v. Dominguez*, 296 F. 3d 192 (3d Cir. 2002) (court discretion to depart for family circumstances where fundamental purposes of sentencing in Sentencing Reform Act, deterrence, incapacitation, just punishment, and rehabilitation, are fully served); *United States v. Alba*, 933 F. 2d 1117, 1122 (2d Cir. 1991).

### The Self-Imposition of Punishment

19.    Even while subject to indictment and conviction, Deyvi Peña has nonetheless been productive and responsible, continuing his work and creating new works of art through the present time.[1] His involvement in this case has been highly publicized in the art community and among followers of

---

[1]     The Cosmopolitan, the newest and first art-focused hotel-casino in Las Vegas, recently initiated a new contemporary art program and is showcasing Jose's animations in one of Las Vegas' largest billboards as well as in its lobby. This exhibition was scheduled to take place at the time of Deyvi Peña's arrest. The hotel recently re-approached Gavlak Gallery, and the project is to be exhibited soon.

Deyvi's works will not only be shown on the huge 10-story billboard at The Cosmopolitan in Las Vegas but will be featured at the video columns as well. This project is being entirely funded by the Art Production Fund (APF) as described in a letter. It is yet another example of the ways Deyvi Peña voluntarily contributes to the arts when asked.

http://imaginepeace.com/archives/12032
http://www.youtube.com/watch?v=8sqC4ieP0Ak

the James Randi Educational Foundation (JREF) and James Randi. with some responding with an outpouring of support while the others vilify him. Because of his contributions to his community and his selfless acts for family and friends, he has been applauded by all those in his life, even as he faces the public embarrassment and humiliation of having been found guilty of transgressing the requirements of law.

### Support Exists for a Variance from the Sentencing Guidelines

20.    Although the proper sentence in consideration of the advisory guidelines is committed to the court's sound discretion, significant reasons exist for the court to question whether the advisory guidelines range is necessary or appropriate in this case. The combination of § 3553(a) and (b)(1) factors, considered with his mental and emotional condition, his partner's impacted health, his good works, and circumstances not adequately considered by the guidelines (U.S.S.G. § 5K2.0), warrant consideration of a variance. This court is empowered to consider Deyvi Peña's offense conduct in light of the mental and emotional distress of his case coupled with the ailing health of his partner. as well as in consideration of his record of civic and charitable work. Deyvi Peña is very remorseful for his action.

21.    Consider the circumstances announced as justification for

President Bush's commutation of "Scooter" Libby's prison sentence.

> This case has generated significant commentary and debate.
>
> Both critics and defendants of this investigation have made important points.
>
> I respect the jury's verdict. But I have concluded that the prison sentence given to Mr. Libby is excessive. Therefore, I am commuting the portion of Mr. Libby's sentence that required him to spend 30 months in prison.
>
> My decision to commute his prison sentence leaves in place a harsh punishment for Mr. Libby. The reputation he gained through his years of public service and professional work in the legal community is forever damaged. His wife and young children have also suffered immensely. He will remain on probation. The significant fines imposed by the judge will remain in effect. The consequences of his felony conviction on his former life as a lawyer, public servant and private citizen will be long-lasting.

The President's Statement (July 3, 2007).

22.    Jose has been Randi's sole caretaker and singular source of support during Randi's 2006 double bypass heart surgery, chemotherapy for intestinal cancer, and recuperation from both. Rick Adams' touching tribute to the life partnership of James Randi and Jose fully explains why Jose did not reveal his "secret". This Jose Alvarez has always put his family and

friends ahead of his own problems. His unwavering devotion to James Randi is without comparison.

### F.   JAMES RANDI SUFFERS FROM SERIOUS MEDICAL CONDITIONS.

It is also relevant for the court to know of James Randi's serious medical conditions. He is, and has been throughout the last several years, been in  poor health. He is currently taking prescribed medication for several debilitating diseases and conditions, including heart disease, blood pressure problems, and osteoporosis. Randi had double bypass heart surgery in 2006. He continues to maintain a chest port in the event check ups indicate his stomach cancer has returned. Rick Adams now has Randi's Power of Attorney for all financial decisions due to his weakened condition and age. Although not solely reliant on medications, Randi is an elderly citizen who has enough to concentrate on just to survive, without focusing on the loss of his partner because of a felony conviction.

### G.   NO INTENT TO CAUSE HARM TO VICTIM OR SUBVERT NATIONAL SECURITY.

23.   As Deyvi Peña admitted during his debriefing in October, he entered the United States in 1984 on a student visa to attend the Fort Lauderdale Art Institute paid for by a Venezuelan benefactor. Given a history

22

of persecution for his sexual orientation in Venezuela, Deyvi Peña had determined his survival depended on remaining in the United States against all odds, and so in 1987, he took the identity and birth date of Jose Luis Alvarez only after assurance that person was now deceased. With that information, the newly named Jose Alvarez applied for a social security card in Broward County and a duplicate birth certificate in New York. He also registered for U.S. military service that same year in Florida.

## H.  REQUEST FOR A RECOMMENDATION OF A SENTENCE OF PROBATION.

24.     This is an extraordinary case deserving of a non-prison sentence for  Deyvi Orangel Peña Arteaga. But for the draconian attitude toward alternative lifestyles in the United States, only now being recognized by individual states, James Randi and Deyvi Peña would be legally married. Thus, this would never have reached the level of criminal charges and the real threat of deportation. Since Deyvi Peña has now been convicted of the felony charge of passport fraud, the likelihood that he will be deported  is great. That is not only a death sentence for Mr. Peña but most certainly for James Randi who has done nothing but live an exemplary life as an exceptional, naturalized, and very proud United States citizen. And but for this one act for

23

his own survival many years ago, Deyvi Peña has done nothing but live an exemplary life as an exceptional, and very proud United States citizen.

