

# JAMES RANDI EDUCATIONAL FOUNDATION

Thursday, April 5th, 2012

To the Honorable Judge Daniel T. K. Hurley
United States Courthouse, 701 Clematis Street
West Palm Beach, Florida

Your Honor:  I'm James Randi, the 83-year-old partner of Deyvi Peña [*aka* José Luis Alvarez] for the past 25 years. We've lived happily together in Florida in a very close relationship, willingly providing for one another financially, as required. I supported Deyvi's artistic career for some years until the art world began to recognize his work, which has now been presented in such prestigious venues as the Whitney Museum of American Art in New York City, the Museum of Contemporary Art in Miami, and the Norton Museum in West Palm Beach, among many others, as well as internationally.

Mr. Peña is certainly no threat to the United States of America. Rather, he's a very talented and well-recognized artist who has contributed to the cultural reputation of this country. He has supported the James Randi Educational Foundation – the 501(c)3 charity that I began back in 1996 – with substantial donations, and he served as a Director of that Foundation on a voluntary basis for 12 years, until 2002. At that point, his artistic career took off, and he has pursued it ever since.

The horrific, oppressive, conditions under which Deyvi lived in Venezuela threatened him both physically and emotionally. He had a police gun placed to his head, and he was violently assaulted on several occasions. He still shows the scars of those events. His own family shunned him. He sought refuge here in the USA by adopting the identity of an American, someone who he'd been told – falsely – had died at the age of 7. Deyvi's offense involved no violence, no threats, no damage, and no money ever changed hands. He has openly confessed to his transgression, and sincerely regrets his action. If he were now deported to Venezuela, particularly in view of the persistent and increasing intolerance of homosexual men in that country, he would potentially be doomed. I appeal to you, your honor, to extend compassion to him, to allow him to remain in the United States, to continue his work, obtain a driver's license and to remain gainfully employed without fear of deportation.

Had same-sex marriage – now recognized in six U.S. states and in the district of Washington, DC – been possible in Florida – as well as nationwide – we two would have entered into that commitment without hesitation, and none of this would have been an issue. Deyvi and I still hope to be married as soon as we are permitted to travel to New York City.

My present personal dependence on Deyvi should also be a part of this appeal, since I would now – at my advanced age – find it very difficult to function physically and emotionally without him at my side; I offer this as a further consideration. I, as well as all the members of the James Randi Educational Foundation, a 501(c)3 charity I founded in 1996, believe that my organization's very successful and widely recognized international campaign to advise naïve persons of the dangers involved in taking "supernatural" and "psychic" advice from swindlers, is very important.  Deyvi Peña, as my partner, has enabled me to continue in this regard. I ask you to consider this factor, as well.

2941 Fairview Park Drive | Suite 105 | Falls Church, VA 22042   MAIN: 703 226 3780   FAX: 703 226 3785   randi.org

Judge Hurley, I'm aware that you will receive other similar letters on this matter, and they will be equally as emotional because so many others are concerned about Mr. Peña's future. They, too, know that he is a good person. My own life's work has been involved in handling situations where individuals have been victimized by those who claim to bring messages from the dead, to proffer magical cures, and to provide financial schemes… I've often been able to assist these beleaguered folks with a solution, and this has been a source of great satisfaction to me. In your profession, I'm sure that you've also encountered such a state of affairs, and have seen fit to do what you can to bring relief to those who come before you.

Sir, I ask that you consider the situation of Deyvi Peña in that light, and I thank you for considering this appeal.

Signed,

James Randi.
12000 NW 8th Street
Plantation, Florida, 33325

# Richard L. Adams, Jr.

*10300 Hickory Forest Drive, Oakton, VA 22124-1523 USA*
*+1 703 255 5527, +1 703 226 2257 (fax)*
Rick.Adams@Cello.Net

December 12, 2011

To The Presiding Judge:

I am the Founder and former CEO and Chairman of UUNET Technologies, Inc. Founded in 1987, UUNET was the first and at one time the largest Internet Service Provider in the world. As a result of taking UUNET public in 1995, I became enormously wealthy. UUNET was eventually acquired by WorldCom in 1996 and I retired. Since then, I have managed my various investments, collected rare books and art and donated to and participated as a board member of various charities. I am currently on the board of three 501(c)3 charities, two of which I founded.

I don't remember when I first became aware of James Randi. I was certainly familiar with his appearances on *The Tonight Show with Johnny Carson* and his appearance on the *Happy Days* TV show in the 1970s. I was also aware of his writings relating to skepticism in the 1980s. Sometime in 1995, I became aware of his attempt to raise money for a prize fund to be awarded to anyone who could demonstrate paranormal powers under proper observing conditions ("The Challenge"). Randi had been offering a $10,000 prize from his own funds for many years, but purported psychics had been dismissing it as too small to be worth their time. I pledged $90,000 of my money towards the prize fund and many others pledged as well. The pledges totaled roughly $500,000 by the end of 1995 and there was interest from TV producers for a show about The Challenge. Unfortunately, the purported psychics dismissed the pledges as too difficult to collect if the money existed at all.

Around December 29, 1995, I suggested to Randi that we form a charitable organization that could accept donations instead of pledges and they we could offer The Challenge with the cash in the bank and eliminate that excuse. Over the next few months we discussed the proposed organization, and Randi agreed to fly to Virginia to meet me.

I first met Randi in person around February 23, 1996 when he stayed at my home in Virginia for a few days. We spent most of the time discussing the organization and we agreed that we would form a charitable organization that he would run and for which I would provide the initial funding. I formed the James Randi Educational Foundation ("The Foundation") in Delaware on February 29, 1996 and it became operational on April 1, 1996. We needed a third director for The Foundation and Randi suggested the man I have always known as Jose Alvarez, née Deyvi Pena ("Jose"). I interacted with Jose and Randi as board members throughout the rest of 1996.

I first met Jose in person in March, 1997, when he accompanied Randi and some other magicians to my house to put on a magic themed birthday party for my son. (This was Randi's first and only children's birthday party and his willingness to do such a party at such an established stage in his career was a testament to our growing friendship.)

1

Over the last fifteen years, Randi and Jose have stayed at my house dozens of times. They have exchanged gifts with my children, vacationed with us and generally been a close part of our extended family. We have traveled to the Galapagos Islands with them, visited the Moon Rock Vault at NASA in Houston and also simply "hung out." Jose in particular has mentored my younger son, who has developed into a promising young artist.

I have had many opportunities to witness Randi and Jose's interactions over the years, and I have never seen a more devoted, adoring couple. Their lives are completely intertwined and it would be devastating to both to separate them.

In addition to my professional interactions with them, I have become more and more involved in their personal lives; especially over the last five years.

In early 2006, Randi had a major heart attack requiring multiple surgeries, culminating in a double bypass. I spoke to Jose many times while Randi was in the hospital and Jose's grief and fear was overwhelming. Jose could not imagine life without Randi and I believe that this was the first time he had been confronted with that possibility. I don't think Jose left his side during the days in the hospital except when forced by the doctors and nurses. Fortunately, Randi fully recovered, but was clearly much weaker than before. Jose was always there when needed – the loving caregiver.

In the summer of 2009, Randi was diagnosed with intestinal cancer and underwent three months of chemotherapy. As with most chemotherapy treatments, the effect on Randi's mental and physical well being was devastating. Again, Jose was always there, day or night for whatever was needed. In 2010, Randi was pronounced "cancer free", although the decrease in his mental and physical prowess is readily apparent to anyone who knows him well.

I understand that Jose's art career began to gain serious public attention in 1998. His major breakthrough event was his invitation to participate in the Whitney Art Museum's 2002 Biennial, one of the leading shows in the contemporary art world. Jose stayed at my apartment in New York during the show and I showed my support by attending the exhibition (of course Randi was there as well.) I believe this show was a turning point in his career. He interacted as a peer with prominent artists, and gained significant self confidence in his own work.

I bought my first piece of his in 2003 and have since acquired five more, including a commissioned piece that is on public display in one of my restaurants. I expect to buy more. While Jose's pieces sell for $25,000 or more and he has sold hundreds of thousands of dollars of art over the years, Randi has always been there to support Jose emotionally or financially. Randi has provided everything from free studio space to cash to pay for Jose's assistants or supplies. He has also provided contacts and introductions when Jose needed it and of course emotional support and encouragement as necessary.

Randi and Jose's house was severely damaged in the 2005 hurricane. In 2009, while undergoing chemotherapy and with a severely diminished mental capacity from the drugs, Randi entered into a contract to restore and renovate the house. Unfortunately, the contractor he chose took advantage of this and defrauded him of virtually all cash and credit that Randi had available. Litigation is in process (Broward County Circuit Court Case 10-42002) and the final damage has not yet been determined, but I expect that it will be in excess of $500,000 plus legal fees. It is not clear if Randi will be able to recover any of the money, even if a favorable judgment is obtained.

In March 2010, Randi contacted me desperately seeking a loan to finish the renovation on his house. I began to look into the situation and was astonished at the complete shambles Randi's finances were in. A man who had had over $200,000 per year of income and hundreds of thousands of dollars in the bank was practically wiped out.

The situation was so bad that Randi agreed to turn all of his financial and legal matters over to me and I now operate as Randi's attorney-in-fact under a general power of attorney and have managed all of his affairs since March 2010. This has given me direct knowledge of how completely Jose and Randi's financial affairs are intertwined. I have leant him over $750,000 to take care of his financial problems and things were starting to look up.

Then in September, 2011 Jose was arrested and charged in the matter before you. When Jose was taken away, Randi called me distraught and unsure of what to do. I was shocked. At the time, I found the accusations incredible and was certain a mistake had been made. Never the less, I obtained legal representation for Jose, arranged for Jose to receive care packages and make phone calls and I provided the $150,000 Randi has spent on Jose's defense and bond. Mostly, I tried to console Randi. I spent many hours with Randi while Jose was in jail. Randi's loss and grief were tremendous, tempered only by the brief times that he was able to see Jose in person or speak to him on the phone. When Jose was released on bond, they were the happiest I have seen either of them.

In summary, Randi and Jose are a deeply committed, loving couple in a mutually beneficial, stable, long term relationship. They have supported each other without hesitation as long as I have known them. There have been plenty of "worst of times" and neither has wavered. Jose provides significant emotional and physical support to Randi, who is now 83 and showing his age. They have just moved back into their newly renovated home that they have shared for over twenty years. If Jose is separated from Randi, it will have a devastating emotional, financial and physical affect on Randi. They have a bright and loving future if they are allowed to be together.

Thank you.

Sincerely,

Richard L. Adams, Jr.

3

December 5, 2011.
Caracas Venezuela

To the Presiding Judge.

Ref. On behalf of Mr. José Alvares.

My name is Alcira Araque de Antor. I am Venezuelan, ID Nº 7,180,704, and I have been given the honor of speaking on behalf of José Alvarez, which I proceed to do now.

Hereby, I would like certify that I have known David Peña (Jose Alvarez) for many years. He always behaved correctly and was very helpful, incapable of wrongful acts, of which I want to give testimony in this letter.

I first met Jose in Caracas when he was a young man and he used to visit my neighbors 'son. Soon he became friends with me and my sons. Back then I had no idea how important Jose's friendship was going to be for me and my family.

Jose is the most humanitarian person I have ever met.

My son, Johnny Antor, became very ill years ago, and he flew to NY to get treatment at the St. Vincent Hospital.  We did not have the financial resources to pay for the ticket, but José and Randi kindly offered to help.

My son's recovery was not coming out well, and José would not leave his bedside to keep him company and to nurse him if it was necessary. José's help covered for much more than just the plane ticket and extra necessities at the hospital. He also covered for the love and the company that I was not able to give him in such moment, as I had no resources to fly up to New York to see my son through his illness.

For months, my son lied on a bed at a hospital and at a nursing facility, and he only had José to see for him in every way. Finally, my son passed away on July 31, 2004, and I will be forever thankful to José because he offered my dying son the opportunity to heal, and when that was no longer possible, he still stayed with him until his last moments, holding his hand, and would not let him die alone.

I would like to ask the Honorable Presiding Judge to please consider my sincere plea as one coming from a mother's heart that sees in José another son of my own, and I thank you in advance for you mercy.

_Alcira de Antor_

Alcira Araque de Antor

Avenida La Colina, Edf. Lipel, Piso 6. Urb. Los Chaguaramos, Caracas, Venezuela.
Telf. 0058 212 6619069.

Mónica G. Undreiner Morón.
Av. Principal, Residencias Nervión, Apt. 7.
Cumbres de Curumo, Caracas, Venezuela.
+58 212 9774902
+58 424 1430472

Caracas, Venezuela.
December 3th, 2011

To Whom It May Concern

Ref.: José Álvarez

I, Mónica Undreiner, Venezuelan citizen, passport N° 005029521, hereby would like to certify that I have known David Peña, later on José Alvarez, on a personal basis for the past 38 years, time during which, I have known him to be an honest, extremely kind and generous person, never capable of actions that could cause harm to other people, directly or otherwise.

I met José through my brother when I was in highschool, and we have remained close friends ever since. He has proved to be a true friend in spite of time and distance, which in my opinion speaks of a person of strong moral values and family standards, so desperately needed in modern society.

Back in those days, José was a man with a peculiar spirit, a distinctive pure heart, and a laughter that could be heard miles away; always there for all his friends to support in whichever way it was needed.

Time and the struggles of life never changed those unique characteristics, but fitting in the Venezuelan society was becoming too hard for him and so we had to see him part, keeping contact only by mail every once in a while. It was never easy for José in Venezuela.

We all eventually go through very difficult moments at some point in our lives, and I would like to tell in these heart-felt lines, how José helped me and my family when my number came up. It was in 1999, and it came in the form of the loss of my dearest brother, Gustavo Undreiner, who was living in NY at the time. My brother was killed in a car accident. It was a horrendous accident and it was Jose who had to call us here in Venezuela to give us such tragic news. There are no words to describe the pain and the trauma. I took the next flight to NY, and then again there it was Jose at the airport waiting for me. Hadn't it been for him, I would not have been able to make any sense of what was happening, nor I would have been able go throughout all the paperwork and logistics to bring my brother's ashes back home. But not only he took care of me upon my arrival, but he and his partner Randi, paid all the expenses related to the funeral, and our stay in NY during the weeks we had to be there.

My brother was José's bestfriend, and I watched him put aside his pain to deal with everything else, including my keeping me sane during such ordeal. I watched him sacrifice his right to mourn the loss of someone so very dear to him, just to look after me and my sister, who flew to NY too. He held my hand all way, never letting go. Just like my own brother would have done, and precisely like not many people would have. He cared. He cares and looks after his friends.

Pg. 1/2

Mónica G. Undreiner Morón.
Av. Principal, Residencias Nervión, Apt. 7.
Cumbres de Curumo, Caracas, Venezuela.
+58 212 9774902
+58 424 1430472

I would have been lost without his help, emotionally and financially speaking. I have that to thank him for until my last breath.
There was something else José did that have always amazed me and made me realize even more how unique he is. He has this garden in the back of his house where he set a special place to celebrate my brother's life through some of his art creations. Where others would build tombstones to remember dead ones by, José creates life to celebrate life. Before the most painful situations, his perspective flips everything around towards the bright side, and it's contagious! He impacts everyone's moods making it worth to live through.

I am honored to count José as my friend, and I am certain that there is not one person who has had the chance to meet him that could think and feel differently.

Lastly, I would like to beg for José's chance to get on doing what he does best, and that is to continue doing good to others, and his partner Randi. I can't think of anyone else who would deserve more a second chance than José. Any society will only benefit from his sticking around with his art, and his kind and beautiful, beautiful, beautiful soul.

To the authorities, please feel free to contact me at any time should further clarification be requested.

Sincerely
Monica Undreiner.

Pg 2/2



Rodrigo O. Avendano
Commercial Artist / Custom Collectaball President
7831 N Colony Circle #102
Tamarac, FL 33321
Office 954.724.7339
Direct 954.812.9103

To:

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida 33401


I respectfully write this letter to you on behalf of my friend
for over 20 years Jose Alvarez.

Throughout the long period of time that I have known Jose, I have witnessed first hand
his commitment to art, hard work, excellence, friendship and helping others unselfishly,
simply because it is the right thing to do, or simply because someone needs it.

Jose has been an inspiration for me to do what's right and just.
I am aware of the seriousness of the situation he is facing. He has fully acknowledged the grave error
by which he is currently being judged. I must say, it was an act of sheer desperation.
His desperate decision was seen at the time, as the only way for him to be able to live
freely as gay man.
I know for a fact that he fully regrets this desperate measure. He only wants an opportunity
to redeem himself.

His departure would be a huge personal loss for me; and if I may say so, also to our community.
His talent and personal attributes do not come around too often.

