# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE DANIEL T. K. HURLEY

====================================

Case No. 11-60228-CR.

(Start Time: 10:30 a.m.)
12:30 p.m.

Date: May 29 2012
(End Time: 11:25 a.m.)
1:55 p.m.

Courtroom Deputy: James E. Caldwell

Court Reporter: Rich Barry

Language Spoken: English

Defendant's Status: (Pretrial Detained / Bond)

UNITED STATES OF AMERICA v. Deyvi Orangel Penra Arteaga

AUSA: Bertha R. Mitrani   DEFENSE COUNSEL: Susan Dmitrosky

TYPE OF HEARING: Sentencing hearing.

_____

_____

_____

RESULTS OF HEARING: After an inquiry, the defendant was sentenced to imprisonment for time served; Supervised Release for 3 years; and $100.00 Special Assessment.

Misc.: _____

_____

_____

_____

_____