UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-60228-Cr-Hurley/Vitunac

**UNITED STATES OF AMERICA,**
           **Plaintiff,**

vs.

**DEYVI ORANGEL ARTEAGA PEÑA**
   **aka JOSE LUIS ALVAREZ,**
           **Defendant.**
_____/

## DEFENDANT'S MOTION TO DISCHARGE BOND
## AND RETURN BOND DEPOSIT WITH ACCRUED INTEREST

Defendant Deyvi Peña aka Jose Luis Alvarez moves this court for entry of an order returning the $50,000 10% bond deposited with the Clerk's Office and any accrued interest. The following grounds support this motion.

1.    Defendant Deyvi Peña was arrested as FNU LNU aka Jose Luis Alvarez and charged by Criminal Complaint in U.S.D.C. Case No. 11-6476BSS with wilfully and knowingly making a false statement in the application for a U.S. Passport with the Intent to induce and secure assurance of a passport under the authority of the U.S. for his own use in violation of 18 U.S.C. §1542.

2.    On September 15, 2011 an Indictment was obtained charging John Doe aka Jose Luis Alvarez with one count of a violation of 18 U.S.C. § 1542 and one count of aggravated identity theft in violation of 18 U.S.C. § 1028A (DE7).

*United States v. Deyvi Peña*
Case No. 11-60228-Cr-Hurley/Vitunac

    3.    Mr. Peña was released on a $500,000.00 10% Cash Bond on October 21, 2011 (DE17). See attached Exhibit A. Mr. Peña posted the bond and deposited the $50,000.00 with the Clerk's Office.

    4.    While on pre-trial release, Mr. Peña fully complied with all conditions of his bond in this case.

    5.    On May 29, 2012, Mr. Peña, who had pled guilty to Count One, was sentenced to probation with six months of house arrest (DE43). See attached Exhibit B.

    6.    The conditions that were relevant to Deyvi Peña's bond are no longer at issue since he is serving his probationary sentence and house arrest. Counsel of record for the defendant, the Law Office of Benedict P. Kuehne, P.A., requests that the funds posted for the defendant's cash bond in the amount of $50,000.00 plus any accrued interest be refunded. The receipt showing payment of the $50,000 bond is filed as DE17-5, and is part of attached Exhibit A.

    7.    Undersigned counsel has been unable to confer with Assistant United States Attorney Bertha Mitrani, having left a message for her. Counsel believes Ms. Mitrani is currently out of town.

*United States v. Deyvi Peña*
Case No. 11-60228-Cr-Hurley/Vitunac

8. Defendant Deyvi Peña moves this court for an order returning the $50,000 cash bond deposit and accrued interest to: Law Office of Benedict P. Kuehne, P.A. 100 S.E. 2nd Street, Ste. 3550, Miami, FL 33131-2154.

Respectfully submitted,

**LAW OFFICE OF BENEDICT P. KUEHNE, P.A.**
Miami Tower, Suite 3550
100 S.E. 2d Street
Miami, Florida 33131-2154
Tel: 305.789.5989
Fax: 305.789.5987
susand@kuehnelaw.com

*S/ Susan Dmitrovsky*
**SUSAN DMITROVSKY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 7, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record identified on the attached service list transmission of Notices of Electronic another authorized manner for those in the manner specified, either via Filing generated by CM/ECF or in counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*United States v. Deyvi Peña*
Case No. 11-60228-Cr-Hurley/Vitunac

By: <u>S/ *Susan Dmitrovsky*</u>
**SUSAN DMITROVSKY**

## SERVICE LIST

Bertha Mitrani
Assistant United States Attorney
299 East Broward Boulevard
Suite 700
Fort Lauderdale, FL  33301
Tel:954-356-7255
Fax:954.356.7336
bertha.mitrani@usdoj.gov
*Counsel for United States*