UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-60228-Cr-Hurley/Vitunac

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.

**DEYVI ORANGEL ARTEAGA PEÑA**
    **aka JOSE LUIS ALVAREZ,**
        **Defendant.**
_____/

ORDER GRANTING MOTION TO DISCHARGE BOND
AND RETURN OF BOND DEPOSIT WITH ACCRUED INTEREST

In consideration of *Defendant's Motion to Discharge Bond and Return Bond Deposit with Accrued Interest*, it is HEREBY **GRANTED** and **ORDERED AND ADJUDGED** that the Clerk of Court shall forthwith make the above-mentioned disbursement.

**DONE AND ORDERED** at Miami, Miami-Dade County, Florida, August ___, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

copies furnished to:
Law Office of Benedict P. Kuehne P.A.
Bertha Mitrani, Assistant United States Attorney
Financial Deputy Clerk, Broward (with original W-8 pr W-9)