UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-60228-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DEYVI ORANGEL ARTEAGA PEÑA
  aka JOSE LUIS ALVAREZ,
    Defendant.
_____/

### ORDER GRANTING MOTION TO DISCHARGE BOND AND RETURN OF BOND DEPOSIT WITH ACCRUED INTEREST

In consideration of *Defendant's Motion to Discharge Bond and Return Bond Deposit with Accrued Interest*, it is HEREBY **GRANTED** and **ORDERED AND ADJUDGED** that the Clerk of Court shall forthwith make the above-mentioned disbursement.

**DONE AND ORDERED** at West Palm Beach, Florida, on August 13, 2012.

_____
UNITED STATES DISTRICT JUDGE

copies furnished to:
Law Office of Benedict P. Kuehne P.A.
Bertha Mitrani, Assistant United States Attorney
Financial Deputy Clerk, Broward (with original W-8 or W-9)