

| | | |
|---|---|---|
| **Richard Barry** <rwbarrycourtreporter@gmail.com> | To | appealstranscripts@flsd.uscourts.gov, Joseph_Millikan@flsd.uscourts.gov |
| 03/21/2013 04:15 PM | cc | |
| | bcc | |
| | Subject | Simultaneous Transcript Access Designation Form |

[attachment "052912ARTEAGA.pdf" deleted by Maria Cruz/FLSD/11/USCOURTS]

```
From: Richard Barry <rwbarrycourtreporter@gmail.com>


New Simultaneous Transcript Access Designation Form

Submitters Name:  Richard Barry

Submitters Email:  rwbarrycourtreporter@gmail.com
Case Number:   11-60228-CR-HURLEY
Case Style:   USA vs. Deyvi Orangel Pena Arteaga

Access rights are granted to the following attorney(s) of record: Flim Flam
Films, LLC

Signature of court reporter:   s/Richard W. Barry
Date: 3/21/2013
Uploaded Transcript:   052912ARTEAGA.pdf
```