25.    Mr. Peña was taken to the U.S. Immigration Office in Miami yesterday where he was served with a Notice to Appear. His immigration attorney, Ira Kurzban, is representing Mr. Peña for that matter. New York immigration attorney Paul O'Dwyer represents Mr. Peña for his political asylum application and request for a withholding of removal. With a felony conviction, we are convinced more than ever the critical issue of political asylum or deferred action is of the utmost importance. Our request for the government to seek relief with the court was rejected.

26.    Deyvi Peña is he an individual with an unblemished record of service to his community, a valuable and gifted artist whose ability to maintain his reputation as a successful artist and care giver to his life partner is at risk with this felony conviction. The offense, while very serious, is nonetheless one for which the government has already agreed to credit time served and no prison sentence and the sentencing guidelines call for a sentence of probation. The government also confirmed there is no victim or restitution in this case.

27.    Mr. Peña deserves to be treated in a manner consistent with

24

similarly situated offenders who face persecution for life style choices, who have extraordinary artistic talent, great accomplishments for humankind, charitable works for friends and organizations in this and other communities, and, in Deyvi Peña's case, the continued ability to care for James Randi into his last days.

28.    Having vowed never to return to the discrimination and persecution he suffered in Venezuela from an early age, Deyvi Peña desperately sought an avenue to remain in this country with legal status. Unable to accomplish that goal, he took on the identity of Jose Luis Alvarez with the implicit understanding that this person was deceased. Had he known Jose Luis Alvarez was alive, he certainly never would have assumed an international role in the limelight as a highly successful artist.

29.    In contrast to the use of the "Carlos" persona to reveal the truth about fraudsters, Deyvi Peña's only "crime" was to protect himself from the draconian laws that would send him back to a country for certain punishment and persecution just for being himself. A sentence of probation is appropriate in this case.

## I.    CONCLUSION

30.    Deyvi Peña takes full responsibility for his own personal conduct.

He accepts the consequences of his misdeeds, but is hopeful he can be given the opportunity to do so in a manner that allows him to remain in this country with legal status. After a lifetime of honorable community service to his community and chosen country, he and James Randi deserve to live and die in peace without the additional consequences of being a convicted felon. Jose's loss of his precious civil rights as well as potential deportation are penalizing enough. A sentence of non-incarceration would more than adequately punish Mr. Peña for what he did - even if done to survive. He acknowledges how wrong it was.

31.   So aptly put in Katherine Rudin's letter, as a member of a prominent political family in New York, Ms. Rudin took the time to relate a poignant story to remind us of the value of people like Jose Alvarez who seek safety and success in the United States. As a progeny of " ... one such act of **desperation for deliverance** ... , Mr. Rudin describes the plight of her great-grandfather who escaped the pogroms of Czarist Russia in the late 1800"s by entering the United States with a forged passport. But for his singular, illegal act for survival, the astonishing philanthropy of the Rudin family would not have happened. Deyvi Peña is just such a person.

Deyvi Peña takes full responsibility for his own personal conduct. He accepts

26

the consequences of his misdeeds, but is hopeful he can be given the opportunity to do so in a manner that allows him to remain in this country with legal status. After a lifetime of honorable community service to his community and chosen country, he and James Randi deserve to live and die in peace without the additional consequences of being a convicted felon. Jose's loss of his precious civil rights as well as potential deportation are penalizing enough. A sentence of non-incarceration would more than adequately punish Mr. Peña for what he did - even if done to survive. He acknowledges how wrong it was.

32.   Deyvi Peña asks this court to consider a sentence of probation. This would not detract from the seriousness of the offense conduct, and would minimize the sanctions to Mr. Peña who must still face an uphill battle with the Department of Homeland Security. A sentence of probation will, however, enable Mr. Peña to at least resume his law abiding life, demonstrate his commitment to following the spirit and the letter of the law, provide the care his beloved James Randi requires, and maintain his ability to remain a productive member of society while his immigration issues are determined.

Respectfully submitted,

27

S/ *Susan Dmitrovsky*
**SUSAN DMITROVSKY**
Florida Bar No. 0073296
**BENEDICT P. KUEHNE**
Florida Bar No.  233293
**LAW OFFICE OF**
**BENEDICT P. KUEHNE, P.A.**
Miami Tower, Suite 3550
100 S.E. 2d Street
Miami, Florida 33131-2154
Telephone: 305/789-5989
Fax: 305/789-5987
Email: susand@kuehnelaw.com
ben.kuehne@kuehnelaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on March 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record identified on the attached service list transmission of Notices of Electronic another authorized manner for those in the manner specified, either via Filing generated by CM/ECF or in counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By: S/ *Susan Dmitrovsky*

**SUSAN DMITROVSKY**

**<u>SERVICE LIST</u>**

Bertha Mitrani
Assistant United States Attorney
299 East Broward Boulevard
Suite 700
Fort Lauderdale, FL  33301
Tel:954-356-7255
Fax:954.356.7336
Email bertha.mitrani@usdoj.gov
*Counsel for United States*

S:\Firm\Alvarez, Jose #1899\Pleadings\Sentencing Memorandum 5-25-12.wpd