I thank you Judge Hurley, for the opportunity to express to you what Jose as a person has meant
to those of us lucky enough to have known him.
I hope you can see what we see in him, a very worthy person that we can not replace.

Sincecery yours

Rodrigo O. Avendano

Fernando Balbuena
12000 NW 8th Street
Plantation, Fl 33325

To:
Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida 33401

My name is Fernando Balbuena. I was born in Lima, Peru and at the age of 25
emigrated to Venezuela where I lived for more than 25 years.

I came to the USA in 2005 and I filed an asylum request from the USA government
due to my sexual orientation. In 2007 that request was granted.

A series of endless traumatic experiences made me take the desperate decision to
leave behind Venezuela, a country where little or very little is known of basic human
rights, civil rights and respect for individuality.

I've known Deyvi Pena since 2005 and I've worked for him as a studio assistant for a
few years. During this time, I've been witness to his consolidation as an artist and of
his warm and caring relationship with his partner of 25 years, James Randi.

Deyvi and I shared notes of our experiences in Venezuela and they were very
similar. We both were subjected to discrimination, abuses, threats, extortions etc.
His experiences happened more than 25 years ago, mine were more recent. But they
have a common thread, and that is, that they put in evidence that nothing has
changed during all of this time. Venezuela will never be a country deserving of
respect as long as there continues to be prejudices and discrimination against
individuals solely based on their sexual identity.

During these last few years living freely in the USA I've come to understand that a
human being without dignity or self-respect (something very difficult to obtain in
Venezuela) will not be able to fully contribute to society to make it more valuable
and just.

I'm aware of the seriousness of the charges against him. I also know – because it was
my personal experience as well – how desperate he must have been to take such
radical actions to safeguard his life. I know Deyvi as a very correct individual who
wouldn't have taken such steps have he known that they could potentially damage
another human being. He didn't know that the identity he took belonged to a real
person.

I've been first hand witness to how sorry he is for his misconduct and how relieved
he is that is finally out in the open.

Facing the possibility that my friend Deyvi Pena could be deported back to Venezuela, I'd beg you – your honor – that you'd consider that this exceptional human being, artist and friend deserves to live in a society where respect for human and civil rights is the most important thing, its foundation and raison d'etre.

Respectfully

MAY, 24, 2012

Fernando L. Balbuena

# Youngstown
## STATE UNIVERSITY

One University Plaza, Youngstown, Ohio 44555

Department of Geological and Environmental Sciences
330.941.3612
Fax 330.941.1754
http://web.ysu.edu/stem/ges/

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401

April 26, 2012

**RE: Jose Alvarez**

Dear Judge Hurley

I respectfully request that you show as much leniency as possible regarding your sentencing of Mr. Jose Alvarez. I have known Jose since 1999. We initially met through his association with the James Randi Educational Foundation (JREF). In addition to our association through JREF, I have consulted him regarding the mineralogical aspects of his artwork. Jose is a trusted colleague and good friend.

I am aware of the seriousness of the charges against Jose and that he fully accepts his guilt. What I cannot even imagine is the persecution that he experienced in Venezuela, as a homosexual youth, that drove him to risk his freedom to live in the United States. In many ways I believe that Jose did what he had to do in order to survive. To my understanding his actions were done with the knowledge that no individual would be harmed because the identity he used belonged of a deceased child.

As an artist Jose is well respected regionally, nationally and worldwide. In the 1990's Jose's work with James Randi was showcased in *The Demon-Haunted World: Science as a Candle in the Dark*, a book by astrophysicist Carl Sagan, and in a John Stossel ABC News Special called *The Power of Belief*. In 2002, he was included with an elite group of artists chosen for the Whitney Museum's Biennial. In 2003, the weekly public radio program *Studio 360* (produced by PRI Public Radio International and WNYC in New York City) featured his work. Jose was also featured in a 2004 edition of the *Cultural Quarterly* published by the Broward County Cultural Council. Moreover, my daughter's high school textbook on art history mentioned his work. I am also aware that he has been featured on television in China and South Korea but I do not know the details. I believe that any community in this country would be proud to have a resident as talented as Jose.

Jose is an intelligent creative artist and a man of extremely high integrity. I still consider him to be a very responsible and reliable individual and to be a benefit to society. His acceptance of his guilt, his sincere remorse and his willingness to face the consequences of his actions attest to that. As far as I understand no one was harmed by what Jose has done. In fact I respectfully suggest that the art world, JREF and countless others, including myself and my wife and children have benefitted tremendously from our association with Jose Alvarez. I support him without reservation and will continue to do so. Please show Jose as much mercy and leniency as possible.

Sincerely,

Dr. Raymond E. Beiersdorfer, Professor of Geology

www.ysu.edu **YSU**

## Sidney J. Brien, M.Ed.

April 17, 2012

Honorable Judge Daniel Hurley
United States District Court
701 Clematis Street
West Palm Beach, Florida 33401

Re: Jose Alvarez

Dear Judge Hurley:

I am writing to define why I believe it is important to American culture and the history of art to support the work of the artist, Jose Alvarez and to grant him the chance to continue to work as a proud representative of the best the US has to offer the international landscape of artistic talent and relevance. Mr. Alvarez is currently living with the identity of another man of the same name and is currently on house arrest in Broward County, Florida.

I am fully informed of the facts and circumstances of the case and of Mr. Alvarez admission of guilt and remorse for his actions. I also have been informed of his frightening history of persecution in Venezuela, which led to his decision to take an extreme action which he believed, at the time, would have no adverse effect on any other person. I understand that his actions have actually not harmed the person whose identity was used by the individual who deceived Mr. Alvarez into believing that his identity had belonged to a deceased child. This knowledge has no effect on my esteem and admiration for Mr. Alvarex and his work.

I have spent over three decades working in the nonprofit and government sectors with the top one percent of award winners in visual arts and artistic performance. My roles have been public educator and manager of programs, making awards through scholar and peer review to innovative and culturally important artists and performers from around the world. With this background I can honestly say that Mr. Alvarez is unique among the most original of artists worldwide. He represents in our visual arts culture a rare and large vision, an unusual depth of thought in his works, on the stage and in his thoughtful actions in our communities of moral discourse and critical thinking.

Regarding his art: Mr. Alvarez makes pictures that, first of all, create a joyous encounter with dramatic beauty and, then, with the transcendent and complex thought that inspires the onlooker to confront his or her own mysteries and move to a greater understanding of their own truth. He is a rare talent, the real deal. This may sound like hyperbole, but it is not. Curators have wept at the site of certain works.  On two occasions (in Manhattan and in Miami) in the year 2000 Jerry Saltz, the great US art scholar and critic, named three U.S. artists as emblematic of artistic brilliance and relevance as we moved into the new Millennium. Mr. Alvarez was one of the three.

Regarding his character: Like all who know him, I was shocked to learn of his illegal action. Still, Mr. Alvarez remains one of the most positive, generous and kind people I know. Mr. Alvarez has it all and is the envy of many other successful artists, perhaps very skilled but lacking the power of his aesthetic leadership, philosophical depth and comprehensive genius.  He is a rare cultural resource, unique in the world, the U.S. and Florida. I send this letter as a plea to Your Honor that you approach his sentencing with mercy and leniency.

Thank you for your consideration and for the opportunity to support the talented and generous artist and person, Jose Alvarez.

Sincerely,

Sidney J. Brien

25 Homer Avenue #12   Cambridge, MA 02138   (617) 418-9058   sidneybrien@aol.com

# Norton Museum of Art

December 9, 2011

The Presiding Judge
c/o Susan Dmitrovski
Law offices of Benedict P. Kuene, P.A.
100 N.E. Second Street, Suite 3550
Miami, FL 33131

Re: Jose Alvarez

To the Presiding Judge:

This letter is sent in support of an artist whom I know - and continue to recognize professionally -  as Jose Alvarez and that he may continue to reside in this country and contribute to our artistic heritage.

In 2009 I moved to West Palm Beach to become the first full time curator of contemporary art at the Norton Museum after a decade as Head of the Department of Contemporary Art, Museum of Fine Arts, Boston.  I was introduced to Jose's work by colleagues and collectors who thought his efforts were among the most critical in the South Florida community.  I researched his work and made a studio visit where Jose elaborated on the source of inspiration for his recent videos and stunning collages.  It was clear to me that these works have evolved from the artist's sincere questions about the seduction of belief systems and that he has turned this path of inquiry into a deeper peace and understanding about his own life and his place in the world.  This realization and understanding, formerly realized through performances,  is now manifest in collages of remarkable beauty created by his assembly of brilliant, natural elements.

Last year I included Jose's work in an exhibition entitled *Altered States* with three other international artists.  He created a site specific wall graphic for the lobby of the Norton Museum of Art where it continues to transform the public's first impression of the Museum.  The Director and staff are proud to have it remain on view. Jose graciously complied with our request to give a tour for Museum members and participated in a public panel discussing his work with his fellow exhibition artists.  He was responsive and professional during the organization of the exhibition and was generous with his time to benefit the general public's understanding of his art.  We are proud to now include a collage by Jose Alvarez in the Norton Museum collection and consider him a friend of the Museum.

Aware of the current issues and controversies surrounding his identity, I believe that Jose Alvarez deserves our attention as an artist and our compassion as he endures this heartbreaking line of inquiry. We look forward to his contribution to the International community of art while expecting that we will continue to benefit from his presence in our own.

Sincerely,

Cheryl Brutvan
Curator of Contemporary Art

April 13, 2012

**Honorable Judge Daniel Hurley**
**United States District Judge**
**701 Clematis Street**
**West Palm Beach, Florida, 33401**

### RE: JOSE ALVAREZ

Dear Judge Hurley:

My name is Christopher Cochran. I am a member of the Florida Bar (FBN: 0084088) and have been associated through volunteer work with the James Randi Educational Foundation for five years. Through my association with this organization, I have come to know Jose Alvarez very well and can attest to his character.

Jose Alvarez is first and foremost a dependable and kind-hearted individual, who greatly values the well-being of his friends and family. He keeps a calm, down-to-earth disposition and resolves conflicts in a reasoned, peaceable fashion.

More importantly, he has made a life out of aiding people in the pursuit of critical thinking. The years he has spent with his own performance art as well as his support and work with other organizations dedicated to reasoning and critical thinking have demonstrated a great contribution to the community at large on how to approach extraordinary claims with tact and skill. He possesses a brand of trust-worthiness that I have found to be exceptionally reliable.

It must also be noted that his art is a global attraction, and he has contributed back to the South Florida community with the attention that his art has brought with it. Being a resident of the Ft. Lauderdale area for more than two decades, Jose Alvarez has made himself into a permanent member of its art and cultural scene, beloved by many.

Regarding the case against Jose, I've been informed of the situation and the gravity of the charges held against Jose. However, I also know his character, and I can confidently say that Jose is extremely repentant about his actions and accepts the guilt tied to it. Growing up in Venezuela as a gay man, Jose must have encountered excessive persecution. It wasn't until the late 1990's that Venezuela codified many protections for people in the LGBT community; a young man in his situation at the time would understandably want to emigrate to our country for the opportunities our society has to offer. Couple this with the economic oil crisis that crippled the Venezuelan economy during the 1980's and one can understand how Jose made such a difficult choice. This decision has haunted him for years, but he now finds solace in his current resolution and accepts his guilt.

It has been a pleasure knowing Jose for the last five years, and I have full confidence in him. Given all his charitable works, contributions to our society, and the potential he has to contribute further, I believe that he is deserving of mercy from this Honorable Court.

Sincerely,

Christopher Cochran, Esq.
7430 SW 59 CT, Apt A6
Miami, FL 33143

**RICHARD DAWKINS FOUN-**
**DATION FOR REASON AND**
**SCIENCE**

2776 South Arlington Mill Drive
Box 815
Arlington VA 22206

719.351.6324
REC@RichardDawkins.com

www.RichardDawkins.net

April 19, 2012

The Honorable Judge Daniel T. K. Hurley
United States Courthouse, 701 Clematis Street
West Palm Beach, Florida

Dear Judge Hurley,

I am writing in regards to Jose Alvarez, whom I came to know through the James Randi Educational Foundation. Jose's talent as an artist is well known, he is incredibly hard working, creative and talented. But it is his character that I would like to note herein. He is a gentle, kind, intelligent, and caring human being. The sort of person that one wishes there were more of in this world.

It would be a tragedy to so many if Jose were to be deported, not only to the communities of which he is a contributing member, but to those who care deeply for him. It would be especially painful to his long-time partner James Randi. In an age when relationships seem to come and go on a whim, it is truly inspiring to be in their presence.

More harm than good would come out of Jose's departure, and justice, in my opinion, would not be served. Jose is a moral, conscientious contributor to our society. Please allow society to recognize his goodness and forgive him of his mistakes, remembering that we humans are fallible. Judge him on his character, his contributions, and his kindness toward others.

Thank you for considering this letter of support, as well as those from others.

Respectfully yours,

Robin Elisabeth Cornwell, PhD
Executive Director
The Richard Dawkins Foundation for Reason and Science

**Department of Zoology, University of Oxford**

7th October 2011

To whom it may concern

I have known Jose Alvarez for some years through his close association with my friend James Randi, the distinguished scientific skeptic. Jose, like Randi, is a true gentleman in both the literal and conventional sense of the word. Jose is also an artist with truly remarkable gifts: a gentleman, a gentle man, and a creative and highly original artist with such talents as should qualify him to be welcomed as a citizen of any country in the world.

Sincerely

Richard Dawkins FRS, FRSL, DSc, Hon DLitt, Hon DSc
Emeritus Professor, University of Oxford

8006 Valley Street
Silver Spring, Maryland 20910
April 24, 2012


Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401

Dear Judge Hurley:

We write in support of the man we have always known as Jose Alvarez.

When we first met Jose, he was a young artist just beginning a career; since then he has firmly established a reputation within the art communities. His work has been shown in significant galleries and been favorably reviewed. He is clearly committed to his career and his relationships, but it is his kindness and gentleness that define him for us.

When we learned of the current situation, we were very saddened. We have come to understand that Jose, too, is very sad and sorry for what he, at the time, felt he had to do. We continue to believe in the kind heart and caring person that we have always known.

We have known his partner Randi for more than 20 years, and Jose has always been at his side. Jose has been a loving caregiver, especially during Randi's recent successful recoveries from both heart disease and cancer. We cannot image Randi without Jose.

Sincerely,

Daniel W. "Chip" Denman

Grace E. Denman

Viet X. Do, Esq.
6619 West 6th Street
Los Angeles, CA  90048
(323) 424-7038  (323) 375-1646 facsimile
vietxdo@gmail.com

April 18, 2012

The Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida  33401

**RE: JOSE ALVAREZ MATTER – LETTER IN SUPPORT OF THE DEFENDANT**

Dear Judge Hurley,

My name is Viet Do and I want to thank you in advance for the opportunity to write a letter in support of my longtime friend Jose Alvarez as you consider his sentencing. I have known Jose for over 15 years and consider him one of my dearest and most trusted friends. In the years that I have known Jose,  I have always found Mr. Alvarez to be a person of impeccable morality and character and I can personally vouch for his integrity, strength and compassion.

In the last few months, I have been apprised of the facts and circumstances of the charges against Mr. Alvarez and have spoken to him about them. As an attorney, I am fully aware of the serious nature of these charges as does Mr. Alvarez. However, I believe when Mr. Alvarez decided to use another identity, he was under the belief that the identity belonged to a deceased person and no harm or loss would come to anyone, especially the real Mr. Alvarez. If Mr. Alvarez had known the truth, I absolutely believe he would not have done it. It is not within his character or personality to intentionally harm anyone.

I met Mr. Alvarez when I worked with the James Randi Educational Foundation back in 1997. I provided legal and accounting services to the Foundation and it was then that Mr. Alvarez and I became friends. In the intervening years, I would host Mr. Alvarez at my apartment in New York and my home in Los Angeles. I would see or speak to Mr. Alvarez weekly and we would see each other in social settings quite often. Mr. Alvarez is highly intelligent, quick witted and incredibly humorous. I have found him to be a compassionate and caring friend who was always willing to give selflessly of his time and resources if I or anyone needed help.

As a gay man who has travelled extensively for work in South America, I am fully aware of the dangerous and difficult nature of being homosexual in a country such as Venezuela. I have seen first-hand persecution of gay men in South America, specifically Venezuela and I fully understand why Mr. Alvarez decided to leave. For an artist of Mr. Alvarez's caliber, to remain in a country where you are oppressed and specifically prevented from pursuing your goals and aspirations, that is something tantamount to being imprisoned physically, mentally and spiritually.

In closing, I know that you will consider all of the facts presented to you before deciding on the sentencing. I can only hope that you also consider the fact that the Jose Alvarez I know is a good and moral man and one that will go on to do many great things for our society with his work and his

compassion. Please consider this and allow Jose to continue the good work that he has done and will continue to do

Sincerely

Viet X. Do
Attorney at Law

# FELDMAN & FELDMAN

## COUNSELLORS AT LAW, P.A.

JAY FELDMAN*
MICHAEL FELDMAN*

Of Counsel
SCOTT J. BROOK

REPLY TO
8333 West McNab Road Suite 228
Tamarac, Florida 33321-3241

1401 North University Drive Suite 500
Coral Springs, Florida 33071-8930

(800) 720-8677
(954) 722-8814
FAX (954) 720-8662

WWW.FELDMANESQ.COM

*Also admitted in NY & NJ
*Veterans Affairs accredited

Sender's E-mail: michael@feldmanesq.com

File No.

September 13, 2011

Honorable Robin S. Rosenbaum
United States Magistrate Judge
299 East Broward Boulevard, Room 310-A
Fort Lauderdale, Florida 33301

Dear Judge Rosenbaum:

This letter is submitted in support of Jose Alvarez with respect to his application for bond. We have known Jose for nearly two decades, first through our mutual association with the James Randi Educational Foundation (JREF), for which Jose has served on the Board of Directors, and second as a friend and confidant of the Foundation's founder James Randi. The JREF promotes critical thinking and science education through a wide range of activities aimed at enlightening the public about those who seek to deceive us (e.g., claiming to have supernatural powers and the like).

We have met with Jose at the JREF offices, interacted with him on social occasions and at numerous professional gatherings (such as JREF advisory committee meetings, major and minor conferences, and on several special trips sponsored by the JREF throughout the United States and elsewhere). Several years ago, when Randi was facing serious health crises, we met with Jose and provided him with legal advice and counsel regarding Randi's exigent needs. We have also provided Randi and Jose with legal assistance from time to time with respect to various other matters (though only in the civil area, never involving any allegations of wrongdoing against either of them).

We have come to know Jose in his capacity as a director of the JREF, as a gifted artist, as an important performer, and as a dedicated supporter of the Randi Foundation's activities in the realm of protecting and educating the general public. We have never had cause to suspect or question Jose's integrity and honor. While we have no knowledge as to the basis of the allegations presently being leveled against him, our contacts with Jose during the past fifteen years have been such that we would and do express our utmost belief that Jose is a man of honor and integrity and represents no "flight risk" that would merit the imposition of a substantial bond

# FELDMAN & FELDMAN

Honorable Robin S. Rosenbaum
September 13, 2011 – Page 2

or any restrictions on his freedom pending the conclusion of the present legal proceedings against him.

We would not be making these representations if we had the slightest doubts concerning the good character and honorableness of Jose Alvarez.

Respectfully Submitted,

***ELECTRONICALLY SIGNED BY***

JAY FELDMAN and
MICHAEL FELDMAN

jay@feldmanesq.com

April 13, 2012

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401

### Re: Sentencing Consideration as to Deyvi Peña Arteaga, (a\k\a Jose Luis Alvarez)

Dear Judge Hurley:

Let me begin, your Honor, by stating that this letter (and a similar letter I wrote earlier this year with respect to the same defendant), are the only letters I have ever seen fit to write on behalf of a person facing any kind of criminal proceedings. I would not deign to write a letter in such a proceeding, unless I felt compelled to do so out of both strong personal conviction and an overwhelming need to address a unique person and a unique set of circumstances. Although I am an attorney, licensed to practice before the bars of New York, New Jersey and Florida for close to forty years, my field of legal expertise is that of Special Needs law (where we represent and counsel persons and their families who are facing the travails of disability and health-related tragedies). I have never practiced in the criminal law field and am unfamiliar with the technicalities of sentencing.

Nonetheless, I am writing to express my humble support for my good friend of many years, Jose Alvarez (legally also known as "Deyvi Peña Arteaga" and who I will refer to here as "Jose"). This letter is also written as a result of my personal and professional concern for my friend and client, James Randi ("Randi," as his friends and admirers refer to him).

I am thoroughly familiar with the charges that have been made against Jose and the plea he has entered.

Here I must first point out that which I expect your Honor already knows: James Randi has been, and continues to be, a figure of singular prominence. Randi's vision and wisdom and, most importantly, his dedication to the enlightenment of humanity – through his good works and the activities of the James Randi Educational Foundation ("JREF") – make it of paramount importance that he be able to carry on his good work. Jose has been constantly at Randi's side in this endeavor. There is a tragic sense of irony in connection with this case. Randi has made his life's foundation the search for truth. As a (some would

Honorable Judge Daniel Hurley
April 13, 2012 – Page 2
**Re: Sentencing Consideration as to Deyvi Peña Arteaga, (a\k\a Jose Luis Alvarez)**

assert "the") leading skeptic of our time, Randi's sole *raison d'être* has been the exposure of fraud and flim flam – particularly with respect to those who claim special powers (e.g., psychics, faith healers, clairvoyants, diviners, etc.). Randi has exposed many such practitioners of deceit, such as Yuri Geller, Sylvia Browne and Peter Popoff, and he continues to promote science and reason through critical thinking and the JREF.

Randi is not a young man. He has a number of health-related problems any one of which could easily have cut down many people of his age. Yet he persists in his endeavors to bring the light of science and reason into the darkness that pseudoscience inflicts upon our society. Jose, more than merely being at Randi's side as they have strive together in this endeavor, continues to bolster and energize Randi as he moves through his final years of life.

It would be the compounding of a tragedy if Jose were prohibited from fulfilling this vital role alongside of Randi.

I have had numerous dealings with Jose over the years and never once had occasion to doubt his integrity and his devotion to Randi. I am certain that when Jose decided to take another identity, he had been assured that it belonged to someone who had died at the age of 7. Jose was unaware that this was not so, and he acted innocently in this regard. He never intended to steal a person's identity or cause anyone harm. In fact, I understand that the government has confirmed that Jose did not cause the real Jose Luis Alvarez any harm or loss. He would not have done it, had he known it had that potential.

Let me also point out that, when Jose took his new identity, many years ago, there had been no 911 tragedy, and the enlightenment of our society and a great part of the world community towards gay persons had not begun. There are persons who assume another's identity to prey on society and others – to obtain financial gain or commit acts of wrongdoing. This is far from the case here.

Just as each person is a unique individual, each case must be viewed in its totality, such that unique aspects – as is the case here – merit mitigation and mercy. I believe that the most benign sentence the court can impose upon Jose will be in the interests of justice and the community at large.

Respectfully Submitted,

JAY FELDMAN

# Laboratorio de biodiversidad
## y Variabilidad molecular

I've been honored with the inspiring friendship of Deyvi Peña for more than 30 years. He's shown to me, since the first time I met him, a courage that I haven't found in any other person- except for James Randi. Both have fought against ignorance and prejudice. Both are creators: creators of Art, Science and Life itself. If there are things a human being shouldn't hold back, honesty should be one of them. For honesty's sake I must step forward to say that Deyvi Peña and James Randi are among the most courageous, productive, honest, sparkling and creative people I've had the fortune and opportunity to know.

In 1997, after long years of communication only by phone, I could interact with Deyvi more closely than before. I didn't know about the richness of his life as an artist; I didn't know that his life partner was one of the most prominent Americans ever; I didn't know that both of them would change my life as a scientist with the gift of their friendship, and with the opportunity I had to know them better thanks to their respective works and achievements.

When I enrolled for my PhD at Cornell University I was facing one of the most demanding challenges of my life. And they were always there supporting me with their constant interest in my own achievements, with their home's door always open to me, with their willingness to share with me moments of creation, enlightenment and success. I don't think I exaggerate if I say that my own process of creation owes in part its concrete and material manifestation to the fact that, in their own way, they were responsible for my personal and professional growth. My life as a PhD student would've been quite poor if they happened not to be there... for me.

On one occasion they hosted me at their home at Plantation I could observe and learn from Deyvi's creation of an astonishing sculpture: a beautiful and furiously pink Insect Buddha. Amazingly, I was worried about one of my experiments, and the way Deyvi was solving every step that led to his creation helped me to solve my own problems. On top of that, it was always Randi with his perception, clarity of mind, and honesty beyond doubt. Every decision was moral, ethics-oriented and fair to all- with no concessions to mediocrity.

Perhaps people might not get to understand how important a human being that is an example to others is. To me, on the contrary, it's the most important thing in life. Knowing them better allowed me to improve as a person, as a scientist and as a man of good. No one can deny that in our times people like Deyvi and Randi are precious beings without whom all of us lose much.

The undersigned, Associate Professor at Universidad de Los Andes since 1992, is a biologist (Universidad de Los Andes, 1991) with a master degree in Molecular Biology (Faculty of Medicine, Universidad de Los Andes, 1996) and a PhD in Plant Pathology (Cornell University, 2001).

In Mérida, Venezuela, December fourth of the year two thousand eleven,

Gustavo A. Fermín M., PhD

Dear The Presiding Judge,

My name is Dana Funaro.  I have been the Co-Director of Gavlak Gallery for five years.  As Jose Alvarez's primary dealer of his artwork, I have grown to know Jose on a very deep level, both professionally and personally, over the last five years.  I am aware of the current issues and controversies surrounding his identity. Without underestimating the seriousness of the issues presented I wish to stress that Jose has always been and continues to be an invaluable asset to the United States of America.  He is not only someone whom I admire for his passion in his art, but also for being one of the most caring friends I have ever had.

Jose's ability to create and share beauty for and with the world is undeniable.  The very first exhibition I had the pleasure of working on with Jose was assisting in facilitating his 2007 solo exhibition at the prestigious performance space, The Kitchen in New York.  The exhibition was a survey of Jose's vibrant video, collage and mica works to date.  "The Kitchen has been a powerful force in shaping the cultural landscape of this country for more than three decades." Their mission continues, "Using its own extensive history as a resource, the organization identifies, supports, and presents emerging and under-recognized artists who are making significant contributions to their respective fields as well as serves as a safe space for more established artists to take unusual creative risks."  For these reasons, former director Debra Singer invited Jose to show his work.

Shortly following his solo show at The Kitchen was Jose's first solo exhibition at Gavlak Gallery in January of 2008, entitled "The Golden Butterfly."  The title referred to "the most daring" stage illusion of the early 20th century, in which a subject was magically transformed into a gigantic butterfly. The work in the show continued to explore Jose's fascination of metamorphosis and themes of transformation and illusion. One of the main elements of the exhibition, and quite a show-stopper I might add, was his radiant 500 square foot vinyl mural. The response we received was incredible and visitors of the gallery were blown away!



Jose Alvarez, "The Golden Butterfly," Gavlak Gallery, 2008

Later that year we featured Jose's work in one of the most competitive art fairs in the world, the 2008 edition of Art Basel Miami Beach.  Again, we received an amazing response to our presentation and sold Jose's 6 foot rare lavender mica tondo for $30,000, as well as a number of his large collage works for $24,000 despite the state of the economy that year.

In January of 2009, Cheryl Brutvan was appointed the Curator of Contemporary Art at the Norton Museum of Art in West Palm Beach, FL. Brutvan was introduced to Jose's work shortly after starting at the museum and was beyond impressed. So impressed, in fact, that she curated an exhibition around Jose's work with internationally established artists Yayoi Kusama, Fred Tomaselli and Leo Villareal. As it states in the press release for the exhibition, "Altered States will challenge the viewer's perceptions of reality and the ability of art to create an altered and transformative experience. The work in this exhibition will be especially tempting to the eye, from the glistening and colorful collages of Alvarez and the obsessively painted —'Infinity Nets' of Kusama, to the incredibly detailed paintings of Tomaselli and the evolving passages of both brilliant and subtle color and light in the work of Villareal. Seduced by the beauty of materials, the power of beliefs and the physical and psychological experiences that originate from making art, the diverse works of these artists encourages -- even demands – the viewers' participation and reflection that exceeds the typical comprehension of physical materials." As part of the exhibition Jose created his most ambitious and provocative piece to date, a four panel collage measuring 15 feet wide by 6 feet high. Also, a most impressive aspect of the exhibition is the mural he made for the museum's grand lobby at the front entrance. The mural was funded by board members of the museum who are also collectors and major supporters of Jose's work. The Norton proudly has the mural on view today, greeting everyone who visits the museum. Another wonderful achievement was the museum acquiring one of Jose's largest collages for their permanent collection.



Jose Alvarez, "We Came From the Stars," 2011, Acrylic, enamel, ink, colored pencil, organdy, feathers and mixed media on archival Epson ultrachrome print, 72 x 176 in.



There are many artists who can be difficult to work with, giving off a sense of entitlement. Jose is not one of these artists. In fact, he is quite the opposite. Jose does not take anything for granted. He is always respectful, kind, hard working and appreciative of the team effort it takes to put on such exhibitions as the aforementioned. For these reasons he is one of my favorite artists to work with, which has given us the opportunity to also become very close friends.

Jose is a dear friend to me and every day I am grateful for knowing him. Only a few days before authorities took him into custody, Jose was at my home to celebrate my 30th birthday. It was a very special day for me, spent with family and my closest of friends. He is always there when I need to talk, and especially when I need a good laugh. His heart is warm and I know there is not a violent bone in his body. His wisdom and insight are invaluable to me and his ability to stay positive even in these toughest of times is inspirational. He has made a profound impact on my life professionally and personally and I cannot imagine my life without him. I love him and will support him every step of the way.

Best,


Dana Funaro

December 12, 2011

To Whom It May Concern:

I am writing on behalf of my dear friend and one of the more successful of the Gavlak Gallery artist Jose Alvarez. I have known Jose since 2006 and from the moment we met, I was completely taken with this gentle soul's brilliant and exuberant personality and his artwork.

When I moved from New York City to open my first gallery in West Palm Beach in 2004, several esteemed colleagues including former Whitney Museum of American Art curator Lawrence Rinder and the head of Contemporary Art for Christie's Auctions in New York, Amy Cappellazzo and Philanthropic Consultant Sidney Brien, all told me that I had to meet this amazing artist who lived in Ft. Lauderdale. We finally made a date to meet and from the moment I stepped into his studio I was completely blown away by the visionary world that only someone talented and special as Jose could create. I could not believe that there was someone of such a high level of artistic brilliance residing in Ft. Lauderdale, which unfortunately, compared to New York is not exactly a cultural epicenter. I immediately offered to show Jose's work in a group exhibition in the gallery.

This first project together resulted in sales to several prominent collectors including Milton and Sheila Fine, one of the top collectors in the United States. Mr. Fine is the Chairman of the Board of the Carnegie Museum of Art, as well as member of the Board of Trustees of the Carnegie Institute, the University of Pittsburgh and the New Museum of Contemporary Art in New York. Milton was also one of the founders as well as a member of the Board of Directors of the Andy Warhol Museum in Pittsburgh. Jose's works hang in both the Fine's homes in Pittsburgh and Palm Beach. I could go on and on and on about the important collections both private and public where Jose's works have been placed from the Kempner Museum of Art and The Norton Museum of Art, Museum of Contemporary Art Miami, to many, many excellent private collections of sitting board of trustees of esteemed institutions such as the Metropolitan Museum of Art in New York, The Guggenheim Museum, The Whitney Museum. In the eyes of these revered business and art leaders of America, Jose Alvarez is a unique part of the important history of American Art.

In the time Jose and I have worked together, he has had several major museum and institutional exhibitions. The pioneering exhibition space, The Kitchen in New York presented a major survey of recent works and video pieces and several of the pieces in the exhibition were acquired by their Board of Trustees including Melissa and Robert Soros and Christina Enrique-Bocobo. Jose has also been very charitable, as other letters can attest, to the Kitchen and Visual AIDS, with repeated donations of art works for their benefit auctions as well as cash donations in support of this and other organizations. A recent exhibition "Altered States" (April – August 2011) at the Norton Museum of Art featured and a large wallpaper mural in the lobby

that Jose made for specifically the exhibition.  This work has been so loved by museum visitors that due to overwhelming public demand will remain installed in the lobby to greet visitors through the next year.

While this list of achievements is impressive to both those within the rarified and small "art world" which Jose and I both operate in as well as to the objective observer, to consider just his illustrious art career in arguing that Jose should continue to remain here in South Florida with his longtime partner James Randi, is really missing the point.  Jose is a power of example of a compassionate, caring, dedicated, dependable, honorable, honest, gentle, loving of the kind of person that should populate our communities but unfortunately does not.  We should be so lucky to live in a world of people of Jose's even temperament and outstanding character. He is a rare and irreplaceable individual and valuable asset to anyone he works with and to any of us who are lucky enough to be counted as one of his dear friends. While I consider myself lucky to be his gallerist and represent his work nationally and internationally, the privilege has been to be able to count Jose as my friend and family. I know that he would go to the ends of the earth if I needed him. That is just the kind of person he is.

I have had many moments, including now as I write this letter, where I am brought to tears and can barely speak when thinking about the terrible injustice that Jose has suffered his whole life and most recently. It absolutely breaks my heart that someone who's whole life has been dedicated to the service of others above his own needs and who's art is about bring joy to the world would endure for one moment any hardship or such pain.  The injustice is heartbreaking and my greatest hope is that the system that he has so faithfully served will not fail him now.

While I understand that the current issues surrounding his identity are very serious, I wish to express my complete faith in Jose Alvarez as an exemplary example of an American Citizen and the embodiment of the American Dream. Jose left his native Venezuela to pursue the American Dream of living free of torture and torment and giving back with his beautiful, exuberant, uplifting art.  He is exactly the kind of person this country should welcome with open arms as a citizen. I have complete faith that should Jose be allowed to remain here with his life partner Randi, he will continue to live a productive and purposeful life, a power of example of what a real American is and should be.

Please feel free to contact me should you need any further information or have any questions.

Most sincerely,
Sarah Gavlak



## JAMES **RANDI** EDUCATIONAL FOUNDATION

November 25, 2011

To The Presiding Judge

     Re: Jose Alvarez

I am President of the James Randi Educational Foundation, a national charity founded in the public interest to combat unreason and harmful pseudoscience in society. I know Jose because he is the life companion of James Randi, and through Jose's longtime association with the Foundation, and his tireless efforts to promote the cause of reason and humanism around the world.

I have known Jose to be a deeply devoted partner to James Randi, and a tireless volunteer advancing critical thinking, who worked for many years at full-time hours—always without financial compensation—in service to the organization's important mission. Jose has traveled the world exposing charlatans who peddle quackery and take advantage of the grieving. He is also a talented and celebrated visual artist and performer who has been a longtime financial contributor to the organization, selflessly donating over $20,000 to the foundation over the years. I am especially moved by his caring and devotion for James Randi, who has suffered cancer and open heart surgery over the last few years. It is obvious that Jose is one of the very few without whom there would have been no JREF, and that James Randi himself would be permanently diminished without Jose in his life.

I do not know the particulars of Jose's legal situation, but I do know him to be a deeply ethical and caring person. I know that he would deeply regret any harm caused by his past decisions, and would work unendingly toward restitution. I wish you could see Jose as I do: a deeply caring and vibrant human being who has spent decades making the world a better place, often thanklessly, and despite many obstacles. He is one of the good guys. Thank you for reading this letter.

Sincerely,

*D.g. Grothe*

D.J. Grothe
President
James Randi Educational Foundation
(323) 229-7771

**teresagrow**

2366 teviot street
Los Angeles, CA. 90039
studio 323.522.6683
teresa@madisonandgrow.com

Teresa Grow
2366 Teviot street
Los Angeles, California
90039
323.522.6683
teresa@madisonandgrow.com

To the Presiding Judge,

On behalf of Jose:

I met Jose while studying at the School of Visual Arts in NYC almost 20 years ago.  We were studio partners and spent much of our time together, sharing ideas and ideals.  What I remember most of our days at school is Jose's earnestness and desire to improve his own life and the lives of everyone he met. Literally everyone he met.  If we were buying fruit on the street he would make sure and speak to that vendor with regard and joy!

We have maintained our friendship all these years and I cherish my relationship with this man.  Jose has helped me in so many ways.  He has always been there to support me.   After a studio visit with Jose, I was able to clarify my artistic intentions and that became the catalyst for me to go in the direction that I took with my company.

Jose helped me to open my company, I have been able to hire people. His   financial and emotional contribution has helped a larger group of people and contributed to the

economy of this country.  Last year I was struggling financially because I started a design company and the economy collapsed, I asked him for help and he responded immediately and lent me the money I needed to keep my company afloat. When I attempted to repay the loan he refused it and told me that a lot of people helped him and he would like me to pay it forward. This speaks to Jose's very core.  He is forever grateful and giving.

Jose is a person who I cherish having in my life.  He has led by example  how to live an honorable life and to do the best you can for yourself and others.  This person has made me live my life in a more honorable and generous manner than I ever would have without him in it.

I am speaking on his behalf now and will continue to for the rest of my life.

Truly,

Teresa grow

April 28, 2012

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, FL 33401

Dear Judge Hurley:

My name is Nelson Hallonquist. I am one of the directors of Gavlak Gallery in Palm Beach, FL. Our gallery represents a number of established artists that exhibit in some of the most prestigious venues for contemporary art around the world. Jose Alvarez is one of the most well-known and accomplished artists that we represent.

I first met Jose Alvarez when I began my employment with Gavlak Gallery in early 2007. We have been close as both colleagues and friends ever since. Given his near proximity to the gallery, which is actually rare for us as most of our artists are based in New York City, Los Angeles or Europe, I was able to work intimately with him from the beginning of our relationship. One of the first projects we worked on together was organizing his solo exhibition at The Kitchen, located in New York City. In their own words, taken directly from their mission statement, "The Kitchen has been a powerful force in shaping the cultural landscape of this country for more than three decades." Jose's exhibition was curated by Debra Singer, who was the chief curator of The Kitchen at the time. Prior to her tenure at The Kitchen, Mrs. Singer was a curator at the Whitney Museum of American Art, a landmark institution of American culture, where she co-organized the 2004 Whitney Biennial. The Whitney Biennial is generally regarded as one of the most anticipated shows in the art world and is seen as the barometer for contemporary art worldwide. Jose Alvarez was selected for inclusion in the 2002 edition of the Whitney Biennial, where his contribution received outstanding praise by noted art critic Jerry Saltz in The Village Voice newspaper.

Along with my associates, Sarah Gavlak and Dana Funaro, we combed through a number of rich works that have already been placed in prestigious collections in order to decide which would be suitable to loan for his exhibition at The Kitchen. This process afforded me the opportunity to understand not only Jose's artwork and career intimately, but also him as a person. This was the first of many projects together, and it helped us forge a close friendship that has only grown stronger through the past nearly five years.

Typically, the role of most artists in our society is to speak about any number of subjects filtered through the lens of their own personal experience. Thus, in many instances, the personality and perspectives of an artist have a tendency to take precedence over the actual content that they are speaking (or creating) about. Jose Alvarez is rare and refreshingly different in this regard, as one of the main objectives of his artwork is to give back directly to the viewer and their experience. For Jose, his work is only successful when the audience leaves an exhibition with a sense of joy, exuberance and confidence while simultaneously contemplating larger questions about nature, science and life. Jose's work is always successful in this regard, often times to a nearly overwhelming degree, as is detailed in the many glowing critical reviews of his exhibitions and accomplishments. Jose was quoted in the Palm Beach Post last year as saying, "I want to give. I think my work gets more generous as I go along. I see it as a vehicle of hope. I work more with this (a gesture towards his heart) and less with this (his head)." Though from a personal standpoint, I do take issue with Jose saying he works less with his head, as his artwork engages with some of humanities biggest questions in an open-minded and most respectful manner, never being dogmatic. In the larger scope of contemporary art and its role in human history, Jose Alvarez is a very important artist that people can and do learn from all of the time. He has been the subject of text books used

to educate children on art, as well as the subject of a chapter in scientific luminary and national treasure Carl Sagan's novel, "The Demon Haunted World."

The aforementioned traits of Jose's artwork are also completely congruent with Jose as a person and a friend. As in the case of his artwork, Jose's objectives and motivation as a human being are completely selfless and caring. He is one of the kindest people I have ever met and I have never seen Jose put his own needs in front of the needs of others in any capacity. Jose has been a great friend to me personally throughout the many years of knowing him, and I know I am not the only one. I cannot recall a birthday or special event where he was not with us or a holiday that's passed without a warm, lengthy telephone conversation. In an industry that can often times be overwhelming and taxing to say the least, Jose has been there for me time after time. He has been a soothing voice of reason that has offered invaluable guidance when I have needed it. Jose is not just simply a friend to people that he cares about and care about him. Jose is and always will be an amazing friend that has a great impact on the lives he touches. Becoming close with him is absolutely a milestone in the last five years of my life, and the impact he has had on it is invaluable.

I understand the circumstances regarding the charges of identity theft against Jose and I do not underestimate the seriousness of such an issue. I know that Jose is very remorseful for his actions and he accepts his guilt. In fact, I was present in the courtroom when Jose changed his plea to guilty. However, I do hope all factors and nuances contributing to his role in this issue will be taken into careful consideration. Having been privileged enough to be born a United States Citizen, I am lucky that I have never been persecuted for my beliefs and have been encouraged to express those beliefs in a beautiful democratic society. I cannot even begin to imagine how difficult Jose's life was living in Venezuela as a gay man, a country that is notoriously intolerant of homosexuality and was especially awful in the 1980s. I see Jose's actions as strictly for survival. While I know he is very remorseful for breaking the law, I cannot say with certainty that when faced with a similar life or death situation, I would have chosen a different path than Jose.

Your Honor, I hope you are able to take the full scope of Jose's situation into consideration when making your sentencing decision and are lenient. My wish for Jose is that he will be permitted to continue to give back to our society through his artwork and teaching. I say with the utmost confidence that Jose has never once been motivated in any way, shape, or form by the slightest bit of greed or corruption, nor has he ever had ill intentions for anything or anyone. There has never been the slightest hint of nefariousness in any of his actions, ever. The same cannot be said for the majority of people that have come in and out of my life. Jose is an asset to this country- both as an artist and an individual. One of his biggest desires has been to push art forward as a United States artist and he has succeeded within a relatively short career. His cultural contributions make this country shine and give all of us something to be proud of. As a U.S.-born citizen, nothing would make me happier than for Jose Alvarez to continue to be an exemplary American artist. As a human being, I hope everyone has the chance to have their life touched by someone as generous and kind as Jose Alvarez. He truly makes this world a better place in every regard.

Should there be a need for me to expound upon any of the information above, please feel free to reach me at (561) 601-8798 or nelson@gavlakgallery.com.

Nelson Hallonquist

**10 Crescent View**
**Loughton**
**Essex IG10 4PZ**

hutch@mikehutch.co.uk                              **+44 020 8508 2989**

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401
U. S. A.

24th April 2012

Dear Judge Hurley,

I am writing to let you know my opinion of "Jose Alvarez" in the hope this will help your decision regarding sentencing.

I am also hoping that it is within the power of judges in the USA to be lenient in situations where, as I understand it in this case, no damage was done to third parties, and the defendant is sincerely sorry for what he did and accepts it was wrong.

You have no doubt been informed that Jose took his drastic steps to remain in the USA mainly because of the dangers of being a gay man in Venezuela. I am not an expert on being gay in Venezuela but from a little research it appears that even now it isn't something that is widely accepted. We can only imagine what it would have been like over twenty years ago in a South American country where chauvinism and deeply rooted Christian customs prevailed. How many of us can say we wouldn't have taken such extreme action in order to survive?

I have known Jose through his partner, James Randi, for over twenty years. I have always had a high opinion of Jose as an honest, caring, and hard working person. I have no doubt that evidence would show that - other than this exceptional case - during his time in the United States he has been a good person and has not created any trouble, or deliberately harmed anyone. In short, an ideal inhabitant of the United States of America.

Although this case came as a surprise to me, under the circumstances briefly outlined above I think no less of Jose and am pleased to be associated with him.

I thank you for your time and hope I have been of help.

Yours sincerely,

Mike Hutchinson

Kramer & Zars
800 Parkview Dr. #730
Hallandale Beach, FL 33009
954-454-2045

April 22, 2012

Honorable Judge Daniel Hurley

United States District Judge

701 Clematis Street

West Palm Beach, Florida, 33401

Dear Judge Hurley,

We are writing to you today in regards to our continuing interest in our friend Jose Alvarez's case, which is currently before you for a decision on sentencing. We are aware that the particulars of his case may now be listed under his Venezuelan birth name, but we have only known him as Jose, one of our closest and most treasured friends for more years than we can count on 4 hands.

We are aware that the charges against Jose are serious. What he did may have been a crime, but we implore you to accept our word that it was done without malice, and without knowledge of the name having been "stolen" from a living person, as it apparently was. If Jose took on a false identity in an effort to remain in the USA, we can assure you that it was because he feared for his life in Venezuela. In addition, his deep love for his adopted country, and for the esteemed James Randi, his soul-mate and life-partner (recipient of the MacArthur Grant along with a litany of awards and honorary doctorates around the world), was a strong motivating factor. To see Jose torn from Randi's life is tantamount to tearing Randi's life apart. We both know Randi very well, and to say that Randi's life would become a wellspring of sadness and despair without Jose, is a great understatement. We fear as much for Randi as we do for Jose, should they be separated, so it is with great concern for Randi as well that we write to you today.

We find ourselves asking here…Jose may have technically committed a crime, but in a humanist sense, did he really morally do wrong? If our laws were conceived firstly to protect those who are most in need of protection, should we not clearly see Jose and the life he has built here in the USA in need of such protection? We know that you are aware that Jose intentionally did harm to no one, and it is with that in mind that we humbly implore you to forgive him to the furthest extent possible. Yes, Jose's life would be in danger if he were not allowed to remain here, but two lives would be irreparably shattered. This is the human issue we implore you to consider.

As regards the "real" Jose Alvarez in NYC, "our" Jose is deeply remorseful for having possibly brought any harm to another person's life. He has always been a kind friend who has gone out of his way to help those around him. We hope that your decision can take into account all his positive work and achievements here in the country he so loves. As an American artist, his main focus is the sharing of beauty with others. Jose came to America to study art, to better himself, to become an American. We are certain he did not wish to give up his true identity to do it, but he knew that the damning political and well-documented social persecution of the gay community in Venezuela was something he could not overcome. So great was the risk in his home country that he took an identity he understood to be that of a deceased person, in order to be able to continue to live here in peace and enjoy the freedoms that only this country can offer. This is a story that has been played out here in the headlines time and time again, and as a member of the US judiciary, far be it for us to remind you of such things. The list of political refugees now living in the USA is endless, and many of them have lived lives here that make us proud to have accepted them as Americans. We implore you with all humility to look upon our dear friend Jose Alvarez as one of those refugees, and grant him the asylum we know he so richly deserves. All of his friends know it, and all of his friends look to you, Your Honor, to temper your forthcoming judgment with an understanding of what Jose really is; an invaluable member of the community who has never been arrested before 2011, a generous and gentle human being, and a great American artist who has long embraced this country as his own, making art that is deliberately beautiful, joyous, and American in every sense of the word.

Jose Alvarez is one of our dearest friends. We cannot imagine our lives without him close by. With the deepest regard for our laws and the importance of upholding them, we humbly beg you to exercise the greatest possible leniency when sentencing him.

We hope with all our hearts that your decision will allow us to continue to share our lives with Jose, and that his sentence can perhaps be best served by contributing to the community which he already loves so deeply, in a manner that ensures not only his future in this country, but also offers him the possibility of someday achieving his dream of becoming a US citizen. Indeed, Jose is already a great American.

Let us not be blinded by a crime committed in honest desperation by a young and frightened man in pursuit of a better life, but rather let our great country's laws illuminate and protect what is good and pure about Jose Alvarez the human being, and keep him here, where he has made his home and his life; where he truly belongs.

Sincerely,

Valerie Zars
Mark Kramer

JOHN LATONA
ATTORNEY
150 S.E.12TH STREET SUITE 201
FORT LAUDERDALE  FL 33316                                    APRIL 13 2012

Hon. Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach FL 33401

Dear Judge Hurley:  Re:  Jose Alvarez

I have known Jose Alvarez for over 20 years.  He is a creative and productive member of
our community.  Due to the hostile and oppressive conditions for gay men in his native
Venezuela many years ago, he had a false identity created so that he could remain in our
country and avoid persecution in Venezuela.  He knows that this was a crime and deeply
regrets having committed it, but felt he had no good alternative. He was under the belief
that the identity stolen was that of a deceased person and that no harm would be done.
While that was not in fact true, no harm was done to that individual or to any other
individual.
Conditions for gay people have improved dramatically in South Florida and it is difficult
for straight people like myself to put ourselves in his shoes at the time he assumed that
false identity. However, faced with the circumstances he faced at that time in Venezuela,
I can certainly understand why he did what he did and cannot honestly say I would have
acted differently.
Jose has acknowledged the seriousness of his crime and is quite remorseful.  He is also
truly grateful for the great gift of freedom our country has given him.  He has repaid that
gift with his astonishing creativity as an artist and an honest member of the community.
Keeping this secret has been a painful form of confinement and punishment for him. It
would be in the best interest not only of Jose but of our country and in the interest of
justice for him to be allowed to remain free and in our country.

Thank you for your consideration in this matter.

Sincerely,

John Latona
Florida Bar # 277509

December 8, 2011

To: **The Presiding Judge**

Your honor, my name is Frank Linero.  I am a film and television producer and I own and operate my own production company in the Greater Fort Lauderdale area, LP Media, Inc.  Approximately 5 years ago, I had the privilege to befriend Mr. Jose Alvarez while working on one of his independent film projects together.  Having had my fair share of clients over the 20 years plus that I have been working in media, I found him to be extremely professional, talented and very dedicated to his craft.

To say the least, our relationship evolved into a strong friendship.  I have found him to be incredibly inspirational both from a creative, as well as a personal perspective.  He is a very loyal and decent person who always respects the views of others and strives to be a consummate professional and an upstanding citizen.

Given the recent events in his life, I have been unable to contact him, however I continue to hold him in very high regard and sincerely hope that the matter of his residential status can come to a positive resolution.

I believe that he deserves to remain in the United States of America because he is indeed the epitome of the right kind of immigrant; decent, upstanding and dynamic.

I ask humbly that you take his personal qualities into consideration when rendering a final decision regarding his future.

I respectfully thank you for your time and attention.

Sincerely,

Frank Linero

**Susan Dmitrovsky**

| | |
|---|---|
| From: | Matthew Lyons [matthew@thekitchen.org] |
| Sent: | Friday, December 09, 2011 4:37 PM |
| To: | Susan Dmitrovsky |
| Subject: | Jose Alvarez |

To Whom It May Concern:

I am currently a curator at The Kitchen, a nonprofit visual and performance venue located in New York City, and I am writing in a personal capacity on behalf of Jose Alvarez to let you know how generous Jose has been to The Kitchen, and how he has helped us to further our organizational mission to support emerging artists in the creation of new work. On four different occasions during the last seven years, Jose has donated artwork to The Kitchen's annual benefit art auction which raises funds for artists' fees in the upcoming year. His vibrantly colored artworks are always so popular with our patrons, and thus they have raised significant funds for the institution each time he has participated. Moreover, although The Kitchen offers up to 50% of the retail value of the sale to the participating artists, Jose each time chose to donate the work in full to the institution and did not accept any compensation. Beyond just creating his own art, Jose has been an active supporter of a community of artists, and through these benefit art auctions he has also been a generous patron of the arts as well.

I hope you might please take his wonderfully generous character into consideration when making your determinations.

Sincerely,
Matthew Lyons


Matthew Lyons
Curator
matthew@thekitchen.org
212-255-5793 ext. 15

The Kitchen
512 West 19th Street
New York, NY 10011
www.thekitchen.org

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida 33401

Dear Judge Hurley,

Growing up in red-blooded America, it seems that nary a day goes by when one isn't graced with the songs and slogans about how lucky we are to be living in the USA. Yet sometimes we forget how fortunate we really are until we hear tales of persecution, isolation and intolerance in other lands.

In getting to know Jose Alvarez, I have heard firsthand the horrors and travails that he was subjected to while growing up in Venezuela, simply because he was different. When I think about the constant fear that he must have endured as a youth, I can understand his desire to do whatever necessary to stay in the United States. That, however, doesn't excuse him the crime he committed, I understand that, and I truly know that Jose does as well.   He has expressed his sincere pain and regret for what he has done years ago.

Over the past eight months, I have had the absolute pleasure of making the acquaintance of Mr. Jose Alvarez. In this short time, our friendship has grown quickly and I have come to truly respect and admire this individual. While our artistic mediums are different, our desire to create, to give hope through our talents, and to fill the world with colors is similar.

Jose is a brilliant and warm human being. A true asset to his community, his partner, his craft, and his country.   I kindly request that you consider his nature, make-up and character when handing down his sentencing. Thank you.

Sincerely,

Tyler Measom
Documentary Filmmaker
205 E. Vidas Ave.
Salt Lake City, Ut 84115
801.836.1578

Australian **Skeptics** Inc.

April 13, 2012

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401

**Re: Jose Luis Alvarez**

I have known Jose for over 20 years and have spent many hours with him in Australia.

I am informed that he is accused of taking the identity of another person, and that he has admitted this conduct.

This is a serious and regrettable situation of an initial mistake, persisted with over many years. I know that Jose is remorseful and he knows that he has let down colleagues and supporters. Being aware of their disapproval adds to the penalty he must pay according to the law.

I would ask the Court to bear the following in mind. The mistake was made in a context of what I understand to be great stress in his homeland. At least Jose seems to have thought that he would not be causing any direct harm, because he believed the identity he was taking was from a deceased person.

It also appears that it was done to achieve some protection, rather than to defraud others or obtain financial advantage. This is consistent with my experience of Jose performing good works in Australia. I can vouch for his sincerity, enthusiasm and genuine concern for individuals who might otherwise have been taken advantage of. I believe he will be looking for some way to make amends for his mistake and I hope the Court will show some leniency.

Yours Sincerely,

Tim Mendham
Executive Officer
Australian Skeptics Inc

Scientific investigations of pseudoscientific and paranormal claims

Honorable Judge Daniel Hurley

United States District Judge

701 Clematis Street
West Palm Beach, Florida, 33401

April 11, 2012

Dear Honorable Judge Daniel Hurley;

I am glad of the opportunity to write to you about a dear friend of our family, Jose Alvarez. I have known Jose for over 10 years, and my daughter Evelyn, a graduate student at MIT, has known Jose for 8 years and worked closely with him as an intern. My husband, a Commander in the USNR, is also close to Jose. We were, of course, surprised to learn that Jose Alvarez was not his real name. Jose is one of the most kind and gentle people we have ever met. His manners and concern for others made it difficult for us to believe he would ever break the law in any way. We then were made aware by a friend, Luciana Nery, who lives in South America, how very dangerous life can be for an openly gay man. Indeed, even someone that is suspected of being gay, is in great danger in Venezuela.

This reminded our family of how our own relatives came to the United States to avoid persecution. We know we owe the United States for harboring our relatives, and indeed my husband has been proud to serve in the US military. I know that Jose would only have taken another identity if his life had been in danger, and I know he has been a very good resident of the United States. He does so much for so many people. He has been a support to his partner through his many recent illnesses. He has become a well known artist, and donated many of his works to charitable auctions. He is involved in a positive way in the local community. He is also, just a good friend. During a recent surgery and illness, Jose called often. I was so ill, I was only taking calls from close family, but we consider Jose family, so of course I was always happy to talk to him.

My husband and I were down in Florida in March to visit Jose. It just happened to be my birthday, and Jose and his partner Randi surprised me with a wonderful lunch and a cake. We all had a delightful visit, but I could tell Jose was sad. He spoke of his time in prison, and how he had started to help teach other inmates to draw. Jose was upset that his action, so many years ago, was now causing pain to those he cared so much about. He was very sorry, and indeed his face reflected what a hard time he has been going through. It touched my heart to see the dark circles under his eyes and how he had lost weight. I could also tell he was worried about his partner Randi. Randi is very old, and has been through so many medical problems. Jose has been there for each illness. Randi is writing, lecturing and just being a joy to his many friends, only because of Jose. My greatest fear is what will happen to Randi if Jose is not there for him.

Our family loves Jose, and we understand why he did what he felt he needed to do to survive. We are very conservative people, and we are touched by his feeling of sadness over that one action long ago. We are indeed, closer to him than ever, and can not imagine not having him near us. Please know, as we do, that Jose is a good man. He is family, and our family asks you to please consider leniency in his case. He will never let you, his friends, those of us that consider him family, or the United States of American down. Thank you for your consideration of this letter.


*Barbara Mervine*
Barbara Mervine
16 Scott Circle Spofford, NH 03462


Commander Mark Mervine USNR
16 Scott Circle Spofford, NH 03462

# P E N N & T E L L E R

B·U·G·G·S   &   R·U·D·Y   D·I·S·C·O·U·N·T   C·O·R·P·O·R·A·T·I·O·N

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401
April 13, 2012

Penn Jillette
Penn & Teller
3555 West Reno Avenue - #L
Las Vegas, NV 89118
702-496-296

Dear Judge Hurley,

I have known Jose Alvarez for over 20 years.  We let him use our Broadway theater for some performance art thing he was taping in New York City.  It's where I first met him, and he was a pleasure to work with and be with.  I grew rather close to Jose rather quickly, and while he was studying art in New York City and I was doing my show in Las Vegas, I let him use my NYC apartment.

He's also stayed with me in Las Vegas and did commissioned art work for my home.

His relationship with James Randi is clearly the most important relationship in both of their lives.  You can feel it.  It does my heart good to see them together.  He's lived in Florida forever (is that a legal term?), and is a part of the art community and the skeptic community.

I've gotten to know Jose very well.  Jose and I have worked together a little on his art projects, and a lot in the skeptic community.  I like Jose and trust him completely.  We are friends.  I've watched him go from an art student to someone loved, trusted, and respected in the international art community.  He has done the same in the skeptic community.

I've trusted him to live in my homes, and to take care of my hero and mentor, James Randi.

I know that the charges against him are very serious.  There is such stress now on Jose and Randi, and that stress is a continuation of him having to keep this secret for all these years.  I'm glad it's now out in the open.  Jose must have been very desperate to resort to those drastic measures.  I can't image how hard it must have been to be a gay man in Venezuela at that time.  I know Jose feels deep remorse and I hope our court system can show some leniency.  Because of all Randi and Jose's work in the skeptic community there is a backlash to all of this, and I hope it ends soon.  Jose needs to get back to his life and our country that he loves.  I have been following this case closely, and I find my opinion of Jose hasn't changed.

Jose is a good man, my friend, trustworthy, kind, reliable and loves his art, his friends, and this country.  I hope the court can find some mercy for my friend.

Thanks for your time.

Sincerely,

Penn Jillette

# RATIO 3

October 8, 2011

To whom it may concern,

I am writing concerning Jose Alvarez. I have known him for ten years, and our gallery represented his work for eight years. In the time that I have worked with Jose, he has always presented himself in a respectful and professional manner. We have exhibited his work both nationally and internationally. His artwork has garnered attention and acclaim from private art collectors, art critics, and museums. His contribution to contemporary art in America is not only vital, but is also part of a larger important international dialogue. Jose is completely dedicated to his craft and vision. I have found him to behave in an honest, confident, and direct manner.

Sincerely,

Chris Perez
Owner
Ratio 3, San Francisco

1447 STEVENSON STREET  SAN FRANCISCO CA 94103 USA
+1 415.821.3371      gallery@ratio3.org      www.ratio3.org

# CICAP

COMITATO ITALIANO PER IL CONTROLLO
DELLE AFFERMAZIONI SUL PARANORMALE

*Il CICAP è un'organizzazione scientifica ed educativa senza fini di lucro*

MEMBER OF ECSO: THE EUROPEAN COUNCIL OF SKEPTICAL ORGANISATIONS

**MEMBRI ONORARI**
UMBERTO ECO
 *Presidente Scuola Superiore di Studi Umanistici, Università di Bologna*
RITA LEVI MONTALCINI
 *Neurologa, Premio Nobel*
CARLO RUBBIA
 *Fisico, Premio Nobel*

**GARANTI SCIENTIFICI**
EDOARDO BONCINELLI, *Genetista, Docente di biologia e genetica, Università Vita-Salute, Milano*
SILVIO GARATTINI, *Farmacologo, Direttore Ist. Mario Negri, Milano*
MARGHERITA HACK, *Astrofisica, Università di Trieste*
TULLIO REGGE, *Fisico, Politecnico di Torino*
GIULIANO TORALDO DI FRANCIA *Fisico e filosofo della scienza, Università di Firenze*
UMBERTO VERONESI, *Medico e Chirurgo, Direttore Ist. Oncologico Europeo, Milano*

**CONSIGLIO DIRETTIVO**
STENO FERLUGA
 *Presidente*
 *Astrofisico, Università di Trieste*
ADALBERTO PIAZZOLI
 *Vicepresidente*
 *Fisico, Università di Pavia*
MASSIMO POLIDORO
 *Segretario Nazionale*
 *Giornalista, scrittore*
MARINO FRANZOSI
 *Tesoriere*
 *Responsabile Amministrativo CICAP*
LORENZO MONTALI
 *Relazioni esterne*
 *Psicologo, Università Milano-Bicocca*

**SOCI EFFETTIVI**
PIERO ANGELA
 *Giornalista, scrittore*
STEFANO BAGNASCO
 *Fisico, INFN, Torino*
 *Sperimentazioni CICAP*
PAOLA DE GOBBI
 *Organizzazione CICAP*
SERGIO DELLA SALA, *Neurologo Università di Edimburgo, Scozia Sperimentazioni CICAP*
ANDREA FERRERO
 *Ingegnere*
 *Responsabile Formazione CICAP*
SILVANO FUSO
 *Docente di chimica*
 *Responsabile Scuola CICAP*
LUIGI GARLASCHELLI
 *Chimico, Università di Pavia*
 *Resp. Sperimentazioni CICAP*
FRANCESCO GRASSI
 *Ingegnere*
 *Sperimentazioni CICAP*
BEATRICE MAUTINO
 *Biotecnologa, Divulgatrice scientifica*
MARCO MOROCUTTI
 *Progettista elettronico*
 *Sperimentazioni CICAP*

**RAPPRESENTANTI GRUPPI LOCALI**
SIMONE ANGIONI
 *Chimico, Università di Pavia*
 *CICAP-Lombardia*
MARTA ANNUNZIATA
 *Biotecnologa, Università di Torino*
 *CICAP-Piemonte*

**SOCI EMERITI**
LUCIANO ARCURI, *Ordinario di Comunicazione e persuasione, Università di Padova*
CESARE BAJ, *Scrittore, Redattore Scientifico, AD Corriere di Como*
PIERO BIANUCCI, *Giornalista, scrittore, Torino*
PATRIZIA CANEPARO, *Trieste*
RICCARDO LUCCIO, *Psicologo, Università di Firenze*
DANILO MAINARDI, *Ordinario di Ecologia comportamentale, Università Cà Foscari, Venezia*
CLAUDIO MARCIANO, *Pavia*
PIERGIORGIO ODIFREDDI, *Ordinario di Logica matematica, Università di Torino*
FRANCO RAMACCINI, *Milano*
SILVAN, *Illusionista*
ROBERTO VACCA, *Ingegnere, scrittore, Roma*

Honorable Judge
**Daniel Hurley**
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401

Padua (Italy), April 15, 2012

Dear Sir,

I am the Executive Director of the Italian Committee for the Investigation of Claims of the Paranormal (CICAP), an organization founded in Italy in 1989 by three Nobel Prize winners and several scientists and academics.

I have recently received notice of my good friend José Alvarez's difficulties with the serious charges brought against him. I have known José for over 20 years now, I am proud to call him one of my best friends and I can swear on his honesty and dependability. I know very well how sorry he is for what he did and I know he openly admits his guilt. I can sympathize with him, however, since I know he had to escape from Venezuela where life for him, being a gay person, was becoming intolerable. I am sure that he would not have done anything illegal had he had a choice, but he was clearly fighting for his own survival.

He is an internationally renowned artist and I have had the good luck of having him participate in some of the projects dealt with by our Committee in Italy: in every case he has proven to be 100% dependable and trustworthy. I can only imagine how hard it must have been to keep his true identity a secret and I am also aware of the consequences that he is now facing. In any case, I have spoken to him recently and he showed me complete relief that all of this is over now and that he is ready to face the consequences of what he did wrong.

However, I can only hope that the exemplary life that he has led while in the United States, his many contributions to the art and cultural world, his charitable work will deserve this Court's mercy.

Sincerely yours,

Massimo Polidoro

**Ricardo Miguel Ramos**
3407 Mount Pleasant Street NW
Washington, DC  20010
rramosarch@aol.com

April 18, 2012

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401

Re: Jose Alvarez

Honorable Judge Hurley,

I am writing this letter on behalf of my friend Jose Alvarez.  I understand the seriousness of the charges brought against José, and I know that he is very sorry for what he did and fully accepts his guilt.

When José decided to take another's identity, he had been assured that it belonged to a person who had died at the age of 7.  That was not so, but José was unaware of that fact, so he did this unintentionally. He never intended to steal a person's identity or cause them any harm. He would not have done this had he known it had that potential.

Jose was desperate at the time, knowing that he could be in jeopardy if he were to return to Venezuela, facing persecution as a gay man not only by society, but by the authorities as well.  Jose is remorseful for having made what he considered a very difficult decision, but he saw no other choice. José was desperate and did this in an attempt to simply protect himself and survive.

José is extremely regretful for what he did. Keeping this secret all these years and now having to face the public backlash has been very hard on him and on his partner. Yet, he is relieved that this is over and he fully accepts the consequences of his wrongdoing.

Your honor, you are to give a sentence to my friend Jose for his wrong doing, and I am asking you to please have leniency and clemency in your decision.

I have known Jose Alvarez for over 25 years. At the time, I had been involved in a criminal offense that nearly destroyed my life. Jose was one of the very few people who truly knew the person that I was and who supported me and helped me get through my ordeal. My ordeal was a horrible experience, but I was given a second opportunity in my life, and today I am a productive member of society working as an Architect.

I have seen Jose grow and become an amazing human being who is decent and honest. His contribution to our society is admirable, not only in its charitable aspects but also in his remarkable professional career. Jose has lived an exemplary life as a citizen of this country, and is deserving of this court's mercy and leniency.

While his decision and conduct was wrong, I ask you, your honor, to please consider giving my friend Jose the opportunity to continue his life with his partner, and as a positive contributing member of our country.

Honorable Judge Hurley, I thank you for taking the time to read my letter, and please do not hesitate to contact me if required.

Sincerely yours

Ricardo Miguel Ramos

**WHITNEY**

Whitney Museum of American Art
945 Madison Avenue at 75th Street
New York, NY 10021
www.whitney.org

Tel. (212) 570-3600
Fax (212) 570-1807

October 10, 2001

Mr. Jose Alvarez
12000 Northwest 8th Street
Plantation, FL 33325

Dear Jose,

Congratulations on your inclusion in the 2002 Whitney Biennial!  Enclosed is a press release to give you a bit of information on the organization and concept for the 2002 Biennial.

As you know we are informing you of your inclusion with the hope that you will keep this news in the strictest confidence.  We are still finalizing the checklist and until this is completed we will not be releasing any names of the artists to be included in the exhibition. We hope you understand our need for discretion.

I am also enclosing a confidentiality agreement. Please sign and return it at your earliest convenience.

Thank you very much for your cooperation and we look forward to working with you in the months to come.

Best regards,

Lawrence Rinder
Anne & Joel Ehrenkranz Curator of Contemporary Art
Whitney Museum of American Art

LR:kb

To whom it may concern,

I am writing concerning the artist Jose Alvarez. I understand that he is facing a serious legal issue and wanted to offer just a few words on his behalf. I have known Jose for ten years. Throughout that time, he has struck me as being exceptionally hard-working, creative, and conscientious. Indeed, I have always felt that his work is motivated by a deep commitment to the betterment of society. In my dealings with him, he has always been honest and thoughtful. His artistic capability is unquestionable and he has already made a significant contribution to contemporary American art in the areas of performance, installation, video, photography, and multi-media work. I included his work in the 2002 Whitney Biennial exhibition.

I am not fully aware of the facts of his case but ask only that he be shown compassion in this difficult time.

Sincerely,
Lawrence Rinder
Director
Berkeley Art Museum & Pacific Film Archive

Caracas, 29 de noviembre de 2011

A quien pueda interesar.-

Yo, DILIA JOSEFINA ARTEAGA ROMERO, ciudadana venezolana, portadora de la cedula de identidad Nro. V-742408, de 71 años de edad, residenciada en Venezuela, en mi condición de madre del ciudadano DEYVI ORANGEL PEÑA ARTEAGA, de 49 años de edad; me dirijo a ustedes, en esta oportunidad para exponerles, mi relato sobre la relación entre mi hijo y yo.

A pesar de estar distanciados desde hace muchos años, Deyvi siempre mantuvo contacto con mi persona, siempre mostrando preocupación y disposición en ayudarnos a mí y a sus hermanos. Hace alrededor de 6 o 7 años, me vi afectada por una enfermedad llamada síndrome de Steven Johnson, la cual padezco actualmente; estuve hospitalizada por muchos meses aquí en Venezuela, donde me vi afectada en la parte dérmica, el sentido de la vista, los órganos internos; todo mi sistema inmune estaba en estado de alerta. Con el tiempo logramos controlar casi todos, quedando delicado mi sistema ocular, durante todo este proceso, Deyvi siempre estuvo al pendiente de mi persona, y nos apoyo tanto moral como económicamente, al no ver una mejoría de la vista y del estado físico de mis ojos, y dado el tiempo que tenia convaleciente, mi hijo me propuso llevarme a estados unidos para tratarme la vista con el doctor oftalmólogo especialista en el síndrome de Steven Johnson, el dr. Scheffer Tseng, quien fue mi medico tratante por un lapso de 4 años, durante este periodo, todos los gastos de transporte, alimentación, indumentaria, consultas medicas, tanto con el dr Tseng, como de otras especialidades; medicamentos, cirugías etc., así como los gastos de la persona que estuvo cuidándome; fueron asumidos por mi hijo, gastos que fueron cuantiosos. Durante ese periodo y mucho antes de eso me vi afligida de cáncer de útero, tratamiento el cual también fue costeado por mi hijo, tanto aquí en Venezuela, como durante mis estadías en estados unidos. También se responsabilizo por nuestra estadía en ese país,

durante todo ese tiempo, haciéndose cargo del pago de honorarios de profesionales encargados de tramitar los permisos de inmigración que fueron necesarios para prolongar dicha estadía, en orden de continuar el tratamiento médico.

De no ser por todo el apoyo y la ayuda que Deyvi me brindó, y me sigue ofreciendo, mi estado de salud fuese muy distinto para mi pesar.

Para concluir esta carta les pido a ustedes, por favor lo traten con benevolencia, no solo por el tipo de persona bondadosa que es, si no también por el hecho de que yo dependo de él para poder recuperar mi vista de nuevo, así como también requiero de tratamientos médicos tan especializados, que aquí en Venezuela no realizan y solo ofrecen allá en estados unidos y Deyvi es el único que me está ayudando al respecto; de no ser por el no tendría esa oportunidad en estos o en momentos futuros, para seguir manteniendo esta enfermedad bajo control, ya que siempre estará latente en mi organismo teniendo el riesgo de reincidir, sin más a que referirme, quedo a su entera disposición.

Atentamente,

Dilia Josefina Arteaga Romero

Teléfonos de contacto:   0212-2653776  Dilia Arteaga,

0281-9886756  Tahimy Peña (hija)

0412.8761607  Semiramis Arno (nieta)

(ANEXO COPIA DE MI CEDULA DE IDENTIDAD)

Katherine Rudin                                December 8, 2011

132 Perry Street
New York, NY 10014
917-828-3671
katerudin@aol.com

I am writing on behalf of my friend Jose Alvarez. I have known Jose
for four years and I count myself fortunate to be his friend as well as a
collector and patron of his artwork. To understand Jose, one only has
to look at his work, so full of life, color, beauty, exuberance and joy.
Conversely the seriousness of the legal charges against him speaks
to the seriousness of the abuse and persecution he suffered as a
homosexual in his native country of Venezuela. My heart breaks to
think of the pain he must have suffered and continues to suffer at the
grim prospects of his fate if he is deported.

I not only write this as a friend of Jose's but also as the progeny of
one such act of desperation for deliverance. My great grandfather
came to this country in the late 1800's escaping the pogroms of
Czarist Russia. To do this he bought a fraudulent, black-market
passport to gain entry into Castle Clinton, the United States
immigration center before Ellis Island.  Since that time the Rudin
family has made major contributions to the New York City landscape,
using the business of real estate development to endow philanthropy
in the arts, medicine, education and human rights. A statue in Battery
Park called, The Immigrants, donated by the Rudin family,
commemorates the landing depot at Castle Clinton; all of this on the
back of a fraudulent passport and my great grandfather's singular,
illegal act for survival.

This is how I understand Jose's singular, illegal act for survival. This
is how I understand the need to allow Jose to stay in this country, HIS
chosen adoptive country, as a legal immigrant or naturalized citizen,
as he continues to endow us with his considerable gifts and talents
and we continue to provide him with a safe haven from harm.

Sincerely,

Katherine Rudin



VISUAL
AIDS

526 W 26th Street  Suite 510  New York, NY 10001
T 212 627 9855  F 212 627 9815  visualaids.org  info@visualaids.org

December 9, 2011

To Whom It May Concern:

I write on behalf of Visual AIDS in support of Jose Alvarez's immigration application. Visual AIDS is the nonprofit arts organization that has been working since 1988 to support HIV-positive artists and to utilize visual art to provoke dialogue about HIV/AIDS. Visual AIDS is the organization that founded the red ribbon, launching an international symbol for compassion for and solidarity with people living with AIDS.

We are aware of the current issues and controversies surrounding his identity. Without underestimating the seriousness of the issues presented we wish to stress that Jose has always been and continues to be an invaluable asset to our community as an important visual artist and as a supporter and active participant in our mission to support artists and to share art about HIV/AIDS. Artists - their generosity, intellectual labor, and creativity - make our work possible. Jose Alvarez is exceptionally supportive. He has consistently donated his artwork in support of our mission and has also made monetary donations to guarantee that Visual AIDS can continue to present art and events about HIV/AIDS for free, to the widest possible audience. Further, Mr. Alvarez is an advocate for our work in Florida, New York, and beyond. To have the encouragement and public praise of established artists like Mr. Alvarez helps Visual AIDS reach more artists and audiences. We are extremely grateful for his help.

I write to attest to his numerous cultural contributions. Mr. Alvarez is an essential member of the contemporary arts world in the US. He is an important member of the LGBT community. He is a generous and valuable supporter of the work to end AIDS and to support those who are living with HIV.

I would be happy to speak further or correspond about my relationship with Jose Alvarez and my recommendation of his application. You can reach me at (212) 627-9855 or asadao@visualAIDS.org.

Sincerely,

Amy Sadao
Executive Director

**Susan Dmitrovsky**

| | |
|---|---|
| From: | Richard Saunders [cosmicspoon@gmail.com] |
| Sent: | Tuesday, April 17, 2012 8:08 PM |
| To: | Susan Dmitrovsky |
| Subject: | Re: Letter on behalf of Mr. Jose Alvarez |

Hi Susan

Jame Randi has requested me to send a letter of support for José Luis Alvarez to Judge Daniel Hurley via you.

I have a draft of my letter and ask you to cast your eye over it and advise of any changes you think necessary. Also, should I post it as in sail mail or will a pdf do?

Thank you and here's hoping for a good outcome.

Richard Saunders

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401
USA

Regarding Mr. Jose Alvarez

Your Honor

At the request of those dear to him, I write to you in all earnestness in support of Mr. Jose Alvarez.

It has been my pleasure to know and call friend Mr. Alvarez for the past 12 years both here in Australia and in my many trips to the United States.

In 1988 Mr. Alvarez, at the request of the Australian '60 Minutes' TV news program and with the help of Mr. James Randi, travelled to Sydney to take part in an event that to this day remains one of the most successful and important media stunts in Australian television history.

Performing as a "channeller" (one who allegedly goes into a trance and through whom the dead can appear to speak) Mr. Alvarez showed how the Australian media, TV, radio and print, were all too eager to promote a story without checking the facts.

Mr. Alvarez performed a great service to the people of Australia in exposing the lack of care taken by some sections of the media when reporting sensational stories. In the years since, Mr. Alvarez has been  a most welcome visitor to our shores as he takes part in local skeptical conventions.

Recently, and to the matter at hand, the details of Mr. Alvarez'
assuming of another's identity have come to my attention. I am fully aware of the gravity of this situation and have been told that Mr.
Alvarez freely admits his guilt and wrong doing. I understand the situation has caused him and his partner great distress.

Your Honor, I am lucky to live in a country where tolerance and acceptance is a way of life. I cannot imagine the pressure and urgency felt by Mr. Alvarez, a gay man, to leave Venezuela.

From what I can see, Mr. Alvarez has been a model citizen for many years and a benefit to the United States. From what I know, Mr. Alvarez has been a model citizen ambassador for the United States.

I respectfully request that you take my heart-felt support of Mr. Jose Alvarez into consideration.


Yours sincerely


Richard Saunders

Vice President, Australian Skeptics Inc.
Fellow, Committee for Skeptical Inquiry, USA

April 15, 2012

The Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
W. Palm Beach FL 33401

Dear Judge Hurley:

We are writing this letter on behalf of our friend Jose Alvarez, whom we have known for over ten years. In that time he has been a guest in our home many times especially when having family and friends celebrate Christmas and Thanksgiving dinners. We have travelled to conferences with him and have joined him in celebration of his artistic endeavors in different cities when galleries have honored him with exhibitions. We love him as a person and respect him as an artist.

While we understand the seriousness of the charges against him and do not condone his actions as a young man many years ago, people, especially the young, do what is necessary to save themselves during times of crisis. Although opinions may differ, we believe a life in Venezuela as a young gay man could be deemed a crisis, with the dream of a life in America his only escape. The Jose Alvarez we know today would probably not take the actions that he did so many years ago, but the action did indeed take place and the past cannot be undone. We know Jose has acknowledged his guilt and regrets the pain he has caused by his deception. We also know he never intended to harm anyone by his actions.

We believe Jose to be a generous and kind man of good moral character who is living a productive life as a popular artist in the United States. We also believe he has been punished for his misdeeds and needs no further legal actions against him or any other rehabilitation. We do not know if any other person was harmed by his actions, but if they were I would hope they could meet the Jose of today, the one we know and love, and forgive him.

We ask Your Honor to be forgiving as well.

Yours truly,

Karl and Linda Shallenberger
6864 NW 26 Terrace
Fort Lauderdale, FL 33309

To the Honorable Judge Da..... Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401

I, Steven R. Shaw. as a US citizen would like to vouch for the character and personality of one Jose Alvarez.

I am a professional performer, performing and producing Television around the world.

I have known Jose Alvarez for over 20 years. I have always had the utmost respect for Jose, both on a personal level and also as a dedicated professional. I have never heard a harsh word from Jose's mouth. He has always had the utmost respect for all in his presence. He has always put others ahead of himself and can't do enough to make sure that those around him are comfortable.

Jose has many friends in the USA and I have never heard anyone who knows him personally speak poorly of Jose, in fact quite the opposite. All have high praise and respect for him. He is loved by many for his honesty, integrity and personality. Jose is a loving individual who can be trusted to be a good friend and trustworthy peer.

Jose has always had a very special place in the hearts of both myself and my wife Heidemarie. We have no doubt at all that Jose Alvarez has worked very closely with the court to sort out his current situation with integrity, respect and the same responsibility that he has always been at the forefront of his personality. I would trust Jose with my life.

With respect to the charges against Jose. At first I was surprised like everyone else, however knowing Jose the way I do and knowing his character, I knew there had to be more to this story. I knew that Jose came from a harsh background made even more so by the fact that in he was gay, and this is not a lifestyle accepted in Venezuela.  I also realized that he was at a young age when the decision to break the law to enable him to stay in this country happened.

Having spoke with Jose, I can honestly say that he regrets his decision to take another persons name. Had he of known it would hurt anyone, he never would have done so.  Jose just is not that type of human being. Jose is very, very upset that he could have hurt anyone else. That was never his intent, as said, it is simply against his nature.

I fully understand the seriousness of this charge, so does Jose, however, Jose has been nothing but an attribute to this country, in his actions, his charity towards others and his overall good standing within the community.

Jose has helped shed light on those who would hurt people in our world.  Many of those people are now using this as a way to hurt Jose and his partner, and others who would also shed a light on those who would rather continue to hurt others for personal gain.  As a result this decision that Jose made as a young man who felt he had no other recourse, has created major remorse on top of that he already feels for hurting any one else. Jose will continue to be persecuted by those who have another agenda.  He accepts this fact. It is with this continued persecution and the fact that Jose has been a fantastic American citizen that I ask the courts to grant leniency in any decision towards him.

With respect

Steven R Shaw
Banachek Inc.
1721 Wycliffe Drive
Houston, TX 77043
713 817 7566

# locustprojects

155 NE 38th Street, Suite 100
Miami FL 33137
305 576 8570
info@locustprojects.org
www.locustprojects.org

Board of Directors
Debra Scholl, Chair
Ada Adler
Stephen Bander
Paul Berg
Joan Blackman
Crystal Brewe
Mauro Cabrer Frech
Xavian Charles
Matthew Cole
Cooppa
Susan Ervin
Dawn Adels Fine
Debra Frank
Jorge García
Melissa Kretchman
Irene R. Lago
Ramiro Lago
Steven Lanstar
Richard Martin
Jorg McNulty
Christet Merkin
Sean Moreno
Arturo Mosquera
Jean Pfeifer
Lucy Pollock
Nickel Taptin
Elizabeth Withstandley

Executive Director
Chana Budgazad Sheldon

Assistant to the Director
Monica de Miguel

December 9. 2011

To Whom it May Concern,

I am writing from Locust Projects, Miami on behalf of artist Jose Alvarez. I have been the Executive Director of the organization since 2009. Locust Projects is a not for profit alternative exhibition space dedicated to providing contemporary visual artists the freedom to experiment with new ideas without the pressures of gallery sales or limitations of conventional exhibition spaces. Artists are encouraged to create site-specific installations as an extension of their representative work and Locust Projects offers them a vibrant Miami experience to develop their ideas and methods. Since 1998, Locust Projects has been committed to offering an approachable and inviting venue for the Miami and international art community to experience the work and meet the artist.

Each year the organization holds a fall Fundraiser called the *Smash and Grab*. In October 2004, Jose Alvarez donated an artwork to this event. His piece alone raised hundreds of dollars for the organization. The success of the *Smash and Grab* revolves around a raffle for which 100 local and national artists donate artwork – enough so that each raffle ticket holder is guaranteed to win an artwork. Tickets are drawn at random, with each winner getting to "grab" their choice of artwork as their name is called. It is an evening of fast-paced momentum which brings guests, artists and collectors together to experience the action and support an important art institution in the community. The *Smash and Grab* Fundraiser Event is one of the organization's largest sources of income each year.

Our once fledgling organization has burgeoned into a recognized art institution in Miami, presenting ambitious works by a diverse group of artists at critical stages in their careers and growing the organization's reputation both nationally and internationally. We could not have accomplished this without the generosity of artists such as Jose Alvarez who support Locust Projects with their artwork donations.

Please contact me at any time if I may be of further assistance.

Thank you,

Chana Budgazad Sheldon
Executive Director



# SKEPTICS SOCIETY & SKEPTIC MAGAZINE

A QUARTERLY PUBLICATION OF THE SKEPTICS SOCIETY, DEVOTED TO THE INVESTIGATION OF EXTRAORDINARY CLAIMS, REVOLUTIONARY IDEAS, AND THE PROMOTION OF SCIENCE AND CRITICAL THINKING

*Directors:*
Michael Shermer
Pat Linse
Kim Ziel Shermer

EDITORIAL/ADVISORY BOARD

Richard Abanes
*Journalist, Cult Specialist, Director, Religious Information Center*

David Alexander
*Writer, Investigator of Paranormal Claims*

Arthur Benjamin
*Professor of Mathematics, Harvey Mudd College, Magician*

Roger Bingham
*Science Author & Television Essayist*

Napoleon Chagnon
*Professor of Anthropology, U.C. Santa Barbara*

K.C. Cole
*Science Writer, Los Angeles Times*

Richard Dawkins
*Oxford University*

Jared Diamond
*Professor of Geography and Environmental Health Sciences, UCLA*

Clayton J. Drees
*Professor of History, Virginia Wesleyan College*

Mark Edward
*Professional Magician and Mentalist*

George Fischbeck
*Meteorologist, Science Educator, ABC Television*

Gregory Forbes
*Professor of Biology, Grand Rapids Community College*

John Gribbin
*Astrophysicist and Science Writer*

Steve Harris
*Experimental Resuscitation Researcher*

William Jarvis
*President, National Council Against Health Fraud; Professor, Loma Linda University*

Gerald Larue
*Professor Emeritus of Biblical History and Archaeology, USC*

Lawrence M. Krauss
*Ambrose Swasey Professor of Physics, Case Western Reserve University*

Christof Koch
*Professor of Conative and Behavioral Biology, California Institute of Technology*

William McComas
*Director, Science Education Programs, University of Southern California*

Richard Olson
*Professor of History of Science, Harvey Mudd College, Claremont Graduate School*

Donald Prothero
*Professor of Geology, Occidental College*

James Randi
*Magician, Author, Scientific Investigator*

Vincent Sarich
*Professor of Anthropology, Emeritus, University of California, Berkeley*

Nancy Segal
*Professor of Psychology, CSU, Fullerton*

Eugenie Scott
*Executive Director, National Center For Science Education*

Julia Sweeney
*Writer, Actor, Comedian*

Frank Sulloway
*Research Scholar, MIT*

Carol Tavris
*Social Psychologist/Author*

Stuart Vyse
*Professor of Psychology, Connecticut College*

April 12, 2012

Susan Dmitrovsky
c/o Benedict P. Kuehne, P.A.
Miami Tower, Suite 3550
100 S.E. 2d Street
Miami, FL 33131-2154

To:
Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401

Re: The case involving José Luis Alvarez

I am writing to speak to the character of José Alvarez, whom I have known for a quarter century, regarding the sentencing phase of his case. I understand what José did was illegal, and had he known at any time that the name he assumed was of someone whom was still alive, also immoral. So I am writing to appeal to your moral fairness in a case in which intentions matter.

José is one of the kindest, honest, and morally reliable people I have ever known. As such I can only imagine the inner turmoil he must have been harboring inside from living a lie. Here I speak of the persecution of homosexuals in his home country that he had to lie about with regard to his true nature. It truly is one of the last prejudices in our society, so I can only imagine what this must have led him to do in order to survive and escape Venezuela and try to make a new life for himself here in America.

José has told me how bad he feels about what happened, and that had he known the identity he was given was of someone still alive he of course would never have done such a thing.

Other than this, however, José has truly been an asset to our nation through his art and his partnership with James Randi, a MacArthur "genius" award winner who was called by Carl Sagan a "national treasure," and to that end I appeal to your moral sensitivity in leniency for José's sentencing and allowing him to stay in our country.

Sincerely,

Michael Shermer

Publisher, *Skeptic* magazine

Columnist, *Scientific American*

# (K) The Kitchen

512 West 19th Street New York, NY 10011
tel 212 255 5793  www.thekitchen.org

**BOARD OF DIRECTORS**

Philip Glass, *Chairman*
Chris Ahearn, *President*
Melissa Schiff Soros, *Vice President*
Molly Davies, *Vice Chairman*
Greg S. Feldman, *Treasurer*
Douglas A. Hand, *Secretary*
Robert Soros, *Chairman Emeritus*

Laurie Anderson
Matt Apfel
Sukey Cáceres Novogratz
Judith L. Church
Bryce Dessner
Cristina Enriquez-Bocobo
Zach Feuer
Charlotte Ford
Julie Graham
Scott M. Lawin
Marla J. Mayer
Meredith Monk
Nico Muhly
Catherine Orentreich
Matthew Ritchie
Tracey Ryans
Willard B. Taylor
Mila Tuttle

**DIRECTOR EMERITUS**

Arthur Fleischer, Jr.

**ADVISORY BOARD**

Melissa Feldman
Alfred Gillio
Kenneth Goldsmith
Nick Hallett
Ralph Lemon
Sarah Michelson
Benjamin Palmer
Stephen Vitiello
Joanna Yas
Yasuko Yokoshi

**EXECUTIVE DIRECTOR
AND CHIEF CURATOR**

Debra Singer

November 23, 2010

Jose Alvarez

*via email*

Dear Jose,

On behalf of the Board of Directors and staff of The Kitchen, I sincerely thank you for your donation of artwork to The Kitchen's Benefit Art Auction, which was held on Tuesday, November 16, 2010.

Your work, *Red Pulsar*, 2009 was sold to Garth Appelt for a closing bid of $6,300. We are pleased to offer you up to 50% of the retail value of the work for your participation in the auction. Please take a moment to fill out the enclosed form and let us know how you would like us to proceed with payment.

Your participation played a key role in the event's success and helped raise critical funds that will go toward artists' fees for our 2010-11 presenting season.

Please know how much we appreciate your generosity, and I hope you will join us for an event soon. Please feel free to contact me directly at 212.255.5793 ext. 18 or debra@thekitchen.org or Kerry Scheidt at (212) 255-5793 ext. 20 or kerry@thekitchen.org, to arrange for tickets any time!

Sincerely,

Debra Singer
Executive Director

October 3, 2011

Re: Jose Alvarez

To The Law Office of Benedict P. Kuehne,

I am currently an Adjunct Curator at The Kitchen, where I previously served as Executive Director and Chief Curator for the past seven years. (Founded in 1971, The Kitchen is one of New York City's oldest non-profit performing and visual arts organizations.) I am now writing this letter in a personal capacity on behalf of Jose Alvarez who, I believe, is an outstanding visual artist, and whose paintings, works-on-paper, performances, installations, and videos have had an important impact on the national and international contemporary art world over the last ten years.

I met Jose in 2002, when I was an art curator at the Whitney Museum of American Art; he was chosen to be included in the prestigious *2002 Whitney Biennial*, which is organized by that museum every two years and is considered the preeminent survey of new contemporary art made in America. Then, in 2007, I had an opportunity to work closely with Jose when I invited him to have a solo exhibition of his work at The Kitchen.

I found Jose to be a complete delight to work with: he is extraordinarily responsible, organized, hard-working, cooperative, and so generous in spirit. In sum, it was wonderful to work with him on the project, and his exhibition at The Kitchen was a huge success. It was very well-attended and also garnered a very positive review in *Artforum*, a leading art magazine.

My hope is that you will consider Jose's very special and significant artistic talent and his hard work ethic, as well as his kind, generous, and warm personality, when evaluating his current immigration situation.

Sincerely,

Debra Singer

21 OCT 11

To whom it may concern,

I have known and worked with Jose Alvarez since 1997 during my association with the James Randi Educational Foundation in Ft. Lauderdale, FL. He has always been an honest and likeable person. His contribution of endless hours has helped make the Foundation the success that it is today. I have always found him to be an outstanding and stall write individual.

Yours truly,

David E. Steigelman

Transportation Security Officer

Department of Homeland Security

@ PGV & ISO

PH. 561.843.0483

T 650-906-9069

FROM THE DESK OF
## GREG STIKELEATHER

F 650-989-6817

December 7, 2011

Presiding Judge regarding the case of Jose Alvarez
Fort Lauderdale, Florida

Your Honor:

I am writing regarding the case of Jose Alvarez. I am an
Advisory Board Member for the James Randi Educational
Foundation, and over the years have gotten to know Jose both
personally and professionally. I have been CEO of three
venture-backed companies, and have also worked as a venture
capitalist providing funding to other startups. Both of these
roles have required making critical assessments of other people's
character for consequential decisions of hiring and funding.

I wanted to write on behalf of Jose to let you know I have found
his day-to-day and year-to-year character to be fair,
compassionate, and ethical. He contributes to the culture
through his art and work and donations. I know Jose is in
trouble, but I do not think the state or justice would be served
by his being incarcerated. On the contrary, I believe this would
be a miscarriage of justice--and expensive for the state. I cannot
say whether or not Jose was involved in a crime, but I can say
Jose is not a criminal. He may have made a mistake, but he is
not a danger to the state. He is straight up a good person.

Please contact me directly at 650-906-9069, day or night, if I
can provide any other information to assist you with your
decision regarding this case.

Most respectfully,


Greg Stikeleather

555 BRYANT ST #467   PALO ALTO, CA 94301
GREG@STIKE.COM

# Jamy Ian Swiss

April 17, 2012

Hon. Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida 33401

Your Honor:

I am writing to the Court to offer my personal knowledge of Jose Alvarez. I am an author of several books about the performing arts, producer of theater and television, and an internationally respected performing artist, and I have known Mr. Alvarez for more than twenty years, including the years of his education at the School of the Visual Arts, when we both lived in New York City. He is an accomplished artist and painter, whose work has been recognized for its intelligence, sensitivity, and artistic achievement, in major exhibitions throughout the United States.

As both citizen and artist, Mr. Alvarez life and career reflect his commitment to both his community and the world beyond. As an artist he has had exhibitions at, and his work is included in, such prominent and local collections as those of The Museum of Contemporary Art in Miami; the Museum of Art in Fort Lauderdale; and Art Basel Miami Beach. His exhibition, "The Science of Complexity," was on display at the prestigious Gavlak Gallery, in Palm Beach, Florida. For many years he has also volunteered untold hours of his time as a public crusader, educating the public and helping to protect them from deceptions of many kinds, including the claims of fraudulent psychics and other false prophets who take advantage of the innocent and uninformed. He is a generous and community-minded person, who cares deeply about the world beyond his doorstep.

When I think of Mr. Alvarez, I think first and foremost of his underlying gentleness. I have always known him as nothing less than a fundamentally good, honest, reliable person, whose genuine humanity is apparent in every interaction with him, truly from the moment I met him. He has my utmost confidence in his innate and consistent sense of personal and professional responsibility. I do not doubt in the slightest that not only did Mr. Alvarez intend no harm to anyone in the matters in his case, but that had he thought there was the slightest risk of such, he would have made other choices. I have been made aware of the circumstances and facts of his case, and in my personal conversations with Mr. Alvarez, it is clear to me that he carries a profound burden of regret, shame, and guilt for the choices he made, which he felt at the time were both harmless, and yet desperately necessary in order to protect the future of his intimate relationship. Also, the horror of returning to the hazardous and persecuted life of a gay man in his native Venezuela was yet another compelling and contributing factor. While he accepts full responsibility for his guilt in these matters, it is a shame he was presented with such impossible choices at the time, and I am certain that had he known he might affect any life beyond his own, he would not have done so. And given these facts, his actions do not diminish in the least my opinion of him as a moral person and an invaluable member of his community. It is my privilege to call him a friend.

3949 Kansas Street, Suite 19   San Diego, CA 92104
V 917.951.7484   F 212.656.1684   jis@jamyianswiss.com
www.jamyianswiss.com

While Mr. Alvarez's remorse is palpable and incalculable, and his acceptance of his guilt in these matters is unreserved, the consequences of his admission of these actions have been intensely difficult for both him and his partner. As a community activist and internationally outspoken advocate for truth and fairness, Mr. Alvarez has accumulated an extensive list of enemies over these many years, and this opportunity to embolden such voices has added greatly to the personal burdens of these events. That said, Mr. Alvarez is relieved that the truth is out and that he has had a chance to publicly shoulder the responsibility for his errors and actions. At the same time, it finally gives him the chance to explain why and how his very survival was at stake when he first struggled so long ago over having to face such difficult and life-changing decisions.

In consideration of these many facts – not only the forces contributing to Mr. Alvarez's choices, but also his exemplary, humane, and generous life and career, I am writing this letter to attest to his character, and to lend my voice to those asking for leniency in the Court's consideration of the consequences Mr. Alvarez must face. Mr. Alvarez is likely to suffer further and greatly if incarcerated, and I believe that while there is no benefit to society in cutting him off from his community and the world, rather, Mr. Alvarez, given the opportunity, will be just be able not to begin performing charitable acts as part of his responsibilities for his actions, but rather, he will earnestly continue such acts, of the kind he already has a lifelong history of demonstrating. Rather than needing to learn or be taught how to be moral or responsible or generous or community-minded, I believe these are already fundamental attributes of his personality that he has exhibited for decades, and need only be given the opportunity to continue in his life, and in turn, benefit us all.

Throughout his life, Jose Alvarez has already demonstrated the goodness of his character in so many ways; indeed, in so many ways he could be considered a model of responsible citizenry. There is so much more that he has yet to give, so much more he has to offer, so much more he has ahead of him to accomplish, for others as well as for himself. If anything, his experiences have redoubled his commitment to improving the lot of others, and I hope the Court will consider that he is deserving of mercy and leniency in determining the consequences for his mistakes, and will consider giving him the most constructive opportunities to continue on his path as a great contributor to the quality of life of his friends and family, and indeed the world.

Jose Alvarez is a credit to this country, to his Florida community, and to the arts, and I am privileged to call him my friend. I hope you will consider my sincere testimony to his character in your decisions. I am grateful for your consideration.

Yours truly,

Jamy Ian Swiss

3949 Kansas Street, Suite 19    San Diego, CA 92104
V 917.951.7484    F 212.656.1684    jis@jamyianswiss.com
www.jamyianswiss.com

Teller
Penn & Teller
3555 West Reno #L
Las Vegas, NV 89118
702 837 7692

Judge Robin Rosenbaum,
U.S. District Magistrate
14 September 2011

Dear Judge Rosenbaum,

I'm a stage, television, and film entertainer and writer; and performing partner of Penn Jillette, whose letter of 13 September 2011 gives in greater detail his (and our) experience with Jose Alvarez.

I will not repeat those details but simply confirm that I've been acquainted with Jose since our first run on Broadway, more than two decades ago, and share Penn's impression of Jose as immensely talented, gentle, warm, and reliable.

We in the artistic and pro-science community are doubly appreciative of Jose. His vibrant art brings us joy. And his steadfast heart has long sustained James Randi, that icon of critical thinking. Jose was at Randi's side, providing indispensable support, through Randi's recent battle with, and victory over, colon cancer.

I hope this helps as you weigh Jose's case.


Cordially and gratefully,

TELLER

*Brandon K. Thorp*
*112 Lefferts Place, #2*
*New York, New York 11238*
*954-804-0887, brandonkthorp@gmail.com*

To the presiding Judge:

Greetings. My name is Brandon K. Thorp. I'm an award-winning journalist with *The Village Voice*, Gawker Media, and CNN.com. This year, I produced a 4-part documentary for Anderson Cooper entitled *The Sissy Boy Experiments*. The man I know as Jose Luis Alvarez is one of my best friends.

I knew him casually during the mid-90s, when as a teenager I was mentored by Jose's life-partner, James Randi. My relationship with Jose deepened in the summer of 2009, when I went to work for Randi's non-profit foundation.

Jose is a brilliant artist, and at that time his studio was housed in the Foundation's building in downtown Fort Lauderdale. The best part of any workday arrived when Jose swept grandly into my office, and said: "Brandon, come. You must see this." Off I would go, and Jose would show me some wonderful new creation. I'm interested in art, and am sometimes depressed by the trends in galleries towards darkness and hopelessness and dour political commentary. Jose's work was never like that. It was exuberant and hopeful, devoted to exploring life's possibilities rather than its limitations.

This was and is Jose's MO. He is an apostle of all things good, hopeful, and kind in the world, even in ugly moments. I'm aware that that sounds corny, but it's true. Whenever I meet someone who also knows Jose -- and this happens a lot, because Jose knows a lot of people -- we inevitably spend several minutes comparing notes, and both of us wind up shaking our heads in shared disbelief because we've both noted Jose's uncanny warmth. We talk about how easily his laughter and words can put one at ease, and how interested he is in the pains of others. This is a genuine interest. To a degree I've encountered in no other human being, Jose cares for the circumscribed pains and troubles of others, and feels them as keenly as his own.

Anecdote: In the summer of 2010, a member of my immediate family was diagnosed with a mortal illness. Jose was in the room when I received the phone call. "Brain cancer," said the voice on the other end of the line, and "metastasized lung cancer." I hung up the phone, repeated the news. My face fell and I began to cry. The room was full of people I considered close friends, but Jose, alone among them, dashed to my side and gathered me up in a huge, un-self-conscious hug. In the days and months that followed, he would come into my office daily, squat on his haunches, put his hands on my knees and look into my eyes. He would say: "Brandon. How are you doing?" It's the kind of question to which one ordinarily gives a stock response, but I couldn't give a stock response to Jose. With Jose, I felt compelled to *really* answer, because I understood that Jose was *really* asking.

A few months later, after medical expenses and various unforeseeable emergencies left me briefly unable to make rent, I told Jose about my troubles over a beer. "Brandon," he said, "do not worry. Friends take care of each other." He spoke to Randi and they paid my rent, and Jose never mentioned it again.

This autumn, when I discovered that Jose's given name wasn't Jose at all, and as I learned the rough details of his long-ago crime, my heart broke. Not because I felt Jose had betrayed me with his dishonesty -- I knew immediately that he would never have falsified his identity if he didn't have to. (Jose's constitutionally indisposed to the breaking of rules.) Rather, I was heartbroken because Jose had carried his secret for so long in solitude, and those who love him never had the opportunity to share his burden as he'd so willingly shared ours. This struck me as cosmically unfair.

Unfair, too, are the circumstances that led to Jose's crime and its eventual discovery. You know

as well as I that citizenship and Americanness are accidents of birth. Since Jose's arrest, I have reflected again and again on this ugly, obvious truth: The country is full to brimming with people born to American parents and American privilege who are indifferent to their good fortune, and who will never suffer any consequence for their ingratitude. And then there is Jose, whose love of the United States is so acute that his eyes fill tears when he talks about his young adulthood in New York City; who speaks of the place with such holy awe and reverence that he inspired my partner and I to move to the city ourselves last year. Jose, who has attained the American dream by deploying his talents for the betterment of the world, and by being a good friend and neighbor.

It's unfortunate that he could only live as such a model of Americanness by first stepping outside the bounds of the law. I wish he'd gotten away with it. Since he didn't, perhaps the law is obligated to punish his transgression. If so -- and if Jose is forced to leave this country -- Jose's life will be destroyed. He will be placed at the mercy of Venezuelan justice and Venezuelan homophobia, and all his good work in this nation will have counted for nothing. Many people like myself will lose one of the best and most loyal friends we've ever known. Speaking personally, I will lose a large measure of faith in the moral rectitude of my government. But I will not lose faith in Jose. Legal or not, he is the kind of American I want to be.

Regards,

- Brandon K. Thorp

April 16, 2012

Honorable Judge Daniel Hurley

United States District Judge

701 Clematis Street

West Palm Beach, Florida, 33401

My name is Gabriela Trench and I am an art consultant and curator working in this field for the past twenty years.

I had the pleasure of meeting Jose Alvarez over eight years ago when I moved to Florida. When I met Jose for the first time in his studio, I was captivated not only by the depth and profound meaning of his artwork but also by the high quality and caring human being who was behind this work. Beyond a professional relationship, I got to know him very well over the years and he has become a very close and dear friend. I admired his behavior, loyalty and morals.

I am now aware of the situation he finds himself in and the seriousness of the charges against him. In spite of these circumstances, I still regard him in the same light and plead to your leniency when considering his sentencing. He has expressed how sorry he is for this and how strapped he felt many years ago when this occurred and there seemed to be no other options to save his life. In addition, believing that he was not interfering with any other person's life, he was assured to be using the name of a deceased person, he felt tremendous remorse for the wrongdoing and at the same time saw no alternatives to his situation. Jose has accepted his guilt and is ready to face the consequences of his actions.

As facts can attest, he has lived a moral life as a citizen of this country and one of many achievements, representing the US in many national and international exhibitions. His work as a performing artist, his careful documentation, his meticulous attention to detail and research, his dedication and passion have inspired many people and leave a legacy  not easy to find in everyday life.

*Gabriela Trench*
*624 Cambridge Terrace*
*Weston, FL 33326*
*954-383-4412*

It is my fervent wish that the court will consider this case in the light of all the circumstances that led Jose as a desperate young and persecuted man to make this decision and the subsequent life he led as a good citizen of this country.

Sincerely,

Gabriela French


Gabriela Trench
624 Cambridge Terrace
Weston, FL 33326
954-383-4412

# Ocular Surface Center

*Practice Exclusively Specialized in Difficult Ocular Surface Diseases*

Scheffer C.G. Tseng, M.D., Ph.D.

November 15, 2011

Re: Dilia Arteaga

To Whom It May Concern,

Jose Luis Alvarez first came to our clinic back in September 2006 for us to evaluate and treat his mother Dilia Arteaga who had been suffering from Steven Johnson Syndrome.

He had her travel all the way from her hometown in Venezuela to get the best possible care to restore as much vision and comfort as possible. During a four year period he paid for her to undergo 7 different operations with me and about 2 other with a cataract specialist. Cost for the care she received by me during those four years was around 55,000.00 which does not include the amount that he paid to the surgical center and anesthesiologist.

It was my impression that her son, Jose Luis Alvarez, was genuinely interested in doing everything possible for his mother's care.

If you have any questions please feel free to contact our office.

Thank you.

Sincerely,

Scheffer Tseng, MD

Vicki Vogel
1424 Haro St.
Vancouver, BC
V6G 1G1
Canada

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401
USA

April 21, 2012

To the Honorable Judge Daniel Hurley,

I am writing this letter on behalf of Jose Luis Alvarez who I first met in 1981 when he went by his birth name Deyvi Pena, by which name I will refer to him in this letter.

I met Deyvi in 1981, in Montreal, Quebec, Canada, when he was studying English as a Second Language (ESL) at Concordia University. At that time, I was pursuing my studies in education and teaching English as a second language at the Masters level, as well a teaching part-time at Concordia. I came to know Deyvi through most unfortunate circumstances when he found out that his grandfather, who he had been very close to, had passed away in Venezuela. Reflecting on our friendship, it was likely this news, the distance from his family and his being new to Montreal that brought us together initially. It is Deyvi's qualities and spirit that lead us to becoming good friends and have contributed to our long-lasted friendship. We continue to keep in contact to this day.

From the start, Deyvi struck me as a bright individual and a gifted learner, with an analytical mind and a thirst for the truth. He wanted to make the world a better place, more gentle and caring. His charismatic personality enabled him to make friends easily and he embraced the opportunity to get to know his classmates from different countries and cultures.

His outgoing personality, which most people saw, was only one aspect of his character. Only with his closest friends did he share his more personal side, keeping it well hidden from most. Having been raised in the cosmopolitan city of Montreal, I initially did not understand his need to be so guarded about his homosexuality. Only when he explained to me the discrimination and stigma that homosexuals faced in Venezuelan society did I better understand the fear that had engulfed him as a gay youth in his native land, and his need for discretion. It also

became clear to me why he had such conflicted feelings about his birth country and why despite his family ties to Venezuela, he never wanted to return.

Many years back Deyvi told me that he had changed his name. When he told me this I never thought to ask him why he changed his name, I assumed that this was a step in freeing himself from the pain he had suffered during his youth in Venezuela due to his sexual orientation.

Last fall, when James Randi was on tour in Canada, I went to hear him talk in Vancouver, where I now reside with my husband and two teenage children. It was a that time that Randi told me that Deyvi been taken into custody for taking a new identity many years ago.

I was surprised to find out that my good friend, Deyvi, had taken such an extreme measure in order to protect himself from discrimination in Venezuela. Having known Deyvi for so many years and his quest for 'truth', taking the identity of another individual could have only been an act that he deemed necessary for his self-preservation and survival; measures to ensure that he not have to return to Venezuela. I understand that when Deyvi decided to take a 'new' identity, he had been wrongly informed that it was the identity of an individual that had died at the age of seven.

Deyvi would not do anything to intentionally cause harm another human being. I am confident that if he had known that the person whose identity he had assumed was not deceased, he would not have taken the identity. Taking the identity of another is a criminal act for which Deyvi has already paid a high price. He suffered greatly throughout his jail term during which he endured severe psychological pain. Furthermore, for several decades, he has lived with his secret.

I sincerely hope that when Your Honour renders his verdict, this act to which Deyvi has openly admitted and accepted his guilt, will be considered in the context of Deyvi's many positive contributions to his adopted country, the United States of America.

Deyvi is a trustworthy individual and a loyal friend. I have no reason to doubt that he will continue to make a positive contribution to American society. I pray that he will be pardoned and given the opportunity to continue his life in the United States and be afforded the rights and freedoms granted to all US citizens.

Respectfully,

Vicki Vogel, MA

# Jeffrey J. Wagg

5 E. 14ᵗ Place, Apt 1705 • Chicago, IL 60605 • Phone: 802/734-0662 •
E-Mail: jeff@wagg.com

Date: April 12, 2012

Honorable Judge Daniel Hurley
United States District Judge
701 Clematis Street
West Palm Beach, Florida, 33401

Dear Judge Daniel Hurley:

My name is Jeffrey J. Wagg, and I am the Operations Manager at Core-apps, LLC; a manufacturer of software for mobile devices. Though I currently reside in Chicago, I have been a friend and colleague of Jose Alvarez for many years, starting with our first introduction in 2005. We worked together at the James Randi Educational Foundation and have spent a great deal of time meeting and socializing. I write to you now to express my support of him as an upstanding and honorable member of his community, and to ask for leniency in his sentencing.

I know Jose to be a man or honor and integrity, and the news of this transgression caused me great concern. And when I learned more of the details, I came to understand that my respect and admiration remained intact. It must have been a terrible decision for him knowing that his only path to safety was to embark upon an illegal course of action. He feared for his well-being and indeed, his very life, and I can understand how that could lead one to take extreme measures.

At the same time, Jose deeply regrets his actions. And with this regret, comes a sense of relief that his years of hiding are now over, and he can begin to rebuild his life in the open. Rather than fight against the system, Jose has embraced it and accepted that it's time to pay for his transgressions.

It is my hope that such payment can be as lenient as possible. Jose has suffered greatly in his life and he has turned his suffering into art and a strong desire to help others. A harsh sentence would only hinder his work, and would offer no more punishment than that which he has meted upon himself.

The greatest justice would allow Jose to complete his sentence with out drastically altering his ability to continue to contribute to his adopted community. They need him as much as he needs them.

Sincerely,

Jeffrey J. Wagg
Operations Manager
Core-apps, LLC

Justin D Weinstein
299 Prospect Place #2F, Brooklyn, NY 11238

April 5, 2012

Honorable Judge Daniel Hurley
United States District Judge
400 N. Miami Avenue

Miami, FL 33128

      Re: United States v Deyvi Pena Orangel Arteaga
      Case No. 11-cr-60228-Hurley

Dear Judge Hurley,

      I am a journalist and documentary filmmaker currently residing in New York City. I have a BFA in Filmmaking from NYU and a PhD in genetics from Columbia University, and I have produced documentaries for ABC News, Peter Jennings Reporting, Frontline (PBS) and other organizations. I have also made feature (theatrical) documentaries, including writing and editing BEING ELMO, and a new film I'm directing (with my filmmaking partner, Tyler Measom) about James Randi.

      I am writing in reference to Deyvi Pena Orangel Arteaga, whom I have known in a personal and professional capacity for the past year. Since I've been filming a documentary about his partner, James Randi, I am aware of Mr. Arteaga's legal situation and my comments below have nothing to do with his innocence or guilt. I would very much like to bring the Court's attention to certain information with respect to circumstances which I feel strongly warrant this Court's consideration in imposing sentence.

      It cannot be overstated how thankful I am that Mr. Arteaga has graciously and generously assisted and participated in my documentary film. This comes in large part from the trust and caring he has demonstrated during the past year, both on the giving and receiving sides. His help and contribution has been one that I rarely see in my work, and are a truly testament to his extraordinary character.

      It has been necessary to learn about Mr. Arteaga's personal history as part of the documentary, a long and sometimes painful process. Over time, he's opened up about his childhood and persecution in Venezuela. The scars that he bears, both physical and emotional, from his treatment as a gay man in such a macho and unforgiving culture, are clear and tragic. I can certainly understand his motivation to avoid returning there and the risks he might take to do so.

      He does, however, fully understand and admit to his guilt in the charges against him. It is clear and unquestionable to me how truly regretful he is of his

errors. Having gotten to know him so well in the time we've been working together, his remorse over his actions is clear and evident. Such is his character that all his friends that I've met have remained supportive and understanding of the circumstances.

I wish to wholeheartedly beg the court to show him leniency. It is rare to meet someone of his genuinely positive, creative, and empathetic character, who has contributed so much in so many ways; personally, to his friends, as well as culturally, in his work. He is precisely the type of person this country should be proud to count as a citizen and should welcome with open arms. His imprisonment and the pain that he's suffered have been more than enough punishment given his otherwise entirely positive life. Most who have suffered as he has cannot escape their past as victims and cannot lead a constructive and productive life as he has. Please allow him to remain here without further punishment to continue the life he has built with the people who love him.

Most sincerely,

Justin Weinstein

To:
    Honorable Judge Daniel Hurley
    United States District Judge
    701 Clematis Street
    West Palm Beach, Florida, 33401

From:
    Hu Xinyu (Matthew Hu)
    No. 51, Xirongxian Hutong, Xidan, Xicheng District, Beijing
    100035, China

Dear Sir,

I am writing this letter to you from Beijing, China, as I care very much about the fate of my dearest friend Jose. I know that his future is to be determined very soon, so I would like to try one more time to show my support for him.

When we were together, in China and in the U.S., he was very close to me, like an elder brother. He also showed great respect to my people, my culture and my country, which gave us endless topics to chat.

As we got to know each other well, he talked a lot to me, about his experiences in his country of origin in Venezuela, and how he had been treated as a person with different sex preference. It was awful, as you can imagine, which is why he moved to the U.S., where he could enjoy real freedom. To make improvements in life, he had to make a decision, but given the situation he was in, if not leaving Venezuela, he could be in serious trouble, I totally understand why he made that choice.

I am not saying that he made no mistakes, but I also truly believe that he had fully realized the potential trouble he had brought to others, especially this person whose identity was used by Jose.

But, please, he is such a kind and gentle person, and how we can put him in prison for a decision he had to make when he faced real life treats? Plus, no one was physically hurt. All the other troubles he may have caused are all unintentional.

Please consider the wonderful art he has created for our world. Although I am not a real fan of art, I was really impressed when I first saw his works in 2005 in Fort Lauderdale. From then, he had also kept me posted about all kinds of art shows he participate. I was extremely happy when he had solo exhibitions, or his another piece of art was sold.

He is such a good citizen as well, and when he was with me in China, he customarily followed all the traffic rules even no one else here cared. He was SO worried when we had some misunderstanding with the cameraman who took away his video tape without asking, but he did NOT say a word of bad thing about him.

Jose is also very humorous, and caring. When I was wronged by the Chinese local host back in 2000, he tried very hard to make me laugh, using jokes, and his charming laughter.

What he had done in helping his partner, James Randi, also my best friend and life mentor, in fighting the pseudoscience practitioners, might have made a lot of enemies for him, who must be extremely happy to see all the trouble he is going through in this case.

But I can't forget the tears in his eyes when we bid goodbye at the airport the first we got to know each other. And after learning all that had happened to him in the past year, I truly believe that he is fully aware of his wrong-doings, and ready to make every possible action to show his willingness to correct them.

I would always be more than happy to provide any supporting material or information should you think it is necessary. I hope a good decision will be made to a good person.

Sincerely yours,

Hu Xinyu
April 14, 2012